JEFFERSON BANK

P.O. Box 5190
San Antonio, Texas 78201-0190




144973-01A**006393
Alamo Biologics LLC
PO Box 691433
San Antonio TX 78269-1433

# Statement of Account

6/01/26 to 6/30/26 (30 Days)

| Customer Service | Account |
|---|---|
| (210) 736-7600 | ALAMO BIOLOGICS LLC |

| | | | |
|---|---|---|---|
| Business Checking | | Number of Enclosures | 7 |
| Account Number | XXXXXX0995 | Statement Dates | 6/01/26 thru 6/30/26 |
| Previous Balance | $121,667.90 | Number of Days this Statement | 30 |
| 33 Deposits/Credits | $614,033.23 | Average Daily Balance | $97,442.88 |
| 121 Checks /Debits | $735,701.13 | Average Collected | $97,442.88 |
| Service Charge | $0.00 | Interest Earned | $0.00 |
| Interest Paid | $0.00 | | |
| Current Balance | $0.00 | | |

## Deposits & Other Credits

| | | |
|---|---|---|
| 01 JUN | WIRE-IN 0399465002--2026-0001008880-6 2026-0001008 | $3,430.00 |
| 01 JUN | DEPOSIT INTUIT 84771063--CCD | $15,768.00 |
| 01 JUN | DDA Remote Deposit Credit | $12,364.00 |
| 02 JUN | WIRE-IN [redacted] CO.,LTD | $68,610.00 |
| 03 JUN | DEPOSIT INTUIT 91760053--CCD | $3,182.00 |
| 04 JUN | Pos Pay return item 06/03/2026 — due to bankruptcy | $20,000.00 |
| 05 JUN | WIRE-IN [redacted] INC--PAYMENT ON INVOICE | $33,380.00 |
| 05 JUN | DEPOSIT INTUIT 99266013--CCD | $7,263.00 |
| 05 JUN | PAYABLES [redacted]--CCD | $49,465.00 |

**PRIVACY NOTICE:** Federal law requires us to tell you how we collect, share, and protect your personal information. You may review our privacy policy and practices with respect to your personal information at https://www.jeffersonbank.com/privacy-policy or we will mail you a free copy upon request if you call us at (210) 736-7600.

## IN CASE OF ERRORS OR QUESTIONS ABOUT ELECTRONIC TRANSFERS ON YOUR PERSONAL BANK ACCOUNT:

**WRITE US AT THE ADDRESS ON THE FRONT OF THIS STATEMENT OR CALL US AT THE TELEPHONE NUMBER ON THE FRONT OF THIS STATEMENT AS SOON AS YOU CAN.**

If you think your statement is wrong or if you need more information about an electronic funds transfer on the statement or receipt, we must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 days (20 business days if the transfer was foreign initiated) to do this, we will recredit your account for the amount you think is in error, so that you will have use of your money during the time it takes to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS: Contact us within 30 days if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

---

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR STATEMENT**

**YOUR BALANCE**
SHOWN ON THIS STATEMENT $ ____________

**ADD** + (IF ANY)
DEPOSITS NOT SHOWN
ON THIS STATEMENT $ ____________

**TOTAL**

**SUBTRACT** - (IF ANY)
CHECKS OUTSTANDING $ ____________

**BALANCE** $ ____________

SHOULD AGREE WITH YOUR CHECKBOOK BALANCE

| CHECKS OUTSTANDING | | |
|---|---|---|
| NO. | AMOUNT | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR PERSONAL BANKING STATEMENT

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on your statement as soon as possible. We must hear from you no later than 30 days after we sent you the first statement on which the error or problem appeared. You can telephone us but doing so will not preserve your rights.

In your letter, give us the following information:
1) Your name and account number,
2) The dollar amount of the suspected error,
3) Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

