# ALAMO BIOLOGICS, LLC

A/R Aging Summary Report

As of Jun 30, 2026

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | Total |
|---|---|---|---|---|---|---|
| [redacted] | | 2,619.00 | | | | 2,619.00 |
| [redacted] | 40,755.00 | 12,306.93 | 6,986.00 | | | 60,047.93 |
| [redacted] | | | | | 3,510.00 | 3,510.00 |
| [redacted] | 1,004.00 | | | | | 1,004.00 |
| [redacted] | | | | | (900.00) | (900.00) |
| [redacted] | 11,980.00 | | | | | 11,980.00 |
| [redacted] | | | | | 44,500.00 | 44,500.00 |
| [redacted] | 2,725.00 | 7,707.38 | | | | 10,432.38 |
| [redacted] | | | | 290.00 | | 290.00 |
| [redacted] | 23,892.00 | | (2,030.00) | | | 21,862.00 |
| [redacted] | | | | | (2,738.00) | (2,738.00) |
| [redacted] | | | | | 360.00 | 360.00 |
| [redacted] | | | | | 2,275.00 | 2,275.00 |
| [redacted] | 8,010.00 | | | 8,160.00 | 6,376.00 | 22,546.00 |
| [redacted] | 3,225.00 | | | | | 3,225.00 |
| [redacted] | | | | | 1,836.00 | 1,836.00 |
| [redacted] | | | | | 3,402.00 | 3,402.00 |
| [redacted] | 3,980.00 | | | | | 3,980.00 |
| [redacted] | | 5,284.50 | | 7,345.50 | | 12,630.00 |
| [redacted] | 37,454.00 | 4,385.00 | | | | 41,839.00 |
| [redacted] | 142,185.00 | | | | | 142,185.00 |
| [redacted] | 8,043.00 | | | | | 8,043.00 |
| [redacted] | | 13,975.00 | 6,325.00 | | | 20,300.00 |
| [redacted] | 9,115.00 | 11,585.00 | 2,495.00 | 13,330.00 | (4,415.00) | 32,110.00 |
| [redacted] | | | (1,695.00) | | | (1,695.00) |
| [redacted] | 2,079.00 | 837.00 | | | (1,025.00) | 1,891.00 |
| [redacted] | 12,360.00 | 9,125.00 | (1,620.00) | | | 19,865.00 |
| [redacted] | 37,780.00 | 14,525.00 | | | | 52,305.00 |
| [redacted] | 72,450.00 | (1.00) | | | | 72,449.00 |
| [redacted] | 17,565.00 | | | (7,250.00) | 1,800,806.00 | 1,811,121.00 |
| [redacted] | | | | | 1,254.00 | 1,254.00 |
| [redacted] | 1,975.00 | 2,550.00 | | (96.00) | | 4,429.00 |
| [redacted] | | | 1,700.00 | | | 1,700.00 |
| [redacted] | | (200.00) | | | | (200.00) |
| [redacted] | 1,980.00 | | | | | 1,980.00 |
| [redacted] | | | | | (656.00) | (656.00) |

# ALAMO BIOLOGICS, LLC

A/R Aging Summary Report

As of Jun 30, 2026

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | Total |
|---|---|---|---|---|---|---|
| [redacted] | | 1,354.00 | 330.00 | | | 1,684.00 |
| [redacted] | 96,785.00 | | 2,995.00 | | | 99,780.00 |
| [redacted] | 7,590.00 | | | | | 7,590.00 |
| [redacted] | 8,985.00 | | | 1,963.00 | | 10,948.00 |
| [redacted] | | | | | | |
| [redacted] | 6,790.00 | | | | | 6,790.00 |
| [redacted] | 16,940.00 | | | | | 16,940.00 |
| [redacted] | | | | | | |
| [redacted] | | | | | 0.80 | 0.80 |
| [redacted] | | | 1,700.00 | | | 1,700.00 |
| [redacted] | 15,860.00 | 6,110.00 | 9,038.20 | | | 31,008.20 |
| [redacted] | | | | | 1,033.00 | 1,033.00 |
| [redacted] | | | | 894.00 | | 894.00 |
| [redacted] | 31,500.00 | 15,750.00 | | | | 47,250.00 |
| [redacted] | 4,885.00 | | | | | 4,885.00 |
| [redacted] | 4,947.00 | 5,402.00 | | | | 10,349.00 |
| [redacted] | | | | | (1,010.00) | (1,010.00) |
| [redacted] | 3,606.00 | 560.00 | | | | 4,166.00 |
| [redacted] | 20,564.00 | 15,131.78 | 4,665.00 | | | 40,360.78 |
| [redacted] | | | | | | |
| [redacted] | | | | | (325.00) | (325.00) |
| [redacted] | 3,971.00 | | | | | 3,971.00 |
| [redacted] | | | | | 1,521.00 | 1,521.00 |
| [redacted] | 101,773.00 | 54,124.00 | 54,537.00 | 22,043.00 | (147,582.00) | 84,895.00 |
| [redacted] | 41,325.00 | | | | | 41,325.00 |
| [redacted] | | | | | (60.00) | (60.00) |
| [redacted] | 14,460.00 | 200.00 | 1,510.00 | 17,324.32 | | 33,494.32 |
| [redacted] | 5,675.00 | | | | | 5,675.00 |
| [redacted] | | | | | 2,125.00 | 2,125.00 |
| [redacted] | 26,215.00 | 14,980.00 | | 14,980.00 | | 56,175.00 |
| [redacted] | | 540.00 | | | | 540.00 |
| [redacted] | | | | | (3,253.00) | (3,253.00) |
| **TOTAL** | **850,428.00** | **198,850.59** | **86,936.20** | **78,983.82** | **1,707,034.80** | **$2,922,233.41** |