# ALAMO BIOLOGICS, LLC

Balance Sheet

As of Jun 30, 2026

| | Total |
|---|---|
| Assets | |
| Current Assets | |
| Bank Accounts | |
| Alamo Checking - Integrity Bank | 1,059.30 |
| Alamo Checking - Jefferson Bank | (210.00) |
| Alamo Checking - SouthState Bank | 4,610.39 |
| Alamo Checking - Wells Fargo | (121.84) |
| Alamo Checking DIP - Jefferson Bank | 54,446.33 |
| **Total for Bank Accounts** | **$59,784.18** |
| Accounts Receivable | |
| Accounts Receivable | 3,166,040.91 |
| Allowance for Bad Debt | (243,807.50) |
| **Total for Accounts Receivable** | **$2,922,233.41** |
| Other Current Assets | |
| Accounts Receivable - Misc. | 2,058.44 |
| Accounts Receivable-Employees | (112.90) |
| Inventory Asset | $3,841,593.89 |
| Allowance for Obsolete Inventory | (344,802.00) |
| **Total for Inventory Asset** | **$3,496,791.89** |
| Inventory-In Processing | 672,380.00 |
| Inventory-Unprocessed | 1,921,100.00 |
| Prepaid Expenses | 58,512.80 |
| Prepaid Insurance | 142,928.04 |
| QuickBooks Tax Holding Account | 35,490.05 |
| Undeposited Funds | 3,605.00 |
| **Total for Other Current Assets** | **$6,332,753.32** |
| **Total for Current Assets** | **$9,314,770.91** |
| Fixed Assets | |
| Autos & Trucks-Net | |
| Autos & Trucks-Cost | 15,000.00 |
| Autos & Trucks-Depr | (11,000.00) |
| **Total for Autos & Trucks-Net** | **$4,000.00** |
| Building & Improvements-Net | $50,908.60 |
| Building & Improvements | (50,908.60) |
| **Total for Building & Improvements-Net** | **$0.00** |

# ALAMO BIOLOGICS, LLC

Balance Sheet

As of Jun 30, 2026

| | Total |
|---|---|
| Equipment-Net | |
| Equipment-Cost | 3,984,791.65 |
| Equipment-Depr | (3,335,268.70) |
| **Total for Equipment-Net** | **$649,522.95** |
| Furniture & Fixtures-Net | |
| Furniture & Fixtures-Cost | 143,509.30 |
| Furniture & Fixtures-Depr | (143,509.30) |
| **Total for Furniture & Fixtures-Net** | **$0.00** |
| Leasehold Improvements-Net | |
| Leasehold Improvements-Cost | 3,272,009.52 |
| Leasehold Improvements-Depr | (854,799.57) |
| **Total for Leasehold Improvements-Net** | **$2,417,209.95** |
| **Total for Fixed Assets** | **$3,070,732.90** |
| Other Assets | |
| Deposits | 7,650.00 |
| Goodwill-Sec 754 | $1,006,200.00 |
| Accumulated Amortization-Sec 754 | (285,090.00) |
| **Total for Goodwill-Sec 754** | **$721,110.00** |
| Note Receivable - 5844 Rocky Pt | 403,306.08 |
| Prepaid Loan Fees | |
| Accum Amort-Prepaid Loan Fees | (99,263.14) |
| Prepaid Loan Fees-Cost | 250,876.87 |
| **Total for Prepaid Loan Fees** | **$151,613.73** |
| **Total for Other Assets** | **$1,283,679.81** |
| **Total for Assets** | **$13,669,183.62** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | (124,399.58) |
| Accounts Payable-ABS | 5,804,800.68 |
| Accounts Payable-PAS | 408,063.54 |

# ALAMO BIOLOGICS, LLC

Balance Sheet

As of Jun 30, 2026

| | Total |
|---|---|
| **Total for Accounts Payable** | **$6,088,464.64** |
| Credit Cards | |
| American Express | 458.53 |
| USAA | 13,293.17 |
| **Total for Credit Cards** | **$13,751.70** |
| Other Current Liabilities | |
| Accrued Expenses | |
| Accrued Accounting | 32,345.00 |
| Accrued BTM Hardware Lease | 47,242.68 |
| Accrued BTM Software Fees | 86,041.86 |
| Accrued Commissions | 283,548.98 |
| Accrued Payroll Taxes | 6,935.93 |
| Accrued Property Taxes | 43,200.00 |
| Accrued Salaries | 324,799.78 |
| Accured 401(k) Expense | 1,711.16 |
| **Total for Accrued Expenses** | **$825,825.39** |
| Loan Payable-Owner | 498,140.44 |
| N/P - Chedr, LLC | 543,862.31 |
| N/P - RDM Capital | 684,659.90 |
| Note Pay-Current Portion | 347,046.30 |
| Note Payable-Insurance Premiums | 116,186.00 |
| Payroll Liabilities | $0.07 |
| Federal W/H | 33,623.31 |
| FUTA Tax | 138.02 |
| State W/H | 1,111.41 |
| SUI Tax | 617.24 |
| **Total for Payroll Liabilities** | **$35,490.05** |
| Settlement Payable | 3,400,000.00 |
| **Total for Other Current Liabilities** | **$6,451,210.39** |
| **Total for Current Liabilities** | **$12,553,426.73** |

# ALAMO BIOLOGICS, LLC

Balance Sheet

As of Jun 30, 2026

| | Total |
|---|---|
| Long-term Liabilities | |
| N/P - SouthState Conv CP | 1,091,551.02 |
| N/P - SouthState SBA Buyout | 1,950,184.95 |
| N/P - SouthState SBA CP | 1,979,878.33 |
| N/P-Dinneen Dispositions | 436,000.00 |
| Note Pay-xCurrent Portion | (347,046.30) |
| Partner Loans | |
| Loan Pay-L & D Andrews, Ltd | 700,005.41 |
| **Total for Partner Loans** | **$700,005.41** |
| **Total for Long-term Liabilities** | **$5,810,573.41** |
| **Total for Liabilities** | **$18,364,000.14** |
| Equity | |
| Capital Transfer(Buy-Out)(Lee & Debbie Andrews Ltd) | 1,260,316.16 |
| Capital-Sec 754 Step-Up(Lee & Debbie Andrews Ltd) | 1,006,200.00 |
| Lee & Debbie Andrews, Ltd. | |
| Beg Cap-Lee&Debbie Andrews, Ltd | 1,138,075.34 |
| Draws-Lee&Debbie Andrews, Ltd | (272,000.00) |
| **Total for Lee & Debbie Andrews, Ltd.** | **$866,075.34** |
| Retained Earnings | (4,887,213.25) |
| Net Income | (2,940,194.77) |
| **Total for Equity** | **($4,694,816.52)** |
| **Total for Liabilities and Equity** | **$13,669,183.62** |