Label Matrix for local noticing
0542-5
Case 26-51549-alt
Western District of Texas
San Antonio
Wed Jul 29 10:39:48 CDT 2026

Alamo Biologics LLC
Po Box 691433
San Antonio, TX 78269-1433

United States Trustee (SMG511)
U.S. Trustee's Office
615 E. Houston, Suite 533
P.O. Box 1539
San Antonio, TX 78295-1539

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205-2055

5844 Rocky Point Ltd
5844 Rocky Point
San Antonio, TX 78249-3406

American Express
Po Box 981535
El Paso, TX 79998-1535

Arnold Lee Andrews, Jr.
P.O. Box 271
Devine, TX 78016-0271

Arnold and Deborah Andrews
Po Box 271
Devine, TX 78016-0271

Bauer, Michael J., MD
200 S Wilcox St Pmb 443
Castle Rock, CO 80104-1913

(p)LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN DON STECKER
112 E PECAN
SUITE 2200
SAN ANTONIO TX 78205-1588

BioBridge Global
6211 IH 10 West
San Antonio, TX 78201-2023

BioCut Systems
W160s6550 Commerce Dr Ste 200
Muskego, WI 53150-7961

Biolink, LLC
3202 W. 71st Terr
Prairie Village, KS 66208-3135

Blue Cross Blue Shield of Texas
Po Box 650615
Dallas, TX 75265-0615

CRYO-1
2001 Ball
Galveston, TX 77550-2342

Charter Communications
Po Box 60074
City of Industry, CA 91716-0074

Chedr LLC
108 Central Ave Ste 6
Goose Creek, SC 29445-3079

Clark Hill PLC
Po Box 641858
Pittsburgh, PA 15264-1858

Computype, Inc.
Po Box 1691
Minneapolis, MN 55480-1691

DCIDS Tissue Services
Po Box 415000 Msc 7513
Nashville, TN 37241-5000

Dakota Lions Sight & Health
c/o J. Robert Forshey
Vartabedian Katz Hester & Haynes LLP
301 Commerce Street, Suite 2200
Fort Worth, Texas 76102-4122

Danco Medical, Inc.
6124 Maddox Blvd
Prospect, KY 40059-8561

Deborah Andrews
Po Box 271
Devine, TX 78016-0271

ENV Services
c/o Municipal Authority of South Heidelb
Po Box 37836
Baltimore, MD 21297-7836

Eurofins Donor and Product Testing, Inc.
Po Box 1469
Carol Stream, IL 60132-1469

Fedex
Po Box 660481
Dallas, TX 75266-0481

Fisher Scientific
Po Box 404705
Atlanta, GA 30384-4705

Guardian
P.O. Box 677458
Dallas, TX 75267-7458

Human Regenerative Technologies LLC
Skye Orthobiologics LLC
QSLWM, P.C.
Attn: Kenneth A. Hill
2200 Ross Ave., Suite 2400
Dallas, TX 75201-2797

IG360 LLC
Po Box 641858
Pittsburgh, PA 15264-1858

Initial Design Bioinnovations, LLC
5900 Balcones Dr Ste 100
Austin, TX 78731-4298

Instant Systems
5505 Robin Hood Rd
Norfolk, VA 23513-2423

Langley & Banack
745 E Mulberry Ave Ste 700
San Antonio, TX 78212-3172

Life Center Organ Donor Network
Attn: Accounts Payable
615 Elsinore Pl Ste 400
Cincinnati, OH 45202-1455

LifeCenter NW
LCNW Payment Lockbox
Po Box 103202
Pasadena, CA 91189-0156

Lifecycle Biotechnologies, LP
421 Marti Dr
Cleburne, TX 76033-7705

Lifesharing
Lifesharing
7436 Mission Valley Rd
San Diego, CA 92108-4406

Louisiana Organ Procurement Agency
68190 Highway 190 Service Rd
Covington, LA 70433-5271

MTF Biologics
Po Box 69385
Baltimore, MD 21264-9385

Medline Industries, LP
Dept. 1080
Po Box 121080
Dallas, TX 75312-1080

Mile High Enterprises, LLC
5844 Rocky Pt
San Antonio, TX 78249-3406

Mississippi Organ Recovery Agency
4400 Lakeland Dr
Flowood, MS 39232-9522

Musculoskeletal Transplant Foundation
c/o Aaron Davidson
Cole Schotz P.C.
901 Main Street, Suite 4120
Dallas, TX 75202-3751

Musculoskeletal Transplant Foundation
dba MTF Biologics
Cole Schotz PC/Jacob Frumkin
25 Main Street
Hackensack, NJ 07601-7015

Nelson Laboratories, Inc.
Po Box 571830
Salt Lake City, UT 84157-1830

Network for Hope, Inc
Po Box 22898
Louisville, KY 40252-0898

Nevada Donor Network
Department 335
Po Box 30102
Salt Lake City, UT 84130-0102

NovaSterilis, Inc.
3109 N Triphammer Rd
Lansing, NY 14882-8906

Prudential Cleanroom Services
Po Box 511886
Los Angeles, CA 90051-1827

Qualtex Laboratories
Po Box 1507
San Antonio, TX 78295-1507

RDM Capital, LLC
c/o Broocks Mack Wilson
WILSON FRIERY PLLC
708 Main Street, 10th Floor
Houston, TX 77002-3246

Regenerative Biologics, Inc.
6241 Nw 23rd St Fl 500
Gainesville, FL 32653-1500

Robert L. Barrows
Langley & Banack, Inc.
745 E. Mulberry, Suite 700
San Antonio, Texas 78212-3172

SD Lions Eye Bank
4501 West 61st Street
Sioux Falls, SD 57107-6411

STERIS Isomedix Operations, Inc.
Po Box 676548
Dallas, TX 75267-6548

South Texas Blood & Tissue Center
Tissue Division
P.O. Box 1487
San Antonio, TX 78295-1487

SouthState Bank
P.O. Box 118068
Charleston, SC 29423-8068

SouthState Bank
Po Box 118068
North Charleston, SC 29423-8068

SouthState Bank, N.A.
c/o Joseph F. Colvin, Jr.
Shackelford, McKinley & Norton, LLP
717 Texas Avenue, 27th Floor
Houston, Texas 77002-2761

Southern Legacy of Life
Po Box 2034
Lowell, AR 72745-2034

Spectrum
Attn: Kyla Carr
1600 Dublin Rd
Columbus, OH 43215-2098

Stericycle
Po Box 9001588
Louisville, KY 40290-1588

Uline
12575 Uline Dr.
Pleasant Prairie, WI 53158-3686

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78205-2055

Validated Delivery Solutions, LLC
Po Box 601
Granville, OH 43023-0601

Villa & White LLP
100 NE Loop 410 Suite 615
San Antonio, TX 78216-4713

Waste Management of Texas
Po Box 660345
Dallas, TX 75266-0345

medmix
5511 Rafe Ct
Flowery Branch, GA 30542-2770

Morris Eugene White III
Villa & White LLP
100 NE Loop 410 Suite 615
San Antonio, TX 78216-4713

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bexar County
c/o Karalyssa Casillas
112 E. Pecan Street, Suite 2200
San Antonio, TX 78205

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 68 |
| Bypassed recipients | 0 |
| Total | 68 |