IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 26-51549-ALT |
| ALAMO BIOLOGICS LLC, | § | (Chapter 11) |
| | § | |
| DEBTOR. | § | |

**AMENDED WITNESS AND EXHIBIT LIST FOR HEARING ON DEBTOR'S EMERGENCY APPLICATION FOR AUTHORIZATION TO PAY PREPETITION CLAIMS OF CRITICAL VENDORS**

TO THE HONORABLE AUBREY L. THOMAS, UNITED STATES BANKRUPTCY JUDGE:

Human Regenerative Technologies LLC ("**HRT**") and Skye Orthobiologics LLC ("**Skye**") file this amended witness and exhibit list for the hearing on the *Debtor's Emergency Application for Authorization to Pay Prepetition Claims of Critical Vendors* (Dkt. No. 45) as follows:

**WITNESSES**

HRT and Skye reserve the right to call and/or cross examine any witness identified by any other party and to call any rebuttal witnesses.

**EXHIBITS**

A. Debtor's Emergency Application for Authorization to Pay Prepetition Claims of Critical Vendors (Dkt. No. 45)

B. Alamo Biologics, LLC Critical Vendor List (Exhibit 1 to Dkt. No. 61)

C. Debtor's Emergency Application for Authorization to Use Cash Collateral (Dkt. No. 3)

D. Third Interim Order Granting Debtor's Emergency Motion for Authorization to Use Cash Collateral (Dkt. No. 67)

E. Monthly Operating Report for June 2026 (Dkt. No. 44)

F. Schedule E/F (part of Dkt. No. 39)

HRT and Skye reserve the right to offer any exhibit identified by any other party and/or to offer any exhibits for rebuttal or impeachment.

Respectfully submitted,

QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)

By: *_/s/ Kenneth A. Hill_*
Kenneth A. Hill
Texas Bar No. 09646950

and

James Craig Orr, Jr.
Texas Bar No. 15313550
HEYGOOD, ORR & PEARSON
6363 North State Highway 161, Suite 450
Irving, Texas 75038
(214) 237-9001 (Telephone)
(214) 237-9002 (Facsimile)

ATTORNEYS FOR HUMAN REGENERATIVE TECHNOLOGIES LLC AND SKYE ORTHOBIOLOGICS LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served concurrently with filing by the Court's CM/ECF noticing system upon all persons who have filed ECF appearances in this case, including counsel of record for the Debtor, the Office of the United States Trustee, and all persons and entities who have filed a notice of appearance in this case.

*_/s/ Kenneth A. Hill_*
Kenneth A. Hill