Alamo Biologics LLC Critical Vendor List Exhbit 1

| Name | Open balance | |
|---|---|---|
| Total for Bauer, Michael J., MD | $16,500.00 | We are seeking authority to pay $16,500.00 in accrued pre-petition professional fees owed to their Medical Director, Dr. Bauer, for services rendered across March, April, and May. Dr. Bauer's engagement is a mandatory requirement under FDA regulations to oversee donor eligibility determinations and approve donor charts. Additionally, we rely directly on Dr. Bauer's medical license to purchase necessary, restricted medical supplies. If Dr. Bauer's services or license were withheld due to unpaid pre-petition arrears, the Debtors would be legally and operationally prohibited from procuring processing supplies and releasing finished tissue products, causing an immediate cessation of all business activity and top-line revenue |
| Total for BioCut Systems | $3,349.59 | This critical vendor provides specialized preventive maintenance kits and custom replacement blades for the Manufacturing Biocut bandsaws. Because these maintenance components and blades are proprietary to this machinery and cannot be sourced elsewhere, there are no viable market alternatives. Maintaining continuous access to these sole-source supplies is vital to prevent mechanical failure, ensure continuous tissue sectioning operations, and protect top-line revenue for the company |
| Total for CRYO-1 | $11,300.00 | Core operations depend entirely on the steady supply of human donor tissue provided by this essential recovery partner. Pursuant to strict Food and Drug Administration (FDA) regulations and the our internal Quality Management System (QMS), all tissue recovery agencies must undergo an extensive qualification and approval process before entering the supply chain. Onboarding a replacement agency requires a lengthy six- to nine-month lead time before the first donor tissue can even be received.<br><br>Furthermore, donor allocation across recovery partners is strictly governed by binding, long-term agreements with limited supply capacity that cannot be expanded or adjusted on short notice. Disruption of this specific relationship would immediately choke the our raw material pipeline, forcing an operational standstill, jeopardizing customer fulfillment, and causing severe, irreparable harm to the value of the estates and top-line revenue |
| Total for Danco Medical, Inc. | $158,915.00 | These are commissions due a sales representative based on invoices customers have paid |
| Total for DCIDS Tissue Services | $5,500.00 | Core operations depend entirely on the steady supply of human donor tissue provided by this essential recovery partner. Pursuant to strict Food and Drug Administration (FDA) regulations and the our internal Quality Management System (QMS), all tissue recovery agencies must undergo an extensive qualification and approval process before entering the supply chain. Onboarding a replacement agency requires a lengthy six- to nine-month lead time before the first donor tissue can even be received.<br><br>Furthermore, donor allocation across recovery partners is strictly governed by binding, long-term agreements with limited supply capacity that cannot be expanded or adjusted on short notice. Disruption of this specific relationship would immediately choke the our raw material pipeline, forcing an operational standstill, jeopardizing customer fulfillment, and causing severe, irreparable harm to the value of the estates and top-line revenue |
| Total for ENV Services | $1,555.00 | This company provides calibration and testing services of equipment. We can hire other vendors, but they will be more expensive. We consistently request quotes from multiple vendors, and ENV is granted most of our work because of cost. |

