**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **Alamo Biologics LLC** | § | **CASE NO. 26-51549-ALT** |
| | § | **(Chapter 11)** |
| **Debtor** | § | |

**DEBTOR'S EMERGENCY APPLICATION FOR AUTHORIZATION TO USE CASH COLLATERAL**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

NOW COMES, Alamo Biologics LLC, Debtor-in-Possession in the above styled and numbered Chapter 11 bankruptcy case, and files this Emergency Application for Authorization to Use Cash Collateral, and in support thereof would respectfully show the Court the following:

1. On June 3, 2026, Alamo Biologics LLC (hereinafter called "Debtor") filed its voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division.

2. At the time of the Debtor's bankruptcy filing, the Debtor had three creditors which held a security interest in Debtor's cash collateral. More specifically, the following creditors (the "Cash Collateral Creditors") listed in the order of priority have a blanket security interest in all of Debtor's assets including but not limited to cash and account receivables:

a. South State Bank (formerly known as Independent Bank)
b. RDM Capital LLC
c. Chedr LLC

3. The amount owed to South State Bank is approximately $5,068,781.00. At the time of the Debtor's bankruptcy filing, the balance of Debtor's bank account was approximately $218,379.39. The balance of the Debtor's accounts receivable is $3,093,415.10. As such, South State bank is under secured as is RDM Capital LLC and Chedr LLC.

4. The Debtor seeks authority under 11 U.S.C. §363(c)(2)(B) to use the cash collateral of the Cash Collateral Creditors to pay the operating expenses of the business including payroll on the other business operations expenses itemized on the attached Exhibit A. The Debtor has insufficient other unencumbered cash resources, and has been

EXHIBIT
C

unable to obtain sufficient post-petition credit to administer its business other than pursuant to §363 of the Bankruptcy Code.

WHEREFORE, PREMISES CONSIDERED, Alamo Biologics LLC requests that the Court authorize it to use the cash collateral of the Cash Collateral Creditors upon the terms and conditions set forth herein, and for such other and further relief to which Debtor may show itself entitled.

Respectfully submitted,

Villa & White LLP

By: __*/s/ Morris E. "Trey" White III*____________
Morris E. "Trey" White III
State Bar No. 24003162
100 NE Loop 410 #615
San Antonio, Texas 78216
(210) 225-4500 Telephone
(210) 212-4649 Fax
ATTORNEY FOR DEBTOR

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2026, a true and correct copy of the above and foregoing document was served on the parties listed on the attached creditor's matrix pursuant to Bankruptcy Rule 9013.

__/s/ *Morris E. "Trey" White III*____________
Morris E. "Trey" White III

Label Matrix for local noticing
0542-5
Case 26-51549-alt
Western District of Texas
San Antonio
Fri Jun 5 14:54:51 CDT 2026

Alamo Biologics LLC
Po Box 691433
San Antonio, TX 78269-1433

United States Trustee (SMG511)
U.S. Trustee's Office
615 E. Houston, Suite 533
P.O. Box 1539
San Antonio, TX 78295-1539

