**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 20, 2026.**

**AUBREY L. THOMAS**
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **ALAMO BIOLOGICS LLC** | § | **CASE NO. 26-51549-ALT** |
| | § | **(Chapter 11)** |
| **Debtor** | § | |

**<u>THIRD INTERIM ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR AUTHORIZATION TO USE CASH COLLATERAL</u>**

On this day, came to be heard the Debtor's Emergency Motion for Authorization to Use Cash Collateral (the "Application") and appeared the Debtor and requested that the Court authorize that the Debtor be allowed to use the cash collateral of the following creditors (the "Cash Collateral Creditors"):

a. South State Bank (formerly known as Independent Bank)
b. RDM Capital LLC
c. Chedr LLC

EXHIBIT
D

pursuant to the terms and conditions set forth herein on an interim basis, with the Application being reset for a final hearing at a later date.

IT IS ORDERED, ADJUDGED and DECREED that the Debtor is authorized to use the cash collateral of the Cash Collateral Creditors to pay the post-petition operating expenses including taxes, rental/note payments, insurance, payroll, payroll expenses, utility charges and the costs of supplies used in the operation of the business as more specifically described on the attached Exhibit "A"; it is further

ORDERED, ADJUDGED and DECREED that the Debtor proposes to provide adequate protection to the Cash Collateral Creditors to the extent required by this Court, in the form of the following:

1. Replacement liens on all post-petition accounts receivable, equipment, furniture and fixtures and proceeds; additionally, the Debtor ratifies and confirms the pre-petition liens of the Cash Collateral Creditors in the Debtor's inventory and accounts receivable and equipment as being perfected pre-petition; and
2. Debtor shall remain current on all of its tax obligations, including but not limited to deposit of employee withholding for income, Social Security taxes and hospital insurance (Medicare) and employer's contribution for Social Security taxes and deposit excise tax, if applicable. Debtor shall file all present and future returns as they become due.
3. Debtor shall make monthly adequate protection payments to the South State Bank in the amount of $57,637.00 beginning on July 1, 2026, and continuing monthly thereafter

until confirmation of the Debtor's Chapter 11 Plan of Reorganization or further Order of this Court.

4. However, notwithstanding any provisions of any Interim Order and the Final Order, the ad valorem tax liens currently held by Bexar County (for itself and those ad valorem tax entities collected by Bexar County) or any post-petition statutory liens which shall arise post-petition pursuant to Texas law, incident to any property of the Debtor and/or Estate shall neither be primed by nor subordinated to any liens granted herein.

ORDERED, ADJUDGED and DECREED that a final hearing on the Debtor's Application for Authorization to Use Cash Collateral is set on August 31, 2026 at 10:00 a.m. in Courtroom No. 3, 5th Floor, 615 E. Houston Street., San Antonio, Texas.

###

Morris E. "Trey" White III
Villa & White LLP
100 NE Loop 410 #615
San Antonio, Texas 78216
treywhite@villawhite.com
Tel: (210) 225-4500
Fax: (210) 212-4649

# ALAMO BIOLOGICS, LLC

## Profit and Loss Comparison

### Projection - Cash basis - Jun thru Aug, 2026

| | Jun-26 | Jul-26 | Aug-26 | Total |
|---|---|---|---|---|
| Income | | | | |
| Sales | 950,000.00 | 950,000.00 | 950,000.00 | 2,850,000.00 |
| Sales Discounts | | | | 0.00 |
| Services | | | | 0.00 |
| Vendor Sales | -160,000.00 | -115,000.00 | -115,000.00 | -390,000.00 |
| **Total for Income** | **790,000.00** | **835,000.00** | **835,000.00** | **$2,460,000.00** |
| Cost of Goods Sold | | | | |
| Direct Contract Services | 9,500.00 | 9,500.00 | 9,500.00 | 28,500.00 |
| Direct Payroll | 147,000.00 | 142,000.00 | 142,000.00 | 431,000.00 |
| Direct Payroll Taxes | 10,250.00 | 10,250.00 | 10,250.00 | 30,750.00 |
| Laboratory Fees | 48,000.00 | 48,000.00 | 45,000.00 | 141,000.00 |
| Medical Supplies | 90,000.00 | 90,000.00 | 80,000.00 | 260,000.00 |
| Medical Waste Disposal | 6,000.00 | 6,000.00 | 6,000.00 | 18,000.00 |
| Purchases | | | | |
| Discarded inventory | | | | 0.00 |
| Donor recovery | 200,000.00 | 200,000.00 | 200,000.00 | 600,000.00 |
| New Inventory | | | | 0.00 |
| Obsolete Inventory Reserve | | | | 0.00 |
| Product Sales | | | | 0.00 |
| WIP | | | | 0.00 |
| **Total for Purchases** | **200,000.00** | **200,000.00** | **200,000.00** | **$600,000.00** |
| Shipping | | | | |
| Customer | 2,000.00 | 2,000.00 | 2,000.00 | 6,000.00 |
| Shipping Supplies | 5,000.00 | 5,000.00 | 10,000.00 | 20,000.00 |
| **Total for Shipping** | **7,000.00** | **7,000.00** | **12,000.00** | **$26,000.00** |
| Sterilization Fees | 16,000.00 | 16,000.00 | 16,000.00 | 48,000.00 |
| Uniforms | 2,500.00 | 2,500.00 | 2,500.00 | 7,500.00 |
| Vendor Commissions | 5,000.00 | 5,000.00 | 5,000.00 | 15,000.00 |
| **Total for Cost of Goods Sold** | **541,250.00** | **536,250.00** | **528,250.00** | **$1,605,750.00** |
| **Gross Profit** | **248,750.00** | **298,750.00** | **306,750.00** | **$854,250.00** |
| Expenses | | | | |
| Accounting | 0.00 | 0.00 | 0.00 | 0.00 |
| Amortization Expense | | | | 0.00 |
| Asset Purchases < $2,500 | 1,000.00 | 1,000.00 | 1,000.00 | 3,000.00 |
| Automobile Expense | 200.00 | 200.00 | 200.00 | 600.00 |
| Bank Service Charges | 200.00 | 200.00 | 200.00 | 600.00 |
| Contract Services | 8,000.00 | 8,000.00 | 2,000.00 | 18,000.00 |
| Credit Card Merchant Fees | 1,500.00 | 1,500.00 | 1,000.00 | 4,000.00 |
| Delivery | 250.00 | 250.00 | 250.00 | 750.00 |
| Depreciation Expense | | | | 0.00 |
| Depreciation Expense-Section 754 | | | | 0.00 |
| Dues and Subscriptions | | 250 | | 250.00 |
| Employee Benefits | | | | |
| 401(k) Expense | 4,700.00 | 4,700.00 | 4,900.00 | 14,300.00 |
| Ancillary Insurance | 1,622.00 | 1,700.00 | 1,750.00 | 5,072.00 |
| Medical Insurance | 15,000.00 | 15,000.00 | 15,000.00 | 45,000.00 |
| Other | | | | 0.00 |
| Staff Meals | | | | 0.00 |
| **Total for Employee Benefits** | **21,322.00** | **21,400.00** | **21,650.00** | **$64,372.00** |

