Fill in this information to identify the case:

Debtor name **Alamo Biologics LLC**

United States Bankruptcy Court for the: **Western District of Texas**

Case number (if known): **26-51549**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>Villa & White LLP<br>100 NE Loop 410 Suite 615<br>San Antonio, TX 78216<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:**<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | ($35,000.00) | ($35,000.00) |
| 2.2 | **Priority creditor's name and mailing address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number** __ __ __ __<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | | |

EXHIBIT F

Debtor **Alamo Biologics LLC** Case number *(if known)* **26-51549**
Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
**Bauer, Michael J., MD**
**200 S Wilcox St Pmb 443**
**Castle Rock, CO 80104-1913**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** i o n s

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**$11,000.00**

**3.2 Nonpriority creditor's name and mailing address**
**BioCut Systems**
**W160s6550 Commerce Dr Ste 200**
**Muskego, WI 53150-7961**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,349.59**

**3.3 Nonpriority creditor's name and mailing address**
**Biolink, LLC**
**3202 W. 71st Terr**
**Prairie Village, KS 66208**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,536.00**

**3.4 Nonpriority creditor's name and mailing address**
**Blue Cross Blue Shield of Texas**
**Po Box 650615**
**Dallas, TX 75265-0615**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** 3 2 1 1

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**$18,072.84**

Debtor **Alamo Biologics LLC** Case number *(if known)* **26-51549**
Name

**Part 2: Additional Page**

**3.5 Nonpriority creditor's name and mailing address**
**Clark Hill PLC**
**Po Box 641858**
**Pittsburgh, PA 15264-1858**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** 1 6 8 8

**As of the petition filing date, the claim is:** **$531,862.35**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6 Nonpriority creditor's name and mailing address**
**Computype, Inc.**
**Po Box 1691**
**Minneapolis, MN 55480-1691**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** 0 8 1 5

**As of the petition filing date, the claim is:** **$818.41**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.7 Nonpriority creditor's name and mailing address**
**CRYO-1**
**2001 Ball**
**Galveston, TX 77550-2342**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$4,600.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.8 Nonpriority creditor's name and mailing address**
**Danco Medical, Inc.**
**6124 Maddox Blvd**
**Prospect, KY 40059-8561**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$158,915.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**3.9 Nonpriority creditor's name and mailing address**
**DCIDS Tissue Services**
**Po Box 415000 Msc 7513**
**Nashville, TN 37241-5000**

**Date or dates debt was incurred**

**Last 4 digits of account number** 0 3 9 7

**As of the petition filing date, the claim is:** **$5,500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.10 Nonpriority creditor's name and mailing address**
**ENV Services**
**c/o Municipal Authority of South Heidelbe**
**Po Box 37836**
**Baltimore, MD 21297-7836**

**Date or dates debt was incurred**

**Last 4 digits of account number** - 0 0 2

**As of the petition filing date, the claim is:** **$810.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.11 Nonpriority creditor's name and mailing address**
**Eurofins Donor and Product Testing, Inc.**
**Po Box 1469**
**Carol Stream, IL 60132-1469**

**Date or dates debt was incurred**

**Last 4 digits of account number** 1 6 2 4

**As of the petition filing date, the claim is:** **$13,141.85**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.12 Nonpriority creditor's name and mailing address**
**Fedex**
**Po Box 660481**
**Dallas, TX 75266-0481**

**Date or dates debt was incurred**

**Last 4 digits of account number** 3 7 - 4

**As of the petition filing date, the claim is:** **$5,339.36**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Alamo Biologics LLC** Case number *(if known)* **26-51549**
Name

**Part 2: Additional Page**

**3.13 Nonpriority creditor's name and mailing address**
**Fisher Scientific**
**Po Box 404705**
**Atlanta, GA 30384-4705**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** - 0 0 1

**As of the petition filing date, the claim is:** **$3,629.91**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** ______
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.14 Nonpriority creditor's name and mailing address**
**Guardian**
**P.O. Box 677458**
**Dallas, TX 75267**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** 5 7 0 1

**As of the petition filing date, the claim is:** **$3,535.57**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** ______
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.15 Nonpriority creditor's name and mailing address**
**IG360 LLC**
**Po Box 641858**
**Pittsburgh, PA 15264-1858**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** 9 7 8 5

**As of the petition filing date, the claim is:** **$57,842.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** ______
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.16 Nonpriority creditor's name and mailing address**
**Instant Systems**
**5505 Robin Hood Rd**
**Norfolk, VA 23513-2423**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$12,352.47**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** ______
**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Alamo Biologics LLC** Case number *(if known)* **26-51549**
Name

**Part 2: Additional Page**

**3.17 Nonpriority creditor's name and mailing address**
**Langley & Banack**
**745 E Mulberry Ave Ste 700**
**San Antonio, TX 78212-3172**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** 9 8 6 9

