# ALAMO BIOLOGICS, LLC

A/R Aging Summary Report As of Jul 31, 2026

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | Total |
|---|---|---|---|---|---|---|
| [redacted] | | | 2,619.00 | | | 2,619.00 |
| [redacted] | 6,251.00 | 35,395.00 | | | | 41,646.00 |
| [redacted] | | | | | 3,510.00 | 3,510.00 |
| [redacted] | 1,440.00 | | | | | 1,440.00 |
| [redacted] | 1,134.00 | | | | | 1,134.00 |
| [redacted] | | | | | (900.00) | (900.00) |
| [redacted] | 4,715.00 | | | | | 4,715.00 |
| [redacted] | 383.00 | | | | | 383.00 |
| [redacted] | 3,830.00 | | | | | 3,830.00 |
| [redacted] | | | | | 44,500.00 | 44,500.00 |
| [redacted] | 5,419.00 | | | | | 5,419.00 |
| [redacted] | 3,256.52 | | | | 290.00 | 3,546.52 |
| [redacted] | 28,288.00 | | | (2,030.00) | | 26,258.00 |
| [redacted] | 1,400.00 | | | | | 1,400.00 |
| [redacted] | 300.00 | | | | | 300.00 |
| [redacted] | | (132.00) | | | | (132.00) |
| [redacted] | 2,550.00 | | | | 2,275.00 | 4,825.00 |
| [redacted] | | 8,010.00 | | | 14,536.00 | 22,546.00 |
| [redacted] | | | | | 1,836.00 | 1,836.00 |
| [redacted] | 5,425.00 | | | | | 5,425.00 |
| [redacted] | | | | | 3,402.00 | 3,402.00 |
| [redacted] | | | | 3,581.50 | 0.50 | 3,582.00 |
| [redacted] | 23,714.00 | | | | | 23,714.00 |
| [redacted] | 18,266.00 | | | | | 18,266.00 |
| [redacted] | 313.00 | | | | | 313.00 |
| [redacted] | 9,155.00 | | | | | 9,155.00 |
| [redacted] | 125,799.00 | (1,200.00) | | | | 124,599.00 |
| [redacted] | 15,000.00 | | | | | 15,000.00 |
| [redacted] | 1,520.00 | | | | | 1,520.00 |
| [redacted] | | | 13,975.00 | 6,325.00 | | 20,300.00 |
| [redacted] | | 9,115.00 | 11,585.00 | | (4,415.00) | 16,285.00 |
| [redacted] | | (3,746.04) | | (1,695.00) | | (5,441.04) |
| [redacted] | | | | | (1,025.00) | (1,025.00) |
| [redacted] | 9,647.00 | (1,845.00) | | (1,620.00) | | 6,182.00 |
| [redacted] | 127,173.00 | 3,810.00 | | | | 130,983.00 |
| [redacted] | 53,420.00 | | (1.00) | | | 53,419.00 |
| [redacted] | | | | | 1,793,556.00 | 1,793,556.00 |
| [redacted] | | | | | 1,254.00 | 1,254.00 |
| [redacted] | | | | | (96.00) | (96.00) |
| [redacted] | | 1,410.00 | | | | 1,410.00 |
| [redacted] | | | | | (656.00) | (656.00) |
| [redacted] | 496.00 | | | | | 496.00 |
| [redacted] | 116,365.00 | 13,510.00 | | | | 129,875.00 |
| [redacted] | 3,995.00 | | | | | 3,995.00 |
| [redacted] | 12,780.00 | | | | 1,963.00 | 14,743.00 |



ALAMO BIOLOGICS, LLC
A/R Aging Summary Report As of Jul 31, 2026

| | CURRENT | 1 - 30 | 31 - 60 | 61 - 90 | 91 AND OVER | Total |
|---|---|---|---|---|---|---|
| [redacted] | 15,180.00 | | | | | 15,180.00 |
| [redacted] | 11,275.00 | 10.00 | | | | 11,285.00 |
| [redacted] | 4,620.00 | | | | 0.80 | 4,620.80 |
| [redacted] | 2,550.00 | | | 1,700.00 | | 4,250.00 |
| [redacted] | 11,752.00 | 15,860.00 | 6,110.00 | 9,038.20 | | 42,760.20 |
| [redacted] | | | | | 1,033.00 | 1,033.00 |
| [redacted] | | | | | 894.00 | 894.00 |
| [redacted] | 31,500.00 | 15,750.00 | | | | 47,250.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| [redacted] | 2,764.00 | | | | | 2,764.00 |
| [redacted] | 2,856.00 | | | | | 2,856.00 |
| [redacted] | 2,200.00 | | | | | 2,200.00 |
| [redacted] | 2,440.00 | 1,602.00 | | | | 4,042.00 |
| [redacted] | | | | | (1,010.00) | (1,010.00) |
| [redacted] | 3,134.00 | 3,606.00 | | | | 6,740.00 |
| [redacted] | 8,906.00 | 12,279.00 | 10,614.56 | | | 31,799.56 |
| [redacted] | | | | | (325.00) | (325.00) |
| [redacted] | 6,052.00 | | | | | 6,052.00 |
| [redacted] | | | | | 1,521.00 | 1,521.00 |
| [redacted] | 95,249.00 | (6,973.00) | 51,674.00 | 54,537.00 | (153,308.00) | 41,179.00 |
| [redacted] | | | | | (60.00) | (60.00) |
| [redacted] | 10,470.00 | 12,195.00 | 200.00 | 1,510.00 | 17,324.32 | 41,699.32 |
| [redacted] | 3,750.00 | | | | | 3,750.00 |
| [redacted] | 2,445.00 | | | | | 2,445.00 |
| [redacted] | 5,225.00 | 2,125.00 | | | 2,125.00 | 9,475.00 |
| [redacted] | 14,980.00 | 26,215.00 | 14,980.00 | | 14,980.00 | 71,155.00 |
| [redacted] | 173,160.00 | | | | | 173,160.00 |
| [redacted] | | | 540.00 | | | 540.00 |
| [redacted] | | | | | (3,253.00) | (3,253.00) |
| [redacted] | 1,267.00 | | | | | 1,267.00 |
| **TOTAL** | **993,809.52** | **146,995.96** | **112,296.56** | **71,346.70** | **1,739,952.62** | **$3,064,401.36** |