# ALAMO BIOLOGICS, LLC

**Alamo Checking - Integrity Bank, Period Ending 08/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 09/20/2026

Reconciled by: Pamela Sloan

Any changes made to transactions after this date aren't included in this report.

**Summary**

| Summary | USD |
|---|---|
| Statement beginning balance | 1,059.30 |
| Checks and payments cleared (0) | 0.00 |
| Deposits and other credits cleared (0) | 0.00 |
| Statement ending balance | 1,059.30 |
| Register balance as of 08/31/2026 | 1,059.30 |

INTEGRITY
BANK

8584 Katy Fwy Suite 101
Houston, TX 77024 | 346-293-7940

Date 8/31/26 Page 1
Primary Account Acct Ending 6243
Enclosures

289166

Alamo Biologics LLC
PO Box 691433
San Antonio TX 78269

## CHECKING ACCOUNT

| | | | |
|---|---|---|---|
| ITX Business Chking | | Number of Enclosures | 0 |
| Account # | Acct Ending 6243 | Statement Dates 8/03/26 thru | 8/31/26 |
| Previous Balance | 1,059.30 | Days in the statement period | 29 |
| Deposits/Credits | .00 | | |
| Checks/Debits | .00 | Average Collected | 1,059.30 |
| Service Charge | .00 | | |
| | .00 | | |
| Ending Balance | 1,059.30 | | |

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft item fees year to | $.00 | $.00 |
| Return item fees year to date | $.00 | $.00 |

*** END OF STATEMENT ***



EQUAL HOUSING LENDER
Member FDIC

**In case of errors or questions about your electronic transfers write or call us at the telephone number or address on the front of the statement.**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, contact us immediately. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number.
(2) Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
(3) Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days.

We will determine whether an error occurred within 10 business days (20 business days if the transfer involved a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take 45 days to investigate your complaint or question (or 90 days in the case of a new account, point of sale transaction, or a foreign initiated transfer). If we decide to do this, we will credit your account within 10 business days (20 business days if the transfer involved a new account) for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. An account is considered a new account for 30 days after the first deposit is made if you are a new customer.

We will tell you the result within 3 business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation.

## STATEMENT RECONCILIATION

1. BALANCE SHOWN ON THIS STATEMENT$ ______
2. PLUS DEPOSITS NOT SHOWN ON STATEMENT ______

SUBTOTAL ______

3. LESS OUTSTANDING CHECKS-DRAFTS(THOSE SHOWN IN YOUR CHECK BOOK BUT NOT ON STATEMENT) ______

**TOTAL** $ ______

**ABOVE TOTAL SHOULD AGREE WITH THAT SHOWN IN YOUR CHECK BOOK, LESS ANY ACTIVITY CHARGE MADE PLUS ANY INTEREST PAID.**

CHECKS OUTSTANDING

| NO. | ACCOUNT | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |