ALAMO BIOLOGICS, LLC

**Alamo Checking - SouthState Bank, Period Ending 08/31/2026**

**RECONCILIATION REPORT**

Reconciled on: 09/19/2026

Reconciled by: Pamela Sloan

Any changes made to transactions after this date aren't included in this report.

**Summary**

| | USD |
|---|---|
| Statement beginning balance | 7,724.00 |
| Checks and payments cleared (2) | -44,235.00 |
| Deposits and other credits cleared (5) | 91,193.00 |
| Statement ending balance | 54,682.00 |
| Uncleared transactions as of 08/31/2026 | -55,908.00 |
| Register balance as of 08/31/2026 | -1,226.00 |
| Cleared transactions after 08/31/2026 | 0.00 |
| Uncleared transactions after 08/31/2026 | 25,928.00 |
| Register balance as of 09/19/2026 | 24,702.00 |

**Details**

Checks and payments cleared (2)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/12/2026 | Check | 4932 | Alamo Biologics | -21,567.00 |
| 08/14/2026 | Check | 4933 | Alamo Biologics | -22,668.00 |
| Total | | | | -44,235.00 |

Deposits and other credits cleared (5)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 08/07/2026 | Receive Payment | 17012000195037 | [redacted] | 13,843.00 |
| 08/14/2026 | Receive Payment | 17012000195690 | [redacted] | 22,668.00 |
| 08/21/2026 | Receive Payment | | [redacted] | 900.00 |
| 08/22/2026 | Receive Payment | 17012000196262 | [redacted] | 49,224.00 |
| 08/31/2026 | Receive Payment | 17012000196922 | [redacted] | 4,558.00 |
| Total | | | | 91,193.00 |

**Additional Information**

Uncleared checks and payments as of 08/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 12/01/2025 | Bill Payment | Apply CR | [redacted] | -800.00 |
| 12/12/2025 | Check | 4876 | Michael Davidson | -240.00 |
| 12/15/2025 | Bill Payment | 4877 | Chris Zero | -150.00 |
| 05/13/2026 | Check | | SouthState Bank | -36.00 |
| 08/28/2026 | Check | 4934 | Alamo Biologics | -54,682.00 |
| Total | | | | -55,908.00 |

Uncleared deposits and other credits after 08/31/2026

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 09/07/2026 | Receive Payment | 17012000197524 | [redacted] | 5,023.00 |
| 09/14/2026 | Receive Payment | 17012000198118 | [redacted] | 8,380.00 |
| 09/21/2026 | Receive Payment | 17012000198781 | [redacted] | 12,525.00 |
| Total | | | | 25,928.00 |

SouthState
P.O. Box 9602 · Winter Haven, FL 33883
SouthStateBank.com · 800.277.2175

# Statement Ending 08/31/2026

*ALAMO BIOLOGICS LLC* — *Page 1 of 4*
*Account Number: XXXXXXXXXXXXX0882*

## Managing Your Accounts

| | |
|---|---|
| Customer Care | (800) 277-2175 |
| Mailing Address | P.O. Box 9602<br>Winter Haven, FL 33883 |
| Website | SouthStateBank.com |

ALAMO BIOLOGICS LLC
PO BOX 691433
SAN ANTONIO TX 78269-1433

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| COMMERCIAL ANALYSIS | XXXXXXXXXXXXX0882 | $54,682.00 |

## COMMERCIAL ANALYSIS - XXXXXXXXXXXXX0882

### Account Summary

| Date | Description | Amount | Description | Amount |
|---|---|---|---|---|
| **08/01/2026** | **Beginning Balance** | **$7,724.00** | Minimum Balance | $0.00 |
| | 6 Credit(s) This Period | $91,409.50 | Average Available Balance | $25,492.37 |
| | 3 Debit(s) This Period | $44,451.50 | | |
| **08/31/2026** | **Ending Balance** | **$54,682.00** | | |

### Other Credits

| Date | Description | Amount |
|---|---|---|
| 08/07/2026 | PAYMENTS [redacted] CORPORAT NTE* ZZZ* /ADV/2000195037 7.8.2026\ | $13,843.00 |
| 08/11/2026 | PAYOUT Gruene Pest Mgmt TRN* 1* TX37614216010XT* * 4VXM4X6BYHWUBOE8\RMR* IK* TX376 | $216.50 |
| 08/14/2026 | PAYMENTS [redacted] CORPORAT NTE* ZZZ* /ADV/2000195690 14.8.2026\ | $22,668.00 |
| 08/21/2026 | CORP PAY [redacted]1-1 | $900.00 |
| 08/21/2026 | PAYMENTS [redacted] NTE* ZZZ* /ADV/2000196262 21.8.2026\ | $49,224.00 |
| 08/28/2026 | PAYMENTS [redacted] NTE* ZZZ* /ADV/2000196922 28.8.2026\ | $4,558.00 |

