# ALAMO BIOLOGICS, LLC

Balance Sheet

As of Aug 31, 2026

| | Total |
|---|---|
| Assets | |
| Current Assets | |
| Bank Accounts | |
| Alamo Checking - Integrity Bank | 1,059.30 |
| Alamo Checking - SouthState Bank | (1,226.00) |
| Alamo Checking DIP - Jefferson Bank | 208,707.46 |
| **Total for Bank Accounts** | **$208,540.76** |
| Accounts Receivable | |
| Accounts Receivable | 3,228,286.07 |
| Allowance for Bad Debt | (243,807.50) |
| **Total for Accounts Receivable** | **$2,984,478.57** |
| Other Current Assets | |
| Accounts Receivable - Misc. | 2,058.44 |
| Accounts Receivable-Employees | (112.90) |
| Inventory Asset | $3,651,911.36 |
| Allowance for Obsolete Inventory | (344,802.00) |
| **Total for Inventory Asset** | **$3,307,109.36** |
| Inventory-In Processing | 464,819.00 |
| Inventory-Unprocessed | 1,693,300.00 |
| Prepaid Expenses | 54,276.60 |
| Prepaid Insurance | 111,166.26 |
| QuickBooks Tax Holding Account | 1,471.70 |
| **Total for Other Current Assets** | **$5,634,088.46** |
| **Total for Current Assets** | **$8,827,107.79** |
| Fixed Assets | |
| Autos & Trucks-Net | |
| Autos & Trucks-Cost | 15,000.00 |
| Autos & Trucks-Depr | (11,500.00) |
| **Total for Autos & Trucks-Net** | **$3,500.00** |
| Building & Improvements-Net | $50,908.60 |
| Building & Improvements | (50,908.60) |
| **Total for Building & Improvements-Net** | **$0.00** |
| Equipment-Net | |
| Equipment-Cost | 3,984,791.65 |
| Equipment-Depr | (3,394,940.56) |
| **Total for Equipment-Net** | **$589,851.09** |
| Furniture & Fixtures-Net | |
| Furniture & Fixtures-Cost | 143,509.30 |
| Furniture & Fixtures-Depr | (143,509.30) |
| **Total for Furniture & Fixtures-Net** | **$0.00** |

# ALAMO BIOLOGICS, LLC

Balance Sheet

As of Aug 31, 2026

| | Total |
|---|---|
| Leasehold Improvements-Net | |
| Leasehold Improvements-Cost | 3,287,063.99 |
| Leasehold Improvements-Depr | (886,654.18) |
| **Total for Leasehold Improvements-Net** | **$2,400,409.81** |
| **Total for Fixed Assets** | **$2,993,760.90** |
| Other Assets | |
| Deposits | 7,325.00 |
| Goodwill-Sec 754 | $1,006,200.00 |
| Accumulated Amortization-Sec 754 | (296,270.00) |
| **Total for Goodwill-Sec 754** | **$709,930.00** |
| Note Receivable - 5844 Rocky Pt | 380,148.99 |
| Prepaid Loan Fees | |
| Accum Amort-Prepaid Loan Fees | (96,817.57) |
| Prepaid Loan Fees-Cost | 250,876.87 |
| **Total for Prepaid Loan Fees** | **$154,059.30** |
| **Total for Other Assets** | **$1,251,463.29** |
| **Total for Assets** | **$13,072,331.98** |
| Liabilities and Equity | |
| Liabilities | |
| Current Liabilities | |
| Accounts Payable | |
| Accounts Payable | (160,817.55) |
| Accounts Payable-ABS | 6,531,124.46 |
| Accounts Payable-PAS | 408,063.54 |
| **Total for Accounts Payable** | **$6,778,370.45** |
| Credit Cards | |
| USAA | 5,752.51 |
| **Total for Credit Cards** | **$5,752.51** |
| Other Current Liabilities | |
| Accrued Expenses | |
| Accrued Accounting | 32,345.00 |
| Accrued BTM Hardware Lease | 62,990.24 |
| Accrued BTM Software Fees | 114,722.48 |
| Accrued Commissions | 283,892.10 |
| Accrued Payroll Taxes | 9,519.83 |
| Accrued Property Taxes | 57,600.00 |
| Accrued Salaries | 358,371.80 |
| Accured 401(k) Expense | 2,317.87 |

# ALAMO BIOLOGICS, LLC

Balance Sheet

As of Aug 31, 2026

| | Total |
|---|---|
| **Total for Accrued Expenses** | **$921,759.32** |
| Loan Payable-Owner | 1,006,107.93 |
| N/P - Chedr, LLC | 409,440.59 |
| N/P - RDM Capital | 550,638.72 |
| Note Pay-Current Portion | 351,112.61 |
| Note Payable-Insurance Premiums | 86,186.00 |
| Payroll Liabilities | $0.00 |
| FUTA Tax | 233.27 |
| State W/H | 914.00 |
| SUI Tax | 324.43 |
| **Total for Payroll Liabilities** | **$1,471.70** |
| Settlement Payable | 3,400,000.00 |
| **Total for Other Current Liabilities** | **$6,726,716.87** |
| **Total for Current Liabilities** | **$13,510,839.83** |
| Long-term Liabilities | |
| N/P - SouthState Conv CP | 1,086,797.15 |
| N/P - SouthState SBA Buyout | 1,892,925.21 |
| N/P - SouthState SBA CP | 1,969,003.63 |
| Note Pay-xCurrent Portion | (351,112.61) |
| Partner Loans | |
| Loan Pay-L & D Andrews, Ltd | 639,819.17 |
| **Total for Partner Loans** | **$639,819.17** |
| **Total for Long-term Liabilities** | **$5,237,432.55** |
| **Total for Liabilities** | **$18,748,272.38** |
| Equity | |
| Capital Transfer(Buy-Out)(Lee & Debbie Andrews Ltd) | 1,260,316.16 |
| Capital-Sec 754 Step-Up(Lee & Debbie Andrews Ltd) | 1,006,200.00 |
| Lee & Debbie Andrews, Ltd. | |
| Beg Cap-Lee&Debbie Andrews, Ltd | 1,138,075.34 |
| Draws-Lee&Debbie Andrews, Ltd | (272,000.00) |
| **Total for Lee & Debbie Andrews, Ltd.** | **$866,075.34** |
| Retained Earnings | (4,860,893.66) |
| Net Income | (3,947,638.24) |
| **Total for Equity** | **($5,675,940.40)** |
| **Total for Liabilities and Equity** | **$13,072,331.98** |