# ALAMO BIOLOGICS, LLC

Profit and Loss

August 2026

| | Total |
|---|---|
| Income | |
| Sales | 802,192.90 |
| Vendor Sales | (85,372.35) |
| **Total for Income** | **$716,820.55** |
| Cost of Goods Sold | |
| Direct Contract Services | 11,080.00 |
| Direct Payroll | 146,886.84 |
| Direct Payroll Taxes | 11,008.37 |
| Laboratory Fees | 66,005.33 |
| Medical Supplies | 74,933.00 |
| Medical Waste Disposal | 2,316.41 |
| Product Sales | 0.00 |
| Purchases | |
| Discarded inventory | 6,665.00 |
| Donor recovery | 109,055.91 |
| New Inventory | (551,768.59) |
| Product Sales | 549,362.22 |
| WIP | 78,244.00 |
| **Total for Purchases** | **$191,558.54** |
| Shipping | |
| Customer | 370.40 |
| Shipping Supplies | 14,755.40 |
| **Total for Shipping** | **$15,125.80** |
| Sterilization Fees | 1,535.31 |
| Uniforms | 2,665.72 |
| Vendor Commissions | 4,335.30 |
| **Total for Cost of Goods Sold** | **$527,450.62** |
| **Gross Profit** | **$189,369.93** |
| Expenses | |
| Amortization Expense | 7,021.82 |
| Asset Purchases < $2,500 | 203.17 |
| Bank Service Charges | 202.92 |
| Contract Services | 7,413.56 |
| Credit Card Merchant Fees | 416.18 |
| Delivery | 262.10 |
| Depreciation Expense | 46,322.19 |
| Depreciation Expense-Section 754 | 5,590.00 |
| Dues and Subscriptions | 2,457.00 |
| Employee Benefits | |
| 401(k) Expense | 5,421.09 |
| Ancillary Insurance | 1,852.99 |
| Medical Insurance | 16,094.59 |
| **Total for Employee Benefits** | **$23,368.67** |
| Equipment Rental | 10,401.13 |

# ALAMO BIOLOGICS, LLC

Profit and Loss

August 2026

| | Total |
|---|---|
| Insurance | |
| Crime/ERISA Insurance | 163.42 |
| Liability Insurance | 9,500.14 |
| Property Insurance | 5,797.75 |
| Work Comp | 419.58 |
| **Total for Insurance** | **$15,880.89** |
| Interest Expense | 90,652.44 |
| IT Services | 6,941.92 |
| Licenses and Permits | 750.00 |
| Office Supplies | 2,322.39 |
| Payroll Expenses | |
| Payroll Taxes | 9,057.84 |
| Salaries-Office | 102,974.05 |
| Salary-Commissions | (587.25) |
| Salary-Officer | 38,365.38 |
| **Total for Payroll Expenses** | **$149,810.02** |
| Recruiting | 2,843.03 |
| Rent | 38,688.48 |
| Repairs & Maintenance | |
| Building Repairs | 1,545.41 |
| Equipment Repairs & Maintenance | |
| Lab Equipment | 3,801.96 |
| Office Equipment | 1,045.42 |
| **Total for Equipment Repairs & Maintenance** | **$4,847.38** |
| **Total for Repairs & Maintenance** | **$6,392.79** |
| Security | 87.68 |
| Software Licensing | 17,590.15 |
| Taxes | |
| Property | 7,200.00 |
| **Total for Taxes** | **$7,200.00** |
| Telephone | 100.00 |
| Utilities | 18,038.27 |
| **Total for Expenses** | **$460,956.80** |
| **Net Operating Income** | **($271,586.87)** |
| Other Income | |
| Gain(Loss) on Sale of Assets | (51,350.72) |
| Interest Income | 3,763.85 |
| **Total for Other Income** | **($47,586.87)** |
| **Net Other Income** | **($47,586.87)** |
| **Net Income** | **($319,173.74)** |