---

**PLEASE EXAMINE THIS STATEMENT AT ONCE.**

00044732

| | | |
|---|---|---|
| 05 JUN | DDA Remote Deposit Credit | $2,814.00 |
| 08 JUN | Pos Pay Item Return 06/05/2026 | $24,400.00 |
| 08 JUN | DEPOSIT INTUIT 02820063--CCD | $10,982.00 |
| 08 JUN | DDA Remote Deposit Credit | $14,996.00 |
| 09 JUN | DEPOSIT INTUIT 09604453--CCD | $14,875.00 |
| 10 JUN | Tissue Pmt [redacted] INC--CCD | $1.00 |
| 10 JUN | DEPOSIT INTUIT 13576463--CCD | $10,140.00 |
| 10 JUN | DDA Remote Deposit Credit | $18,884.00 |
| 11 JUN | PAYABLES [redacted]--CCD | $40,409.00 |
| 12 JUN | REFUND INTUIT--CCD | $2,984.23 |
| 12 JUN | DDA Remote Deposit Credit | $4,021.00 |
| 15 JUN | DEPOSIT INTUIT 23279613--CCD | $1,885.00 |
| 15 JUN | Tissue Pmt [redacted] INC--CCD | $5,090.00 |
| 15 JUN | Tissue Pmt [redacted]--CCD | $26,555.00 |
| 15 JUN | DEPOSIT INTUIT 27011543--CCD | $34,265.00 |
| 15 JUN | DDA Remote Deposit Credit | $11,120.00 |
| 16 JUN | DDA Remote Deposit Credit | $6,934.00 |
| 17 JUN | WIRE IN [redacted] CO.,LTD | $9,625.00 |
| 17 JUN | PAYABLES [redacted]--CCD | $25,310.00 |
| 17 JUN | DDA Remote Deposit Credit | $2,509.00 |
| 18 JUN | WIRE IN [redacted] LLC | $33,330.00 |
| 18 JUN | ALAMO [redacted]--CCD | $1,768.00 |
| 22 JUN | DDA Remote Deposit Credit | $64,120.00 |

| | | |
|---|---|---|
| 24 JUN | WIRE IN EDGE MEDICAL LTD Edge--Edge Medical Stat 1754 | $33,554.00 |

## Other Items - Charges

| | | |
|---|---|---|
| 01 JUN | BILL_PAY ZRKMLLARRYWVINES--CCD | $60.00 |
| 01 JUN | TRAN FEE INTUIT 87440563--CCD | $60.00 |
| 01 JUN | BILL_PAY QAASIKEVINDARRCQ--CCD | $162.00 |
| 01 JUN | BILL_PAY JBOKDBRITTANYALF--CCD | $280.00 |
| 01 JUN | BILL_PAY QMQRGPEAKPRESTIG--CCD | $324.00 |
| 01 JUN | BILL_PAY QJISMPARRINSTRUM--CCD | $687.67 |
| 01 JUN | BILL_PAY JHESTAUSTENFLORE--CCD | $1,025.00 |
| 01 JUN | BILL_PAY JQQNWNOBELMEDICA--CCD | $1,300.00 |
| 01 JUN | BILL_PAY QLUBJELVARAMIREZ--CCD | $1,400.00 |
| 01 JUN | BILL_PAY JDMDFPACKAGINGCO--CCD | $1,700.00 |
| 01 JUN | BILL_PAY JTWUNSOUTHEASTER--CCD | $2,000.00 |
| 01 JUN | BILL_PAY ZSDCLTORMACHINCF--CCD | $2,984.23 |
| 01 JUN | Collection Shred-it USA LLC--PPD | $3,758.16 |
| 01 JUN | BILL_PAY JEUCHNELSONLABOR--CCD | $4,824.81 |
| 01 JUN | BILL_PAY QHISNFUSIONMEDIC--CCD | $6,340.00 |
| 01 JUN | BILL_PAY QXKMYLIFECYCLEBI--CCD | $6,804.00 |
| 01 JUN | FPRS FIDELITY 6569W C--CCD | $8,562.12 |
| 01 JUN | BILL_PAY ZPNBOENVSERVICES--CCD | $9,779.00 |
| 01 JUN | BILL_PAY QCTLKSTERISCORPO--CCD | $23,946.14 |
| 02 JUN | BILL_PAY JXRRNHETTICHINST--CCD | $53.10 |
| 02 JUN | BILL_PAY QFWHZCLIFFORDPOW--CCD | $60.56 |