EXHIBIT

B

| | | |
|---|---|---|
| **Total for Eurofins Donor and Product Testing, Inc.** | **$19,206.46** | **This is a CLIA approved laboratory testing service. They test the blood from our donors for infections that would deem donor tissue ineligible for processing. They also test culture swabs sent to them to determine if and what type of bacterial growth may appear on the tissue. Our recovery agencies choose the lab to send the serologies to, but we are responsible for paying for the testing. This is per our agreements with the recovery partners.** |
| **Total for Instant Systems** | **$12,352.47** | **The Osteolok package purchased from Instant Systems is a fully validated packaging system critical for distribution of costal cartilage to South Korea (lauched in July 2026). Transitioning to a new packaging vendor would require a complete revalidation, consuming significant time and capital. Crucially, this same system serves as the baseline for two high-priority new product development projects: Cortical Dowel and Mini Patches. Requiring a revalidation cycle would inevitably push back launch dates for both products, leading to a direct and measurable impact on top-line revenue.** |
| **Total for LifeCenter NW** | **$35,000.00** | **Core operations depend entirely on the steady supply of human donor tissue provided by this essential recovery partner. Pursuant to strict Food and Drug Administration (FDA) regulations and the our internal Quality Management System (QMS), all tissue recovery agencies must undergo an extensive qualification and approval process before entering the supply chain. Onboarding a replacement agency requires a lengthy six- to nine-month lead time before the first donor tissue can even be received.**<br><br>**Furthermore, donor allocation across recovery partners is strictly governed by binding, long-term agreements with limited supply capacity that cannot be expanded or adjusted on short notice. Disruption of this specific relationship would immediately choke the our raw material pipeline, forcing an operational standstill, jeopardizing customer fulfillment, and causing severe, irreparable harm to the value of the estates and top-line revenue** |
| **Total for Lifecycle Biotechnologies, LP** | **$14,948.00** | **This approved vendor is single-source critical to our tissue processing operations, providing custom-made sterile reagents. Onboarding a new vendor would demand significant capital and time for necessary supplier qualification and validation. Failing to complete this before existing stock is exhausted would result in a total halt of all manufacturing activities. Furthermore, this supplier provides cost-effective manufacturing, holds inventory by the pallet based on our forecasts, and operates out of Texas, saving substantial freight costs compared to higher-priced competitors. Prepayment prior to shipping is currently required to maintain supply during the pre-petition debt resolution.** |
| **Total for Louisiana Organ Procurement Agency** | **$35,000.00** | **This is a Recovery Partner, core operations depend entirely on the steady supply of human donor tissue provided by this essential recovery partner. Pursuant to strict Food and Drug Administration (FDA) regulations and the our internal Quality Management System (QMS), all tissue recovery agencies must undergo an extensive qualification and approval process before entering the supply chain. Onboarding a replacement agency requires a lengthy six- to nine-month lead time before the first donor tissue can even be received.**<br><br>**Furthermore, donor allocation across recovery partners is strictly governed by binding, long-term agreements with limited supply capacity that cannot be expanded or adjusted on short notice. Disruption of this specific relationship would immediately choke the our raw material pipeline, forcing an operational standstill, jeopardizing customer fulfillment, and causing severe, irreparable harm to the value of the estates and top-line revenue** |

| | | |
|---|---|---|
| **Total for Linde** | **$7,528.69** | **This contracted vendor supplies $CO_2$ for tissue cleaning and sterilization, as well as dry ice for internal transit and customer shipping. Because these consumables are utilized across all tissue processing without exception, maintaining a cost-effective supply is critical. While substitute local vendors exist, their higher price structures would directly increase baseline manufacturing costs across the entire enterprise, immediately eroding net revenue and harming the company. Securing this vendor's continued services under current pricing terms is essential to preserving operational margins** |
| **Total for medmix** | **$29,019.00** | **This supplier constitutes a sole-source, mission-critical vendor for ongoing operations. The vendor manufactures a specialized, high-quality open-bore syringe system that is uniquely designed and essential for the delivery of the DBM Putty product line. Adoption of this specific syringe was executed as a mandatory Corrective and Preventive Action (CAPA)—fully documented within the Quality Management System—to remediate historical customer complaints and regulatory compliance concerns.<br>Consequently, reverting to the former supplier based in India is legally, operationally, and regulatorily impermissible. Any disruption in supply from this vendor would immediately halt production and distribution of the DBM Putty line, causing immediate and irreparable harm to product delivery, regulatory compliance standing, and top-line sales revenue<br><br>This is an approved vendor who supplies a sterile syringe used for storing and dispening bone putty. The only other vendor who provides an open bore syringe is located in India. They will require pre-payment for any further orders unless we pay our pre-petition debt. Our current pricing with them is based on a Purchase order for supplying a year's worth of syringes.** |
| **Total for Mississippi Organ Recovery Agency** | **$69,750.00** | **This is a Recovery Partner, core operations depend entirely on the steady supply of human donor tissue provided by this essential recovery partner. Pursuant to strict Food and Drug Administration (FDA) regulations and the our internal Quality Management System (QMS), all tissue recovery agencies must undergo an extensive qualification and approval process before entering the supply chain. Onboarding a replacement agency requires a lengthy six- to nine-month lead time before the first donor tissue can even be received.<br><br>Furthermore, donor allocation across recovery partners is strictly governed by binding, long-term agreements with limited supply capacity that cannot be expanded or adjusted on short notice. Disruption of this specific relationship would immediately choke the our raw material pipeline, forcing an operational standstill, jeopardizing customer fulfillment, and causing severe, irreparable harm to the value of the estates and top-line revenue** |
| **Total for MTF Biologics** | **$100,000.00** | **This is a Recovery Partner, core operations depend entirely on the steady supply of human donor tissue provided by this essential recovery partner. Pursuant to strict Food and Drug Administration (FDA) regulations and the our internal Quality Management System (QMS), all tissue recovery agencies must undergo an extensive qualification and approval process before entering the supply chain. Onboarding a replacement agency requires a lengthy six- to nine-month lead time before the first donor tissue can even be received.<br><br>Furthermore, donor allocation across recovery partners is strictly governed by binding, long-term agreements with limited supply capacity that cannot be expanded or adjusted on short notice. Disruption of this specific relationship would immediately choke the our raw material pipeline, forcing an operational standstill, jeopardizing customer fulfillment, and causing severe, irreparable harm to the value of the estates and top-line revenue** |