U.S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205-2055

5844 Rocky Point Ltd
5844 Rocky Point
San Antonio, TX 78249-3406

American Express
Po Box 981535
El Paso, TX 79998-1535

Arnold Lee Andrews, Jr.
P.O. Box 271
Devine, TX 78016-0271

Arnold and Deborah Andrews
Po Box 271
Devine, TX 78016-0271

Bauer, Michael J., MD
200 S Wilcox St Pmb 443
Castle Rock, CO 80104-1913

BioCut Systems
W160s6550 Commerce Dr Ste 200
Muskego, WI 53150-7961

Biolink, LLC
3202 W. 71st Terr
Prairie Village, KS 66208-3135

Blue Cross Blue Shield of Texas
Po Box 650615
Dallas, TX 75265-0615

CRYO-1
2001 Ball
Galveston, TX 77550-2342

Charter Communications
Po Box 60074
City of Industry, CA 91716-0074

Chedr LLC
108 Central Ave Ste 6
Goose Creek, SC 29445-3079

Clark Hill PLC
Po Box 641858
Pittsburgh, PA 15264-1858

Computype, Inc.
Po Box 1691
Minneapolis, MN 55480-1691

DCIDS Tissue Services
Po Box 415000 Msc 7513
Nashville, TN 37241-5000

Danco Medical, Inc.
6124 Maddox Blvd
Prospect, KY 40059-8561

Deborah Andrews
Po Box 271
Devine, TX 78016-0271

ENV Services
c/o Municipal Authority of South Heidelb
Po Box 37836
Baltimore, MD 21297-7836

Eurofins Donor and Product Testing, Inc.
Po Box 1469
Carol Stream, IL 60132-1469

Fedex
Po Box 660481
Dallas, TX 75266-0481

Fisher Scientific
Po Box 404705
Atlanta, GA 30384-4705

Guardian
P.O. Box 677458
Dallas, TX 75267-7458

IG360 LLC
Po Box 641858
Pittsburgh, PA 15264-1858

Initial Design Bioinnovations, LLC
5900 Balcones Dr Ste 100
Austin, TX 78731-4298

Instant Systems
5505 Robin Hood Rd
Norfolk, VA 23513-2423

Langley & Banack
745 E Mulberry Ave Ste 700
San Antonio, TX 78212-3172

Life Center Organ Donor Network
Attn: Accounts Payable
615 Elsinore Pl Ste 400
Cincinnati, OH 45202-1455

LifeCenter NW
LCNW Payment Lockbox
Po Box 103202
Pasadena, CA 91189-0156

Lifecycle Biotechnologies, LP
421 Marti Dr
Cleburne, TX 76033-7705

Lifesharing
Lifesharing
7436 Mission Valley Rd
San Diego, CA 92108-4406

Louisiana Organ Procurement Agency
68190 Highway 190 Service Rd
Covington, LA 70433-5271

MTF Biologics
Po Box 69385
Baltimore, MD 21264-9385

Medline Industries, LP
Dept. 1080
Po Box 121080
Dallas, TX 75312-1080

Mile High Enterprises, LLC
5844 Rocky Pt
San Antonio, TX 78249-3406

Mississippi Organ Recovery Agency
4400 Lakeland Dr
Flowood, MS 39232-9522

Nelson Laboratories, Inc.
Po Box 571830
Salt Lake City, UT 84157-1830

Network for Hope, Inc
Po Box 22898
Louisville, KY 40252-0898

Nevada Donor Network
Department 335
Po Box 30102
Salt Lake City, UT 84130-0102

NovaSterilis, Inc.
3109 N Triphammer Rd
Lansing, NY 14882-8906

Prudential Cleanroom Services
Po Box 511886
Los Angeles, CA 90051-1827

Qualtex Laboratories
Po Box 1507
San Antonio, TX 78295-1507

RDM Capital, LLC
1640 Boro Pl Fl 4
Mc Lean, VA 22102-3627

Regenerative Biologics, Inc.
6241 Nw 23rd St Fl 500
Gainesville, FL 32653-1500

SD Lions Eye Bank
4501 West 61st Street
Sioux Falls, SD 57107-6411

STERIS Isomedix Operations, Inc.
Po Box 676548
Dallas, TX 75267-6548

South Texas Blood & Tissue Center
Tissue Division
P.O. Box 1487
San Antonio, TX 78295-1487

SouthState Bank
P.O. Box 118068
Charleston, SC 29423-8068

SouthState Bank
Po Box 118068
North Charleston, SC 29423-8068

Southern Legacy of Life
Po Box 2034
Lowell, AR 72745-2034

Stericycle
Po Box 9001588
Louisville, KY 40290-1588

Uline
Po Box 88741
Chicago, IL 60680-1741

United States Trustee - SA12
US Trustee's Office
615 E Houston, Suite 533
San Antonio, TX 78205-2055