| | | | | |
|---|---|---|---|---|
| Equipment Rental | 400.00 | 400.00 | 400.00 | 1,200.00 |
| Insurance | | | | |
| Liability Insurance | 15,000.00 | 15,000.00 | 15,000.00 | 45,000.00 |
| Property Insurance | | 19,721.00 | | 19,721.00 |
| Work Comp | 1,007.00 | | 1,007.00 | 2,014.00 |
| **Total for Insurance** | **16,007.00** | **34,721.00** | **16,007.00** | **$66,735.00** |
| Interest Expense-SouthState only | 16,505.00 | 16,505.00 | 16,505.00 | 49,515.00 |
| Principal on Notes-SouthState only | 41,132.00 | 41,132.00 | 41,132.00 | 123,396.00 |
| IT Services | 6,250.00 | 6,250.00 | 6,250.00 | 18,750.00 |
| Legal Fees | 0.00 | 0.00 | 0.00 | 0.00 |
| Licenses and Permits | 0.00 | 250 | | 250.00 |
| Meals & Entertainment | 250 | 250 | 250 | 750.00 |
| Office Supplies | 1,200.00 | 1,200.00 | 1,200.00 | 3,600.00 |
| Payroll Expenses | | | | |
| Payroll Taxes | 10,500.00 | 10,500.00 | 10,500.00 | 31,500.00 |
| Salaries-Office | 95,000.00 | 90,000.00 | 90,000.00 | 275,000.00 |
| Salary-Commissions | 3750 | 3,750.00 | $450.00 | 7,950.00 |
| Salary-Officer | 40,200.00 | 42,000.00 | 42,000.00 | 124,200.00 |
| Taxes | | $0.00 | | $0.00 |
| Wages | | $0.00 | | $0.00 |
| **Total for Payroll Expenses** | **149,450.00** | **146,250.00** | **142,950.00** | **$438,650.00** |
| Postage | 0.00 | 100.00 | 0 | 100.00 |
| Recruiting | 1,500.00 | 400.00 | 400 | 2,300.00 |
| Reimbursements | $0.00 | $0.00 | $0.00 | $0.00 |
| Rent | 15,000.00 | 15,000.00 | 15,000.00 | 45,000.00 |
| Repairs & Maintenance | | | | |
| Building Repairs | 2,000.00 | 2,000.00 | 2000 | 6,000.00 |
| Equipment Repairs & Maintenance | | | | |
| Lab Equipment | 5,000.00 | 5,000.00 | 5,000.00 | 15,000.00 |
| Nova | 600.00 | 600 | 600.00 | 1,800.00 |
| Office Equipment | 0 | 0.00 | 1,500.00 | 1,500.00 |
| **Total for Equipment Repairs & Maintenance** | **5,600.00** | **5,600.00** | **7,100.00** | **$18,300.00** |
| **Total for Repairs & Maintenance** | **7,600.00** | **7,600.00** | **9,100.00** | **$24,300.00** |
| Security | 88.00 | 88.00 | 88.00 | 264.00 |
| Software Licensing | 3,500.00 | 3,500.00 | 3,500.00 | 10,500.00 |
| Telephone | 750.00 | 750.00 | 750.00 | 2,250.00 |
| Travel | 3,000.00 | 3,000.00 | 3,000.00 | 9,000.00 |
| Uncategorized Expense | | $0.00 | $0.00 | $0.00 |
| Utilities | 16,000.00 | 17,000.00 | 18,000.00 | 51,000.00 |
| **Total for Expenses** | **269,972.00** | **286,064.00** | **259,700.00** | **$815,736.00** |
| **Net Operating Income** | **-21,222.00** | **12,686.00** | **47,050.00** | **$38,514.00** |
| Other Income | | | | |
| Interest Income | | | | 0.00 |
| **Total for Other Income** | **0.00** | **0.00** | **0.00** | **$0.00** |
| **Net Other Income** | **0.00** | **0.00** | **0.00** | **$0.00** |
| **Net Income** | **-21,222.00** | **12,686.00** | **47,050.00** | **$38,514.00** |