**As of the petition filing date, the claim is:** **$15,526.94**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** ____
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.18 Nonpriority creditor's name and mailing address**
**Life Center Organ Donor Network**
**Attn: Accounts Payable**
**615 Elsinore Pl Ste 400**
**Cincinnati, OH 45202**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$4,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** ____
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.19 Nonpriority creditor's name and mailing address**
**LifeCenter NW**
**LCNW Payment Lockbox**
**Po Box 103202**
**Pasadena, CA 91189**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** L S O L

**As of the petition filing date, the claim is:** **$309,393.07**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** ____
**Is the claim subject to offset?**
☑ No
☐ Yes

**3.20 Nonpriority creditor's name and mailing address**
**Lifecycle Biotechnologies, LP**
**421 Marti Dr**
**Cleburne, TX 76033-7705**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$14,948.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** ____
**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**3.21 Nonpriority creditor's name and mailing address**
**Lifesharing**
**Lifesharing**
**7436 Mission Valley Rd**
**San Diego, CA 92108-4406**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$65,550.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.22 Nonpriority creditor's name and mailing address**
**Louisiana Organ Procurement Agency**
**68190 Highway 190 Service Rd**
**Covington, LA 70433-5271**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** **S I O N**

**As of the petition filing date, the claim is:** **$111,513.75**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.23 Nonpriority creditor's name and mailing address**
**Medline Industries, LP**
**Dept. 1080**
**Po Box 121080**
**Dallas, TX 75312-1080**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** **6 8 7 1**

**As of the petition filing date, the claim is:** **$29,970.70**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.24 Nonpriority creditor's name and mailing address**
**medmix**
**5511 Rafe Ct**
**Flowery Branch, GA 30542-2770**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** **3 3 1 1**

**As of the petition filing date, the claim is:** **$29,019.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Alamo Biologics LLC** Case number *(if known)* **26-51549**
Name

**Part 2: Additional Page**

**3.25** **Nonpriority creditor's name and mailing address**
**Mile High Enterprises, LLC**
**5844 Rocky Pt**
**San Antonio, TX 78249-3406**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$18,382.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.26** **Nonpriority creditor's name and mailing address**
**Mississippi Organ Recovery Agency**
**4400 Lakeland Dr**
**Flowood, MS 39232-9522**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$214,950.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.27** **Nonpriority creditor's name and mailing address**
**MTF Biologics**
**Po Box 69385**
**Baltimore, MD 21264**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** **0 9 9 1**

**As of the petition filing date, the claim is:** **$1,449,414.07**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.28** **Nonpriority creditor's name and mailing address**
**Nelson Laboratories, Inc.**
**Po Box 571830**
**Salt Lake City, UT 84157-1830**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** **6 5 9 4**

**As of the petition filing date, the claim is:** **$6,063.75**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Alamo Biologics LLC** Case number *(if known)* **26-51549**
Name

**Part 2: Additional Page**

**3.29** **Nonpriority creditor's name and mailing address**
**Network for Hope, Inc**
**Po Box 22898**
**Louisville, KY 40252-0898**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$10,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.30** **Nonpriority creditor's name and mailing address**
**Nevada Donor Network**
**Department 335**
**Po Box 30102**
**Salt Lake City, UT 84130-0102**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$363,936.84**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.31** **Nonpriority creditor's name and mailing address**
**NovaSterilis, Inc.**
**3109 N Triphammer Rd**
**Lansing, NY 14882-8906**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$5,162.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.32** **Nonpriority creditor's name and mailing address**
**Prudential Cleanroom Services**
**Po Box 511886**
**Los Angeles, CA 90051-1827**

**Date or dates debt was incurred** ______
**Last 4 digits of account number** **5 7 5 3**

**As of the petition filing date, the claim is:** **$2,509.57**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Alamo Biologics LLC** Case number *(if known)* **26-51549**
Name

**Part 2: Additional Page**

**3.33 Nonpriority creditor's name and mailing address**
**Qualtex Laboratories**
**Po Box 1507**
**San Antonio, TX 78295-1507**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$46,381.12**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.34 Nonpriority creditor's name and mailing address**
**Regenerative Biologics, Inc.**
**6241 Nw 23rd St Fl 500**
**Gainesville, FL 32653-1500**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$546,958.59**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.35 Nonpriority creditor's name and mailing address**
**South Texas Blood & Tissue Center**
**Tissue Division**
**P.O. Box 1487**
**San Antonio, TX 78295**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$464,388.91**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.36 Nonpriority creditor's name and mailing address**
**Southern Legacy of Life**
**Po Box 2034**
**Lowell, AR 72745-2034**