6 item(s) totaling $91,409.50

### Electronic Debits

| Date | Description | Amount |
|---|---|---|
| 08/04/2026 | PURCHASE Gruene Pest Mgmt TRN* 1* L2L82QVZ8JXV4PH6* * 4VXOED6BVPVADWQR\RMR* IK* Grue | $216.50 |

1 item(s) totaling $216.50

### Checks Cleared

| Check Nbr | Date | Amount | Check Nbr | Date | Amount |
|---|---|---|---|---|---|
| 4932 | 08/12/2026 | $21,567.00 | 4933 | 08/17/2026 | $22,668.00 |

* Indicates skipped check number

2 item(s) totaling $44,235.00

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 08/04/2026 | $7,507.50 | 08/11/2026 | $21,567.00 | 08/14/2026 | $22,668.00 |
| 08/07/2026 | $21,350.50 | 08/12/2026 | $0.00 | 08/17/2026 | $0.00 |

SouthState

## Statement Ending 08/31/2026

ALAMO BIOLOGICS LLC



Account Number: XXXXXXXXXXXXXX0882



#4932 $21,567.00



#4933 $22,668.00

## IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

Unless we receive notice of any unauthorized or missing signature on any enclosed item or alteration of any enclosed item in this statement within 60 days, we will consider this statement and enclosures to be correct.

### IN CASE OF ERRORS OR INQUIRIES ABOUT YOUR ELECTRONIC TRANSACTIONS ON YOUR PERSONAL DEPOSIT ACCOUNT ONLY*

*Excludes Health Savings Accounts

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. Please call us at **1-800-277-2175** or write to us at **SouthState Bank, N.A., eClaims Center, P.O. Box 118068, Charleston, SC 29423.**

1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 days to do this, we will apply a provisional credit to your account in the amount you think you have been charged in error so you will have use of the money during the time it takes us to complete our investigation.

### DOCUMENTATION AND CONFIRMATION OF TRANSFERS

If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at 1-800-277-2175 to find out whether or not the deposit has been made.

### BILLING RIGHTS NOTICE FOR CONSUMER LINE OF CREDIT

If you think there is an error on your statement, write to us at: **SouthState Bank, N.A., Loan Operations, P.O. Box 118068, Charleston, SC 29423.**

In your letter, give us the following information:

1. **Account information:** Your name and account number.
2. **Dollar amount:** The dollar amount of the suspected error.
3. **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do, we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

1. We cannot try to collect the amount in question or report you as delinquent on that amount.
2. The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
3. While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
4. We can apply any unpaid amount against your credit limit.

### EXPLANATION OF BALANCE ON WHICH FINANCE CHARGE IS COMPUTED FOR CONSUMER LINES OF CREDIT ONLY

**Daily Balance Method (including Current Transactions)**

We figure the finance charge on your account by applying the periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances, and subtract any unpaid finance charges and any payments or credits. This gives us the daily balance.

### LOAN PAYMENT NOTICE

All loan payments must be accompanied by the account number or payment coupon provided and must be made by a check, automatic account debit, electronic funds transfer, money order or other instrument in U.S. Dollars. Payments received by the bank at the address shown on the front of this statement by close of business will be credited to your account that same day. Payments received after close of business will be credited the following business day. We may modify these payment instructions, including changing the address for payment, by providing updated payment instructions on or with your periodic billing statement.

### ACCOUNT RECONCILIATION

Month ______________________ 20 ____

This form is provided to help you balance your bank statement. Match enclosed checks, charges, deposits and withdrawals with the items in your register.

Write in your register all items that appear on this statement but have not been listed in your register. Example: Automatic payments, automatic transfers, interest.

**CHECKS/WITHDRAWALS NOT DEDUCTED**

| Date | | Amount |
|---|---|---|
| | | $ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total Checks/Withdrawals not deducted | $ |

**DEPOSITS NOT CREDITED**

| Date | | Amount |
|---|---|---|
| | | $ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | Total Deposits not credited | $ |

**BALANCE COMPUTATION**

| Add the following items: | Amount |
|---|---|
| Checking balance shown on this statement | $ |
| Savings balance shown on this statement | $ |
| Total Deposits not credited | $ |
| Subtotal | $ |
| Subtract Total Checks/Withdrawals not deducted | $ |
| Total | $ |

This balance should agree with your records.

SCST (Rev [illegible])