00044734

| | | |
|---|---|---|
| 02 JUN | WEBPAYMENT WAGEWORKSINC--WEB | $100.00 |
| 02 JUN | BILL_PAY JDUDVCARDINALHEA--CCD | $242.40 |
| 02 JUN | BILL_PAY ZJQXLSAFESITECBV--CCD | $307.50 |
| 02 JUN | WEB PAY LEASE SERVICES--CCD | $392.23 |
| 02 JUN | FDX FREIGH FEDEX CIS--CCD | $1,037.87 |
| 02 JUN | BILL_PAY QXMXDNOVASTERILI--CCD | $1,954.00 |
| 02 JUN | BILL_PAY QQSKNKTECCLEANRO--CCD | $2,591.00 |
| 02 JUN | BILL_PAY QEMOJALLEGUARDYZ--CCD | $3,924.36 |
| 02 JUN | BILL_PAY QTGQAFISHERSCIEN--CCD | $4,288.81 |
| 02 JUN | BILL_PAY JZBTUTERMINALBHR--CCD | $7,825.39 |
| 02 JUN | BILL_PAY QMMJRVALIDATEDDE--CCD | $10,267.50 |
| 03 JUN | WIRE-OUT MAXMEDIPHARM CO LTD | $7,500.00 |
| 03 JUN | TRAN FEE INTUIT 95100833--CCD | $111.67 |
| 03 JUN | DEBIT FEDERAL EXPRESS--WEB | $131.94 |
| 03 JUN | PURCHASE ULINE--CCD | $2,752.46 |
| 03 JUN | MMS ACH MCKESSON MED SUR--CTX | $13,637.82 |
| 03 JUN | 2122693050 CHEDR--CCD | $20,000.00 |
| 04 JUN | WEB PMTS The Overlook at--WEB | $1,800.00 |
| 04 JUN | BILL_PAY JUPICADAMAJAMESR--CCD | $2,000.00 |
| 05 JUN | TRAN FEE INTUIT 02571013--CCD | $49.93 |
| 05 JUN | PAYMENT FINTAP--CCD | $24,400.00 |
| 08 JUN | TRAN FEE INTUIT 06064063--CCD | $15.00 |
| 09 JUN | TRAN FEE INTUIT 12747953--CCD | $15.00 |

00044735

| | | |
|---|---|---|
| 10 JUN | TRAN FEE INTUIT 16625463--CCD | $25.80 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $25.00 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $120.00 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $260.27 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $500.00 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $697.87 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $887.19 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $973.13 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,041.07 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,130.75 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,246.24 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,264.38 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,266.85 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,309.69 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,315.40 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,315.47 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,351.46 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,352.80 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,364.93 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,366.33 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,372.49 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,375.03 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,381.40 |

00044736

| | | |
|---|---|---|
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,381.55 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,387.41 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,390.42 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,398.13 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,398.55 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,411.07 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,455.70 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,474.38 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,477.72 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,638.95 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,673.43 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $1,852.66 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $2,000.00 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $2,029.73 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $2,208.55 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $2,232.31 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $2,267.73 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $2,428.19 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $2,474.15 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $2,605.21 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $2,763.45 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $2,781.96 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $3,838.86 |

| | | |
|---|---|---|
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $4,602.59 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $4,781.05 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $4,859.34 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $5,162.58 |
| 12 JUN | PAYROLL INTUIT 94575564--CCD | $6,961.31 |
| 12 JUN | TAX INTUIT 51421967--CCD | $30,349.25 |
| 15 JUN | WIRE OUT Maxmedipharm Co. Ltd--Invoice 0051 | $7,500.00 |
| 15 JUN | TRAN FEE INTUIT 29816043--CCD | $15.00 |
| 15 JUN | TRAN FEE INTUIT 26139613--CCD | $18.85 |
| 15 JUN | BILL_PAY ZISZXKTECCLEANRO--CCD | $213.76 |
| 15 JUN | BILL_PAY ZWMXBBRITTANYALF--CCD | $420.00 |
| 15 JUN | BILL_PAY ZCCEWJENNIFERTHE--CCD | $475.00 |
| 15 JUN | BILL_PAY QGWVNAUSTENFLORE--CCD | $1,090.00 |
| 15 JUN | BILL_PAY QSVFFTORMACHINCM--CCD | $2,984.23 |
| 16 JUN | FPRS FIDELITY 6569W C--CCD | $8,674.28 |
| 17 JUN | BILL_PAY ZBQXJDANCOMEDICA--CCD | $94,107.00 |
| 22 JUN | BILL_PAY JDXEYORIONDPRODU--CCD | $3,665.00 |
| 22 JUN | BILL_PAY JLJQOLIFECYCLEBI--CCD | $10,548.00 |
| 23 JUN | Miscellaneous Debit | $172,401.79 |
| 23 JUN | Account Analysis Charge | $181.51 |
| 24 JUN | BILL_PAY JRQSJADVANCEDCOO--CCD | $700.00 |
| 24 JUN | debitpmt Chubb--WEB | $763.00 |
| 24 JUN | BILL_PAY ZLLIUNOVASTERILI--CCD | $972.00 |