| | | |
|---|---|---|
| **Total for Nelson Laboratories, Inc.** | **$6,063.75** | **This critical contract laboratory, which provides regulatory-mandated sterility and microbiological testing for finished tissue lines. Although alternative laboratories exist, transitioning to a new facility would incur significant costs and extended operational delays to perform required regulatory validations, including Method Suitability testing under FDA and ISO 11137 requirements. The delay inherent in re-validating a new laboratory would freeze finished inventory releases, directly impacting top-line sales revenue and liquidity. Continuing this relationship avoids unnecessary validation expenses and guarantees uninterrupted product distribution<br><br>This vendor is requiring we pay each invoice prior to releasing test results because of our outstanding pre-petition debt.** |
| **Total for Network for Hope, Inc** | **$10,000.00** | **This is a Recovery Partner, core operations depend entirely on the steady supply of human donor tissue provided by this essential recovery partner. Pursuant to strict Food and Drug Administration (FDA) regulations and the our internal Quality Management System (QMS), all tissue recovery agencies must undergo an extensive qualification and approval process before entering the supply chain. Onboarding a replacement agency requires a lengthy six- to nine-month lead time before the first donor tissue can even be received.<br><br>Furthermore, donor allocation across recovery partners is strictly governed by binding, long-term agreements with limited supply capacity that cannot be expanded or adjusted on short notice. Disruption of this specific relationship would immediately choke the our raw material pipeline, forcing an operational standstill, jeopardizing customer fulfillment, and causing severe, irreparable harm to the value of the estates and top-line revenue** |
| **Total for NovaSterilis, Inc.** | **$5,162.00** | **Manufacturing relies entirely on this sole-source vendor for their proprietary supercritical CO2 tissue sterilization infrastructure. The vendor manufactures the specialized submarine-grade steel pressure vessels, supplies the required single-use sterilization pouches and replacement parts, and serves as the sole market entity qualified to service the high-pressure gas system. Because no alternative suppliers or service providers exist in the industry, maintaining continuous access to this vendor's parts and specialized maintenance services is vital. Any disruption would immediately paralyze the our sterilization capabilities, halting product delivery and directly impacting revenue.** |
| **Total for Packaging Compliance** | **$4,782.00** | **Key vendor for testing packaging validated for storing allograft tissue. This expense is only the first half of the cost of validating a new package for storing tissue in saline. To restart this testing with another vendor, it would set back the validation timeline and add additional expense to the project.** |
| **Total for Prudential Cleanroom Services** | **$2,509.57** | **This vendor provides and launders specialized, custom-labeled cleanroom PPE specifically assembled for the Alamo facility's processing and sterile supply technicians. Transitioning to a alternative vendor would require significant time and capital while creating immediate risk to cleanroom operations. Additionally, ending the contract prematurely would trigger substantial financial penalties and inventory return fees. Preserving this vendor relationship preserves liquidity, avoids severe contractual liabilities, and ensures continuous cleanroom processing** |

| | | |
|---|---|---|
| **Total for Qualtex Laboratories** | **$53,527.12** | **Key, approved laboratory for processing tests media plates for environmental monitoring and residual moisture testing. They also perform tests on culture swabs for donors sent to us that were not swabbed when the donor was procured. They are requiring payment whithin five days of billing us to continue providing services. This term will be changed back to 30 days once we pay the pre-petition debt.<br><br>This critical contract laboratory, which provides regulatory-mandated environmental, and residual moisture testing for finished tissue lines. Although alternative laboratories exist, transitioning to a new facility would incur extended operational delays to perform required regulatory validations. The delay inherent in re-validating a new laboratory would freeze finished inventory releases, directly impacting top-line sales revenue and liquidity. Continuing this relationship avoids unnecessary validation expenses and guarantees uninterrupted product distribution** |
| **Total for Regenerative Biologics, Inc.** | **$65,000.00** | **This is a Recovery Partner, core operations depend entirely on the steady supply of human donor tissue provided by this essential recovery partner. Pursuant to strict Food and Drug Administration (FDA) regulations and the our internal Quality Management System (QMS), all tissue recovery agencies must undergo an extensive qualification and approval process before entering the supply chain. Onboarding a replacement agency requires a lengthy six- to nine-month lead time before the first donor tissue can even be received.<br><br>Furthermore, donor allocation across recovery partners is strictly governed by binding, long-term agreements with limited supply capacity that cannot be expanded or adjusted on short notice. Disruption of this specific relationship would immediately choke the our raw material pipeline, forcing an operational standstill, jeopardizing customer fulfillment, and causing severe, irreparable harm to the value of the estates and top-line revenue** |
| **Total for SD Lions Eye Bank** | **$65,000.00** | **This is a Recovery Partner, core operations depend entirely on the steady supply of human donor tissue provided by this essential recovery partner. Pursuant to strict Food and Drug Administration (FDA) regulations and the our internal Quality Management System (QMS), all tissue recovery agencies must undergo an extensive qualification and approval process before entering the supply chain. Onboarding a replacement agency requires a lengthy six- to nine-month lead time before the first donor tissue can even be received.<br><br>Furthermore, donor allocation across recovery partners is strictly governed by binding, long-term agreements with limited supply capacity that cannot be expanded or adjusted on short notice. Disruption of this specific relationship would immediately choke the our raw material pipeline, forcing an operational standstill, jeopardizing customer fulfillment, and causing severe, irreparable harm to the value of the estates and top-line revenue** |