Validated Delivery Solutions, LLC
Po Box 601
Granville, OH 43023-0601

Villa & White LLP
100 NE Loop 410 Suite 615
San Antonio, TX 78216-4713

Waste Management of Texas
Po Box 660345
Dallas, TX 75266-0345

medmix
5511 Rafe Ct
Flowery Branch, GA 30542-2770

Morris Eugene White III
Villa & White LLP
100 NE Loop 410 Suite 615
San Antonio, TX 78216-4713

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 59 |
| Bypassed recipients | 0 |
| Total | 59 |

# ALAMO BIOLOGICS, LLC

## Profit and Loss Comparison

### Projection - Cash basis - Jun thru Aug, 2026

| | Jun-26 | Jul-26 | Aug-26 | Total |
|---|---|---|---|---|
| Income | | | | |
| Sales | 950,000.00 | 950,000.00 | 950,000.00 | 2,850,000.00 |
| Sales Discounts | | | | 0.00 |
| Services | | | | 0.00 |
| Vendor Sales | -160,000.00 | -115,000.00 | -115,000.00 | -390,000.00 |
| **Total for Income** | **790,000.00** | **835,000.00** | **835,000.00** | **$2,460,000.00** |
| Cost of Goods Sold | | | | |
| Direct Contract Services | 9,500.00 | 9,500.00 | 9,500.00 | 28,500.00 |
| Direct Payroll | 147,000.00 | 142,000.00 | 142,000.00 | 431,000.00 |
| Direct Payroll Taxes | 10,250.00 | 10,250.00 | 10,250.00 | 30,750.00 |
| Laboratory Fees | 48,000.00 | 48,000.00 | 45,000.00 | 141,000.00 |
| Medical Supplies | 90,000.00 | 90,000.00 | 80,000.00 | 260,000.00 |
| Medical Waste Disposal | 6,000.00 | 6,000.00 | 6,000.00 | 18,000.00 |
| Purchases | | | | |
| Discarded inventory | | | | 0.00 |
| Donor recovery | 200,000.00 | 200,000.00 | 200,000.00 | 600,000.00 |
| New Inventory | | | | 0.00 |
| Obsolete Inventory Reserve | | | | 0.00 |
| Product Sales | | | | 0.00 |
| WIP | | | | 0.00 |
| **Total for Purchases** | **200,000.00** | **200,000.00** | **200,000.00** | **$600,000.00** |
| Shipping | | | | |
| Customer | 2,000.00 | 2,000.00 | 2,000.00 | 6,000.00 |
| Shipping Supplies | 5,000.00 | 5,000.00 | 10,000.00 | 20,000.00 |
| **Total for Shipping** | **7,000.00** | **7,000.00** | **12,000.00** | **$26,000.00** |
| Sterilization Fees | 16,000.00 | 16,000.00 | 16,000.00 | 48,000.00 |
| Uniforms | 2,500.00 | 2,500.00 | 2,500.00 | 7,500.00 |
| Vendor Commissions | 5,000.00 | 5,000.00 | 5,000.00 | 15,000.00 |
| **Total for Cost of Goods Sold** | **541,250.00** | **536,250.00** | **528,250.00** | **$1,605,750.00** |
| **Gross Profit** | **248,750.00** | **298,750.00** | **306,750.00** | **$854,250.00** |
| Expenses | | | | |
| Accounting | 3,500.00 | 3,500.00 | 3,500.00 | 10,500.00 |
| Amortization Expense | | | | 0.00 |
| Asset Purchases < $2,500 | 1,000.00 | 1,000.00 | 1,000.00 | 3,000.00 |
| Automobile Expense | 200.00 | 200.00 | 200.00 | 600.00 |
| Bank Service Charges | 200.00 | 200.00 | 200.00 | 600.00 |
| Contract Services | 8,000.00 | 8,000.00 | 2,000.00 | 18,000.00 |
| Credit Card Merchant Fees | 1,500.00 | 1,500.00 | 1,000.00 | 4,000.00 |
| Delivery | 250.00 | 250.00 | 250.00 | 750.00 |
| Depreciation Expense | | | | 0.00 |
| Depreciation Expense-Section 754 | | | | 0.00 |
| Dues and Subscriptions | | 250 | | 250.00 |
| Employee Benefits | | | | |
| 401(k) Expense | 4,700.00 | 4,700.00 | 4,900.00 | 14,300.00 |
| Ancillary Insurance | 1,622.00 | 1,700.00 | 1,750.00 | 5,072.00 |
| Medical Insurance | 15,000.00 | 15,000.00 | 15,000.00 | 45,000.00 |
| Other | | | | 0.00 |
| Staff Meals | | | | 0.00 |
| **Total for Employee Benefits** | **21,322.00** | **21,400.00** | **21,650.00** | **$64,372.00** |