**Date or dates debt was incurred** ____
**Last 4 digits of account number** 0 0 7 5

**As of the petition filing date, the claim is:** **$157,950.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Alamo Biologics LLC** Case number *(if known)* **26-51549**
Name

**Part 2: Additional Page**

**3.37 Nonpriority creditor's name and mailing address**
**SouthState Bank**
**Po Box 118068**
**North Charleston, SC 29423-8068**

**As of the petition filing date, the claim is:** **$57,637.66**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number** 1 9 5 7

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.38 Nonpriority creditor's name and mailing address**
**Stericycle**
**Po Box 9001588**
**Louisville, KY 40290-1588**

**As of the petition filing date, the claim is:** **$3,817.37**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number** 0 0 2 1

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.39 Nonpriority creditor's name and mailing address**
**STERIS Isomedix Operations, Inc.**
**Po Box 676548**
**Dallas, TX 75267-6548**

**As of the petition filing date, the claim is:** **$10,434.84**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number** 4 0 6 2

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.40 Nonpriority creditor's name and mailing address**
**Uline**
**Po Box 88741**
**Chicago, IL 60680-1741**

**As of the petition filing date, the claim is:** **$2,207.65**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

**Last 4 digits of account number** 0 9 6 5

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**3.41 Nonpriority creditor's name and mailing address**
Validated Delivery Solutions, LLC
Po Box 601
Granville, OH 43023-0601

**Date or dates debt was incurred** ____

**Last 4 digits of account number** L A M O

**As of the petition filing date, the claim is:** **$11,653.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.42 Nonpriority creditor's name and mailing address**
Waste Management of Texas
Po Box 660345
Dallas, TX 75266-0345

**Date or dates debt was incurred** ____

**Last 4 digits of account number** 3 0 0 7

**As of the petition filing date, the claim is:** **$1,920.11**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.43 Nonpriority creditor's name and mailing address**
5844 Rocky Point Ltd
5844 Rocky Point
San Antonio, TX 78249

**Date or dates debt was incurred** ____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$48,831.07**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.44 Nonpriority creditor's name and mailing address**
American Express
Po Box 981535
El Paso, TX 79998-1535

**Date or dates debt was incurred** ____

**Last 4 digits of account number** 1 0 0 7

**As of the petition filing date, the claim is:** **$131,121.79**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Alamo Biologics LLC** Case number *(if known)* **26-51549**
Name

**Part 2: Additional Page**

**3.45 Nonpriority creditor's name and mailing address**
**Arnold and Deborah Andrews**
**Po Box 271**
**Devine, TX 78016-0271**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.46 Nonpriority creditor's name and mailing address**
**Arnold Lee Andrews, Jr.**
**P.O. Box 271**
**Devine, TX 78016**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.47 Nonpriority creditor's name and mailing address**
**Charter Communications**
**Po Box 60074**
**City of Industry, CA 91716-0074**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$895.52**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.48 Nonpriority creditor's name and mailing address**
**Chedr LLC**
**108 Central Ave Ste 6**
**Goose Creek, SC 29445-3079**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Part 2: Additional Page**

**3.49 Nonpriority creditor's name and mailing address**
Chedr LLC
108 Central Ave Ste 6
Goose Creek, SC 29445-3079

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$599,689.52**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.50 Nonpriority creditor's name and mailing address**
Deborah Andrews
Po Box 271
Devine, TX 78016-0271

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.51 Nonpriority creditor's name and mailing address**
Human Regenerative Technologies LLC
Kenneth A. Hill
2200 Ross Avenue 2400
Dallas, TX 75201

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$3,550,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Agreed Judgment

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.52 Nonpriority creditor's name and mailing address**
Initial Design Bioinnovations, LLC
5900 Balcones Dr Ste 100
Austin, TX 78731-4298

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ____

**As of the petition filing date, the claim is:** **$55,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Alamo Biologics LLC** Case number *(if known)* **26-51549**
Name

**Part 2: Additional Page**

**3.53 Nonpriority creditor's name and mailing address**

**RDM Capital, LLC**
**1640 Boro Pl Fl 4**
**Mc Lean, VA 22102-3627**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **unknown**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.54 Nonpriority creditor's name and mailing address**

**RDM Capital, LLC**
**1640 Boro Pl Fl 4**
**Mc Lean, VA 22102-3627**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$738,098.52**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.55 Nonpriority creditor's name and mailing address**

**SD Lions Eye Bank**
**4501 West 61st Street**
**Sioux Falls, SD 57107**

**Date or dates debt was incurred** ______

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:** **$454,680.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Alamo Biologics LLC** Case number *(if known)* **26-51549**
Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | **($35,000.00)** |
| 5b. **Total claims from Part 2** | 5b. | + | **$10,364,311.21** |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | **$10,329,311.21** |