00044738

| | | |
|---|---|---|
| 24 JUN | PURCHASE Applied Systems--CCD | $15,004.00 |

## Checks

| | | |
|---|---|---|
| 08 JUN | Check# 1000 | $20.00 |
| 01 JUN | Check# 1003* | $22,600.00 |
| 04 JUN | Check# 1004 | $2,588.20 |
| 02 JUN | Check# 1005 | $1,638.49 |
| 15 JUN | Check# 1007* | $57,637.66 |
| 15 JUN | Check# 1008 | $15,000.00 |
| 22 JUN | Check# 1009 | $9,797.91 |

* Denotes missing check numbers

## Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6/01 | $54,632.77 | 6/09 | $194,894.54 | 6/17 | $81,261.21 |
| 6/02 | $88,559.56 | 6/10 | $223,893.74 | 6/18 | $116,359.21 |
| 6/03 | $47,607.67 | 6/11 | $264,302.74 | 6/22 | $156,468.30 |
| 6/04 | $61,219.47 | 6/12 | $146,103.99 | 6/23 | -$16,115.00 |
| 6/05 | $129,691.54 | 6/15 | $139,664.49 | 6/24 | $0.00 |
| 6/08 | $180,034.54 | 6/16 | $137,924.21 | | |

*** End of Statement ***

00044739

**Remote Deposit** — Credit

Alamo Biologics LLC
*Alamo Biologics LLC*
5844 Rocky Point
San Antonio, TX 78249
800-226-9091

Date: 6/1/2026
Items: 3
Amount: $12,364.00
Batch ID: 27196460302
Account ID: 2061138 15317462
[redacted]

Amount: $12364.00 Date: 06/01/26

**Remote Deposit** — Credit

Alamo Biologics LLC
*Alamo Biologics LLC*
5844 Rocky Point
San Antonio, TX 78249
800-226-9091

Date: 6/5/2026
Items: 1
Amount: $2,814.00
Batch ID: 27257454906
Account ID: 2061138 15317462
[redacted]

Amount: $2814.00 Date: 06/05/26

**Remote Deposit** — Credit

Alamo Biologics LLC
*Alamo Biologics LLC*
5844 Rocky Point
San Antonio, TX 78249
800-226-9091

Date: 6/8/2026
Items: 3
Amount: $14,996.00
Batch ID: 27276273042
Account ID: 2061138 15317462
[redacted]

Amount: $14996.00 Date: 06/08/26

**Remote Deposit** — Credit

Alamo Biologics LLC
*Alamo Biologics LLC*
5844 Rocky Point
San Antonio, TX 78249
800-226-9091

Date: 6/10/2026
Items: 2
Amount: $18,884.00
Batch ID: 27295065626
Account ID: 2061138 15317462
[redacted]

Amount: $18884.00 Date: 06/10/26

**Remote Deposit** — Credit

Alamo Biologics LLC
*Alamo Biologics LLC*
5844 Rocky Point
San Antonio, TX 78249
800-226-9091

Date: 6/12/2026
Items: 1
Amount: $4,021.00
Batch ID: 27312505210
Account ID: 2061138 15317462
[redacted]

Amount: $4021.00 Date: 06/12/26

**Remote Deposit** — Credit

Alamo Biologics LLC
*Alamo Biologics LLC*
5844 Rocky Point
San Antonio, TX 78249
800-226-9091

Date: 6/15/2026
Items: 2
Amount: $11,120.00
Batch ID: 27328338730
Account ID: 2061138 15317462
[redacted]

Amount: $11120.00 Date: 06/15/26

**Remote Deposit** — Credit

Alamo Biologics LLC
*Alamo Biologics LLC*
5844 Rocky Point
San Antonio, TX 78249
800-226-9091

Date: 6/16/2026
Items: 2
Amount: $6,934.00
Batch ID: 27337008734
Account ID: 2061138 15317462
[redacted]

Amount: $6934.00 Date: 06/16/26

**Remote Deposit** — Credit

Alamo Biologics LLC
*Alamo Biologics LLC*
5844 Rocky Point
San Antonio, TX 78249
800-226-9091

Date: 6/17/2026
Items: 1
Amount: $2,509.00
Batch ID: 27344929978
Account ID: 2061138 15317462
[redacted]

Amount: $2509.00 Date: 06/17/26

**Remote Deposit** — Credit

Alamo Biologics LLC
*Alamo Biologics LLC*
5844 Rocky Point
San Antonio, TX 78249
800-226-9091