| | | |
|---|---|---|
| **Total for South Texas Blood & Tissue Center** | **$20,000.00** | **This is a Recovery Partner, core operations depend entirely on the steady supply of human donor tissue provided by this essential recovery partner. Pursuant to strict Food and Drug Administration (FDA) regulations and the our internal Quality Management System (QMS), all tissue recovery agencies must undergo an extensive qualification and approval process before entering the supply chain. Onboarding a replacement agency requires a lengthy six- to nine-month lead time before the first donor tissue can even be received.<br><br>Furthermore, donor allocation across recovery partners is strictly governed by binding, long-term agreements with limited supply capacity that cannot be expanded or adjusted on short notice. Disruption of this specific relationship would immediately choke the our raw material pipeline, forcing an operational standstill, jeopardizing customer fulfillment, and causing severe, irreparable harm to the value of the estates and top-line revenue** |
| **Total for Southern Legacy of Life** | **$35,000.00** | **This is a Recovery Partner, core operations depend entirely on the steady supply of human donor tissue provided by this essential recovery partner. Pursuant to strict Food and Drug Administration (FDA) regulations and the our internal Quality Management System (QMS), all tissue recovery agencies must undergo an extensive qualification and approval process before entering the supply chain. Onboarding a replacement agency requires a lengthy six- to nine-month lead time before the first donor tissue can even be received.<br><br>Furthermore, donor allocation across recovery partners is strictly governed by binding, long-term agreements with limited supply capacity that cannot be expanded or adjusted on short notice. Disruption of this specific relationship would immediately choke the our raw material pipeline, forcing an operational standstill, jeopardizing customer fulfillment, and causing severe, irreparable harm to the value of the estates and top-line revenue** |
| **Total for STERIS Isomedix Operations, Inc.** | **$10,434.84** | **This vendor provides essential gamma irradiation sterilization for finished tissue products. Although alternative irradiation providers exist, engaging a new supplier requires extensive regulatory auditing, supplier qualification, and formal sterilization validation under FDA and QMS protocols. Sourcing a new vendor would force an immediate halt to product sterilization during the validation period, directly freezing finished inventory distribution and severely impacting company revenue. Maintaining this approved vendor ensures uninterrupted regulatory compliance and continuous revenue generation.** |
| **Total for Tavatek** | **$1,366.20** | **Manufacturiing relies on this approved vendor to design and supply custom tooling for CNC machines that were specifically configured by this vendor for use in cleanroom environments. Given the proprietary technical setup and specialized cleanroom integration, transitioning to an alternative supplier would cause substantial operational downtime, force costly re-engineering, and risk cleanroom compliance failures. Maintaining this vendor is essential to sustaining CNC processing capacity and protecting net revenues for the company.** |

| | | |
|---|---|---|
| **United Tissue Resources** | **$6,500.00** | **This is a Recovery Partner, core operations depend entirely on the steady supply of human donor tissue provided by this essential recovery partner. Pursuant to strict Food and Drug Administration (FDA) regulations and the our internal Quality Management System (QMS), all tissue recovery agencies must undergo an extensive qualification and approval process before entering the supply chain. Onboarding a replacement agency requires a lengthy six- to nine-month lead time before the first donor tissue can even be received.<br><br>Furthermore, donor allocation across recovery partners is strictly governed by binding, long-term agreements with limited supply capacity that cannot be expanded or adjusted on short notice. Disruption of this specific relationship would immediately choke the our raw material pipeline, forcing an operational standstill, jeopardizing customer fulfillment, and causing severe, irreparable harm to the value of the estates and top-line revenue** |
| | $805,269.69 | |