| | | | | |
|---|---|---|---|---|
| Equipment Rental | 400.00 | 400.00 | 400.00 | 1,200.00 |
| Insurance | | | | |
| Liability Insurance | 15,000.00 | 15,000.00 | 15,000.00 | 45,000.00 |
| Property Insurance | | 19,721.00 | | 19,721.00 |
| Work Comp | 1,007.00 | | 1,007.00 | 2,014.00 |
| **Total for Insurance** | **16,007.00** | **34,721.00** | **16,007.00** | **$66,735.00** |
| Interest Expense-SouthState only | 16,505.00 | 16,505.00 | 16,505.00 | 49,515.00 |
| Principal on Notes-SouthState only | 41,132.00 | 41,132.00 | 41,132.00 | 123,396.00 |
| IT Services | 6,250.00 | 6,250.00 | 6,250.00 | 18,750.00 |
| Legal Fees | 5,000.00 | 5,000.00 | 5,000.00 | 15,000.00 |
| Licenses and Permits | 0.00 | 250 | | 250.00 |
| Meals & Entertainment | 250 | 250 | 250 | 750.00 |
| Office Supplies | 1,200.00 | 1,200.00 | 1,200.00 | 3,600.00 |
| Payroll Expenses | | | | |
| Payroll Taxes | 10,500.00 | 10,500.00 | 10,500.00 | 31,500.00 |
| Salaries-Office | 95,000.00 | 90,000.00 | 90,000.00 | 275,000.00 |
| Salary-Commissions | 3750 | 3,750.00 | $450.00 | 7,950.00 |
| Salary-Officer | 40,200.00 | 42,000.00 | 42,000.00 | 124,200.00 |
| Taxes | | $0.00 | | $0.00 |
| Wages | | $0.00 | | $0.00 |
| **Total for Payroll Expenses** | **149,450.00** | **146,250.00** | **142,950.00** | **$438,650.00** |
| Postage | 0.00 | 100.00 | 0 | 100.00 |
| Recruiting | 1,500.00 | 400.00 | 400 | 2,300.00 |
| Reimbursements | $0.00 | $0.00 | $0.00 | $0.00 |
| Rent | 15,000.00 | 15,000.00 | 15,000.00 | 45,000.00 |
| Repairs & Maintenance | | | | |
| Building Repairs | 2,000.00 | 2,000.00 | 2000 | 6,000.00 |
| Equipment Repairs & Maintenance | | | | |
| Lab Equipment | 5,000.00 | 5,000.00 | 5,000.00 | 15,000.00 |
| Nova | 600.00 | 600 | 600.00 | 1,800.00 |
| Office Equipment | 0 | 0.00 | 1,500.00 | 1,500.00 |
| **Total for Equipment Repairs & Maintenance** | **5,600.00** | **5,600.00** | **7,100.00** | **$18,300.00** |
| **Total for Repairs & Maintenance** | **7,600.00** | **7,600.00** | **9,100.00** | **$24,300.00** |
| Security | 88.00 | 88.00 | 88.00 | 264.00 |
| Software Licensing | 3,500.00 | 3,500.00 | 3,500.00 | 10,500.00 |
| Telephone | 750.00 | 750.00 | 750.00 | 2,250.00 |
| Travel | 3,000.00 | 3,000.00 | 3,000.00 | 9,000.00 |
| Uncategorized Expense | | $0.00 | $0.00 | $0.00 |
| Utilities | 16,000.00 | 17,000.00 | 18,000.00 | 51,000.00 |
| **Total for Expenses** | **278,472.00** | **294,564.00** | **268,200.00** | **$841,236.00** |
| **Net Operating Income** | **-29,722.00** | **4,186.00** | **38,550.00** | **$13,014.00** |
| Other Income | | | | |
| Interest Income | | | | 0.00 |
| **Total for Other Income** | **0.00** | **0.00** | **0.00** | **$0.00** |
| **Net Other Income** | **0.00** | **0.00** | **0.00** | **$0.00** |
| **Net Income** | **-29,722.00** | **4,186.00** | **38,550.00** | **$13,014.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **ALAMO BIOLOGICS LLC** | § | **CASE NO. 26-51549-ALT** |
| | § | **(Chapter 11)** |
| **Debtor** | § | |