Date: 6/22/2026
Items: 5
Amount: $64,120.00
Batch ID: 27372583762
Account ID: 2061138 15317462
[redacted]

Amount: $64120.00 Date: 06/22/26

Alamo Biologics, LLC
P.O. Box 691433
San Antonio, TX 78269
Jefferson Bank
CHECK NO. 1000
05/14/2026
U.S. Department of State
Twenty and 00/100****** **20.00
PAY TO THE ORDER OF: U.S. Department of State
AUTHORIZED SIGNATURE
001000 114000763 [redacted] 2605-2639

Check: #1000 Amount: $20.00 Date: 06/08/26

Alamo Biologics, LLC
P.O. Box 691433
San Antonio, TX 78269
Jefferson Bank
CHECK NO. 1003
05/28/2026
Integrity Bank, SSB
Twenty-two thousand six hundred and 00/100****** **22,600.00
PAY TO THE ORDER OF: Integrity Bank, SSB
6584 Katy Freeway, Ste 101
Houston, TX 77024
AUTHORIZED SIGNATURE
001003 114000763 [redacted]

Check: #1003 Amount: $22600.00 Date: 06/01/26

Alamo Biologics, LLC
P.O. Box 691433
San Antonio, TX 78269
Jefferson Bank
CHECK NO. 1004
05/29/2026
Performance Orthopedic Associates
Two thousand five hundred eighty-eight and 20/100****** **2,588.20
PAY TO THE ORDER OF: Performance Orthopedics
c/o Jeff Dean
7943 Windsong Drive
Trussville, AL 35173
AUTHORIZED SIGNATURE
001004 114000763 [redacted]

Check: #1004 Amount: $2588.20 Date: 06/04/26

Alamo Biologics, LLC
P.O. Box 691433
San Antonio, TX 78269
Jefferson Bank
CHECK NO. 1005
06/01/2026
Alamo Biologics
One thousand six hundred thirty-eight and 49/100****** **1,638.49
PAY TO THE ORDER OF: Alamo Biologics (to SouthState)
5844 Rocky Pt
San Antonio, TX 78261
001005 114000763 [redacted]

Check: #1005 Amount: $1638.49 Date: 06/02/26

Alamo Biologics, LLC
P.O. Box 691433
San Antonio, TX 78269
Jefferson Bank
CHECK NO. 1007
06/12/2026
SouthState Bank
Fifty-seven thousand six hundred thirty-seven and 66/100****** **57,637.66
PAY TO THE ORDER OF: SouthState Bank
P.O. Box 118068
Texas
Charleston, SC 29423
AUTHORIZED SIGNATURE
MEMO: Loans 8081969 8054667 8061957
001007 114000763 [redacted]

Check: #1007 Amount: $57637.66 Date: 06/15/26

Alamo Biologics, LLC
P.O. Box 691433
San Antonio, TX 78269
Jefferson Bank
CHECK NO. 1008
06/12/2026
5844 Rocky Point Ltd
Fifteen thousand and 00/100****** **15,000.00
PAY TO THE ORDER OF: 5844 Rocky Point Ltd
5844 Rocky Point
San Antonio, TX 78249
AUTHORIZED SIGNATURE
001008 114000763 [redacted]

Check: #1008 Amount: $15000.00 Date: 06/15/26

Alamo Biologics, LLC
P.O. Box 691433
San Antonio, TX 78269
Jefferson Bank
CHECK NO. 1009
06/18/2026
Qualtex Laboratories
Nine thousand seven hundred ninety-seven and 91/100****** **9,797.91
PAY TO THE ORDER OF: Qualtex Laboratories
P.O. Box 1537
San Antonio, TX 78295
AUTHORIZED SIGNATURE
MEMO: 445
001009 114000763 [redacted]

Check: #1009 Amount: $9797.91 Date: 06/22/26

00044740

INTEGRITY BANK

8584 Katy Fwy Suite 101
Houston, TX 77024 | 346-293-7940

Date 6/30/26 Page 1
Primary Account Acct Ending 6243
Enclosures

274368

Alamo Biologics LLC
PO Box 691433
San Antonio TX 78269

## CHECKING ACCOUNT

| | | | |
|---|---|---|---|
| ITX Business Chking | | Number of Enclosures | 0 |
| Account # | Acct Ending 6243 | Statement Dates 6/01/26 thru | 6/30/26 |
| Previous Balance | 1,219.40 | Days in the statement period | 30 |
| Deposits/Credits | .00 | | |
| 1 Checks/Debits | 160.10 | Average Collected | 1,134.01 |
| Service Charge | .00 | | |
| | .00 | | |
| Ending Balance | 1,059.30 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to | $.00 | $.00 |
| Return item fees year to date | $.00 | $.00 |

## ACTIVITY

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| 6/15 | Account Analysis Charge | 160.10- | 1,059.30 |

*** END OF STATEMENT ***



EQUAL HOUSING LENDER Member FDIC

**In case of errors or questions about your electronic transfers write or call us at the telephone number or address on the front of the statement.**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us immediately. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.