**INTERIM ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL**

On this day, came to be heard the Debtor's Emergency Motion for Authorization to Use Cash Collateral (the "Application") and appeared the Debtor and requested that the Court authorize that the Debtor be allowed to use the cash collateral of the following creditors (the "Cash Collateral Creditors"):

a. South State Bank (formerly known as Independent Bank)
b. RDM Capital LLC
c. Chedr LLC

pursuant to the terms and conditions set forth herein on an interim basis, with the Application being reset for a final hearing at a later date.

IT IS ORDERED, ADJUDGED and DECREED that the Debtor is authorized to use the cash collateral of the Cash Collateral Creditors to pay the post-petition operating expenses including taxes, rental/note payments, insurance, payroll, payroll expenses, utility charges and the costs of supplies used in the operation of the business; it is further

ORDERED, ADJUDGED and DECREED that the Debtor proposes to provide adequate protection to the South State Bank to the extent required by this Court, in the form of the following:

1. Replacement liens on all post-petition accounts receivable, equipment, furniture and fixtures and proceeds; additionally, the Debtor ratifies and confirms the pre-petition liens of the South State Bank in the Debtor's inventory and accounts receivable and equipment as being perfected pre-petition; and
2. Debtor shall remain current on all of its tax obligations, including but not limited to deposit of employee withholding for income, Social Security taxes and hospital insurance (Medicare) and employer's contribution for Social Security taxes and deposit excise tax, if applicable. Debtor shall file all present and future returns as they become due.
3. Debtor shall make monthly adequate protection payments to the South State Bank in the amount of $31,802.00 beginning on July 1, 2026, and continuing monthly thereafter until confirmation of the Debtor's Chapter 11 Plan of Reorganization or further Order of this Court.

ORDERED, ADJUDGED and DECREED that a final hearing on the Debtor's Application for Authorization to Use Cash Collateral is set on _____________ 2026 at ______.m. in Courtroom No. 3, 5th Floor, 615 E. Houston Street., San Antonio, Texas.

###

Morris E. "Trey" White III
Villa & White LLP
100 NE Loop 410 #615
San Antonio, Texas 78216
treywhite@villawhite.com
Tel: (210) 225-4500
Fax: (210) 212-4649