(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take 45 days to investigate your complaint or question (or 90 days in the case of a new account, point of sale transaction, or a foreign initiated transfer). If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. An account is considered a new account for 30 days after the first deposit is made if you are a new customer.

We will tell you the result within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## STATEMENT RECONCILIATION

1. BALANCE SHOWN ON THIS STATEMENT$ ______________

2. PLUS DEPOSITS NOT SHOWN ON STATEMENT ______________

SUBTOTAL ______________

3. LESS OUTSTANDING CHECKS-DRAFTS(THOSE SHOWN IN YOUR CHECK BOOK BUT NOT ON STATEMENT) ______________

**TOTAL** $ ______________

**ABOVE TOTAL SHOULD AGREE WITH THAT SHOWN IN YOUR CHECK BOOK, LESS ANY ACTIVITY CHARGE MADE PLUS ANY INTEREST PAID.**

CHECKS OUTSTANDING

| NO. | ACCOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

**SouthState**
P.O. Box 9602 · Winter Haven, FL 33883
SouthStateBank.com · 800.277.2175

## Statement Ending 06/30/2026

*ALAMO BIOLOGICS LLC* *Page 1 of 2*
*Account Number: XXXXXXXXXXXXX0882*

### Managing Your Accounts

| | |
|---|---|
| Customer Care | (800) 277-2175 |
| Mailing Address | P.O. Box 9602<br>Winter Haven, FL 33883 |
| Website | SouthStateBank.com |

ALAMO BIOLOGICS LLC
PO BOX 691433
SAN ANTONIO TX 78269-1433

### Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| COMMERCIAL ANALYSIS | XXXXXXXXXXXXX0882 | $6,051.49 |

## COMMERCIAL ANALYSIS - XXXXXXXXXXXXX0882

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| **05/30/2026** | **Beginning Balance** | **$0.00** | Minimum Balance | $0.00 |
| | 4 Credit(s) This Period | $7,689.98 | Average Available Balance | $3,001.42 |
| | 1 Debit(s) This Period | $1,638.49 | | |
| **06/30/2026** | **Ending Balance** | **$6,051.49** | | |

### Deposits

| Date | Description | Amount |
|---|---|---|
| 06/01/2026 | REMOTE CAPTURE DEPOSIT | $1,638.49 |
| | | 1 item(s) totaling $1,638.49 |

### Other Credits

Due to garnishment

| Date | Description | Amount |
|---|---|---|
| 06/02/2026 | RETURNED ITEM, UNCOLLECTED FUNDS, The Overlook at WEB PMTS 6J429G | $1,638.49 |
| 06/09/2026 | CORP PAY [redacted]-0001009688-1 | $1,300.00 |
| 06/26/2026 | PAYMENTS [redacted]T NTE* ZZZ* /ADV/2000191514 26.6.2026\ | $3,113.00 |
| | | 3 item(s) totaling $6,051.49 |

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 06/01/2026 | The Overlook at WEB PMTS 6J429G | $1,638.49 |
| | | 1 item(s) totaling $1,638.49 |

### Daily Balances

| Date | Amount | Date | Amount |
|---|---|---|---|
| 06/01/2026 | $0.00 | 06/09/2026 | $2,938.49 |
| 06/02/2026 | $1,638.49 | 06/26/2026 | $6,051.49 |

Member FDIC
NMLS# 403455
EQUAL HOUSING LENDER

This page left intentionally blank

JEFFERSON BANK

Date 6/30/26 Page 1
Account Number [redacted]
Enclosures

Alamo Biologics LLC
Debtor-in-Possession
Case #26-51549
PO Box 691433
San Antonio TX 78269-1433

"With eStatements, you can retrieve up to 24 months of statements.
Enroll through Online Banking today!"