# ALAMO BIOLOGICS, LLC

## Profit and Loss Comparison

### Projection - Cash basis - Jun thru Aug, 2026

| | Jun-26 | Jul-26 | Aug-26 | Total |
|---|---|---|---|---|
| Income | | | | |
| Sales | 950,000.00 | 950,000.00 | 950,000.00 | 2,850,000.00 |
| Sales Discounts | | | | 0.00 |
| Services | | | | 0.00 |
| Vendor Sales | -160,000.00 | -115,000.00 | -115,000.00 | -390,000.00 |
| **Total for Income** | **790,000.00** | **835,000.00** | **835,000.00** | **$2,460,000.00** |
| Cost of Goods Sold | | | | |
| Direct Contract Services | 9,500.00 | 9,500.00 | 9,500.00 | 28,500.00 |
| Direct Payroll | 147,000.00 | 142,000.00 | 142,000.00 | 431,000.00 |
| Direct Payroll Taxes | 10,250.00 | 10,250.00 | 10,250.00 | 30,750.00 |
| Laboratory Fees | 48,000.00 | 48,000.00 | 45,000.00 | 141,000.00 |
| Medical Supplies | 90,000.00 | 90,000.00 | 80,000.00 | 260,000.00 |
| Medical Waste Disposal | 6,000.00 | 6,000.00 | 6,000.00 | 18,000.00 |
| Purchases | | | | |
| Discarded inventory | | | | 0.00 |
| Donor recovery | 200,000.00 | 200,000.00 | 200,000.00 | 600,000.00 |
| New Inventory | | | | 0.00 |
| Obsolete Inventory Reserve | | | | 0.00 |
| Product Sales | | | | 0.00 |
| WIP | | | | 0.00 |
| **Total for Purchases** | **200,000.00** | **200,000.00** | **200,000.00** | **$600,000.00** |
| Shipping | | | | |
| Customer | 2,000.00 | 2,000.00 | 2,000.00 | 6,000.00 |
| Shipping Supplies | 5,000.00 | 5,000.00 | 10,000.00 | 20,000.00 |
| **Total for Shipping** | **7,000.00** | **7,000.00** | **12,000.00** | **$26,000.00** |
| Sterilization Fees | 16,000.00 | 16,000.00 | 16,000.00 | 48,000.00 |
| Uniforms | 2,500.00 | 2,500.00 | 2,500.00 | 7,500.00 |
| Vendor Commissions | 5,000.00 | 5,000.00 | 5,000.00 | 15,000.00 |
| **Total for Cost of Goods Sold** | **541,250.00** | **536,250.00** | **528,250.00** | **$1,605,750.00** |
| **Gross Profit** | **248,750.00** | **298,750.00** | **306,750.00** | **$854,250.00** |
| Expenses | | | | |
| Accounting | 3,500.00 | 3,500.00 | 3,500.00 | 10,500.00 |
| Amortization Expense | | | | 0.00 |
| Asset Purchases < $2,500 | 1,000.00 | 1,000.00 | 1,000.00 | 3,000.00 |
| Automobile Expense | 200.00 | 200.00 | 200.00 | 600.00 |
| Bank Service Charges | 200.00 | 200.00 | 200.00 | 600.00 |
| Contract Services | 8,000.00 | 8,000.00 | 2,000.00 | 18,000.00 |
| Credit Card Merchant Fees | 1,500.00 | 1,500.00 | 1,000.00 | 4,000.00 |
| Delivery | 250.00 | 250.00 | 250.00 | 750.00 |
| Depreciation Expense | | | | 0.00 |
| Depreciation Expense-Section 754 | | | | 0.00 |
| Dues and Subscriptions | | 250 | | 250.00 |
| Employee Benefits | | | | |
| 401(k) Expense | 4,700.00 | 4,700.00 | 4,900.00 | 14,300.00 |
| Ancillary Insurance | 1,622.00 | 1,700.00 | 1,750.00 | 5,072.00 |
| Medical Insurance | 15,000.00 | 15,000.00 | 15,000.00 | 45,000.00 |
| Other | | | | 0.00 |
| Staff Meals | | | | 0.00 |
| **Total for Employee Benefits** | **21,322.00** | **21,400.00** | **21,650.00** | **$64,372.00** |