****************************** Checking Account ******************************

Account Title: Alamo Biologics LLC
Debtor-in-Possession
Case #26-51549

| | | | |
|---|---|---|---|
| Business Checking | | Number of Enclosures | 0 |
| Account Number | 10394524 | Statement Dates 6/17/26 thru | 6/30/26 |
| Previous Balance | .00 | Number of Days this Statement | 14 |
| 7 Deposits/Credits | 307,431.79 | Average Daily Balance | 63,246.52 |
| 79 Checks/Debits | 240,467.33 | Average Collected | 63,246.52 |
| Service Charge | .00 | | |
| Interest Paid | .00 | | |
| Current Balance | 66,964.46 | | |

------------------------ Deposits and Other Credits ------------------------

| Date | Description | Number | Amount |
|---|---|---|---|
| 6/23 | Close Acct 10390995 | | 172,401.79 |
| 6/24 | ACH [redacted] INC--CCD | | 41,850.00 |
| 6/25 | DDA Remote Deposit Credit | | 15,096.00 |
| 6/26 | PAYABLES [redacted]--CCD | | 35,990.00 |
| 6/26 | DDA Remote Deposit Credit | | 690.00 |
| 6/30 | MercuryACH [redacted]B--CCD | | 10,000.00 |
| 6/30 | DDA Remote Deposit Credit | | 31,404.00 |

-------------------------- Other Items - Charges --------------------------

| Date | Description | Number | Amount |
|---|---|---|---|
| 6/25 | ACH Paymen ALAMO BIOLOGICS--CCD | | 3,792.68 |
| 6/26 | PURCHASE SA WATER SYSTEM--WEB | | 12.70 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 25.00 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 120.00 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 201.72 |
| 6/26 | PURCHASE SA WATER SYSTEM--WEB | | 202.99 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 310.39 |
| 6/26 | PURCHASE SA WATER SYSTEM--WEB | | 477.48 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 500.00 |

JEFFERSON BANK

Date 6/30/26
Account Number
Enclosures

Page 2
10394524

Alamo Biologics LLC
Debtor-in-Possession
Case #26-51549
PO Box 691433
San Antonio TX 78269-1433

Business Checking 10394524 (Continued)

---------------------------- Other Items - Charges ----------------------------

| Date | Description | Number | Amount |
|---|---|---|---|
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,107.83 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,130.16 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,143.26 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,185.98 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,223.02 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,233.30 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,241.56 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,243.22 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,280.38 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,290.72 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,347.83 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,395.85 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,396.91 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,398.55 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,403.97 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,410.13 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,433.18 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,517.40 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,520.92 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,525.98 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,538.68 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,559.61 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,580.69 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,592.16 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,602.67 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,675.08 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,697.51 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,722.35 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,766.09 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 1,968.27 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 2,000.00 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 2,078.37 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 2,289.68 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 2,382.11 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 2,435.19 |
| 6/26 | PAYROLL INTUIT 95927141--CCD | | 2,474.15 |

JEFFERSON BANK

Date 6/30/26 Page 3
Account Number 10394524
Enclosures

Alamo Biologics LLC
Debtor-in-Possession
Case #26-51549
PO Box 691433
San Antonio TX 78269-1433

Business Checking 10394524 (Continued)