| | | | | |
|---|---|---|---|---|
| Equipment Rental | 400.00 | 400.00 | 400.00 | 1,200.00 |
| Insurance | | | | |
| Liability Insurance | 15,000.00 | 15,000.00 | 15,000.00 | 45,000.00 |
| Property Insurance | | 19,721.00 | | 19,721.00 |
| Work Comp | 1,007.00 | | 1,007.00 | 2,014.00 |
| **Total for Insurance** | **16,007.00** | **34,721.00** | **16,007.00** | **$66,735.00** |
| Interest Expense-SouthState only | 16,505.00 | 16,505.00 | 16,505.00 | 49,515.00 |
| Principal on Notes-SouthState only | 41,132.00 | 41,132.00 | 41,132.00 | 123,396.00 |
| IT Services | 6,250.00 | 6,250.00 | 6,250.00 | 18,750.00 |
| Legal Fees | 5,000.00 | 5,000.00 | 5,000.00 | 15,000.00 |
| Licenses and Permits | 0.00 | 250 | | 250.00 |
| Meals & Entertainment | 250 | 250 | 250 | 750.00 |
| Office Supplies | 1,200.00 | 1,200.00 | 1,200.00 | 3,600.00 |
| Payroll Expenses | | | | |
| Payroll Taxes | 10,500.00 | 10,500.00 | 10,500.00 | 31,500.00 |
| Salaries-Office | 95,000.00 | 90,000.00 | 90,000.00 | 275,000.00 |
| Salary-Commissions | 3750 | 3,750.00 | $450.00 | 7,950.00 |
| Salary-Officer | 40,200.00 | 42,000.00 | 42,000.00 | 124,200.00 |
| Taxes | | $0.00 | | $0.00 |
| Wages | | $0.00 | | $0.00 |
| **Total for Payroll Expenses** | **149,450.00** | **146,250.00** | **142,950.00** | **$438,650.00** |
| Postage | 0.00 | 100.00 | 0 | 100.00 |
| Recruiting | 1,500.00 | 400.00 | 400 | 2,300.00 |
| Reimbursements | $0.00 | $0.00 | $0.00 | $0.00 |
| Rent | 15,000.00 | 15,000.00 | 15,000.00 | 45,000.00 |
| Repairs & Maintenance | | | | |
| Building Repairs | 2,000.00 | 2,000.00 | 2000 | 6,000.00 |
| Equipment Repairs & Maintenance | | | | |
| Lab Equipment | 5,000.00 | 5,000.00 | 5,000.00 | 15,000.00 |
| Nova | 600.00 | 600 | 600.00 | 1,800.00 |
| Office Equipment | 0 | 0.00 | 1,500.00 | 1,500.00 |
| **Total for Equipment Repairs & Maintenance** | **5,600.00** | **5,600.00** | **7,100.00** | **$18,300.00** |
| **Total for Repairs & Maintenance** | **7,600.00** | **7,600.00** | **9,100.00** | **$24,300.00** |
| Security | 88.00 | 88.00 | 88.00 | 264.00 |
| Software Licensing | 3,500.00 | 3,500.00 | 3,500.00 | 10,500.00 |
| Telephone | 750.00 | 750.00 | 750.00 | 2,250.00 |
| Travel | 3,000.00 | 3,000.00 | 3,000.00 | 9,000.00 |
| Uncategorized Expense | | $0.00 | $0.00 | $0.00 |
| Utilities | 16,000.00 | 17,000.00 | 18,000.00 | 51,000.00 |
| **Total for Expenses** | **278,472.00** | **294,564.00** | **268,200.00** | **$841,236.00** |
| **Net Operating Income** | **-29,722.00** | **4,186.00** | **38,550.00** | **$13,014.00** |
| Other Income | | | | |
| Interest Income | | | | 0.00 |
| **Total for Other Income** | **0.00** | **0.00** | **0.00** | **$0.00** |
| **Net Other Income** | **0.00** | **0.00** | **0.00** | **$0.00** |
| **Net Income** | **-29,722.00** | **4,186.00** | **38,550.00** | **$13,014.00** |