--------------------------- Other Items - Charges ---------------------------

| Date | Description | Number | Amount |
|---|---|---|---|
| 6/26 | PAYROLL | INTUIT 95927141--CCD | 2,605.22 |
| 6/26 | PAYROLL | INTUIT 95927141--CCD | 2,607.46 |
| 6/26 | PAYROLL | INTUIT 95927141--CCD | 2,628.87 |
| 6/26 | PAYROLL | INTUIT 95927141--CCD | 2,699.25 |
| 6/26 | PAYROLL | INTUIT 95927141--CCD | 3,255.07 |
| 6/26 | PAYROLL | INTUIT 95927141--CCD | 3,263.23 |
| 6/26 | PAYROLL | INTUIT 95927141--CCD | 3,838.87 |
| 6/26 | PAYROLL | INTUIT 95927141--CCD | 4,602.59 |
| 6/26 | PAYROLL | INTUIT 95927141--CCD | 4,781.04 |
| 6/26 | PAYROLL | INTUIT 95927141--CCD | 4,859.35 |
| 6/26 | PAYROLL | INTUIT 95927141--CCD | 5,599.97 |
| 6/26 | PAYROLL | INTUIT 95927141--CCD | 6,961.32 |
| 6/26 | CC PAYMENT | USAA FSB CC--CCD | 12,000.00 |
| 6/26 | CPS WEBPMT | CITY PUBLIC SRV--CCD | 13,515.10 |
| 6/26 | DEBIT | FEDERAL EXPRESS--TEL | 16,652.64 |
| 6/26 | OBPPAYMT | HEALTH CARE SERV--CCD | 18,706.88 |
| 6/26 | TAX | INTUIT 20036267--CCD | 34,454.09 |
| 6/29 | ACH Paymen | ALAMO BIOLOGICS--CCD | 60.00 |
| 6/29 | ACH Paymen | ALAMO BIOLOGICS--CCD | 120.00 |
| 6/29 | ACH Paymen | ALAMO BIOLOGICS--CCD | 275.00 |
| 6/29 | PURCHASE | Terminal B INV 2--CCD | 343.79 |
| 6/29 | WEB PAY | LEASE SERVICES--CCD | 392.23 |
| 6/29 | ACH Paymen | ALAMO BIOLOGICS--CCD | 800.67 |
| 6/29 | ACH Paymen | ALAMO BIOLOGICS--CCD | 1,287.50 |
| 6/29 | ACH Paymen | ALAMO BIOLOGICS--CCD | 1,614.50 |
| 6/29 | PURCHASE | Terminal B INV 2--CCD | 1,681.08 |
| 6/29 | ACH Paymen | ALAMO BIOLOGICS--CCD | 2,865.00 |
| 6/29 | JUN GP INS | THE GUARDIAN--CCD | 3,654.11 |
| 6/29 | ACH Paymen | ALAMO BIOLOGICS--CCD | 4,872.00 |
| 6/29 | PURCHASE | Terminal B INV 2--CCD | 5,845.50 |
| 6/29 | ACH Paymen | ALAMO BIOLOGICS--CCD | 7,946.64 |
| 6/30 | WEBPAYMENT | BARCOMTECHNOLOGY--WEB | 102.84 |
| 6/30 | ACH Paymen | ALAMO BIOLOGICS--CCD | 900.00 |
| 6/30 | ACH Paymen | ALAMO BIOLOGICS--CCD | 2,239.80 |

JEFFERSON BANK

Date 6/30/26 Page 4
Account Number 10394524
Enclosures

Alamo Biologics LLC
Debtor-in-Possession
Case #26-51549
PO Box 691433
San Antonio TX 78269-1433

Business Checking 10394524 (Continued)

------------------------------- Daily Balance -------------------------------

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 6/17 | .00 | 6/25 | 225,555.11 | 6/30 | 66,964.46 |
| 6/23 | 172,401.79 | 6/26 | 60,561.12 | | |
| 6/24 | 214,251.79 | 6/29 | 28,803.10 | | |

*** End of Statement ***

# Commercial Business Checking

Account number: [redacted] ■ June 1, 2026 - June 30, 2026 ■ Page 1 of 1

WELLS FARGO

ALAMO BIOLOGICS, LLC
PO BOX 691433
SAN ANTONIO TX 78269-1433

**Questions?**

Call Global Payments & Liquidity Service
**1-800-AT WELLS** (1-800-289-3557)

*Online:* *wellsfargo.com*

*Write:* Wells Fargo Bank, N.A. (808)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### *Commercial Business Checking*

| *Account number* | *Beginning balance* | *Total credits* | *Total debits* | *Ending balance* |
|---|---|---|---|---|
| [redacted] | -$111.71 | $111.71 | -$121.84 | -$121.84 |

### Credits

**Electronic deposits/bank credits**

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 06/08 | 111.71 | Reversal of Outstanding Account Fees Following Bankruptcy |
| | | **$111.71** | **Total electronic deposits/bank credits** |
| | | **$111.71** | **Total credits** |

### Debits

**Electronic debits/bank debits**

| *Effective date* | *Posted date* | *Amount* | *Transaction detail* |
|---|---|---|---|
| | 06/11 | 121.84 | Client Analysis Srvc Chrg 260610 Svc Chge 0526 000003116290069 |
| | | **$121.84** | **Total electronic debits/bank debits** |
| | | **$121.84** | **Total debits** |

### Daily ledger balance summary

| *Date* | *Balance* | *Date* | *Balance* | *Date* | *Balance* |
|---|---|---|---|---|---|
| 05/31 | -111.71 | 06/08 | 0.00 | 06/11 | -121.84 |

**Average daily ledger balance** **-$107.29**

©2026 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

(808)
Sheet Seq = 0008155
Sheet 00001 of 00001