ALAMO BIOLOGICS, LLC

# Paycheck history report

Paychecks from Aug 01, 2026 to Aug 31, 2026 for Andrews, Deborah E and 1 other from all locations

| Pay date | Name | Total pay | Net pay | Pay method | Check Number | Status |
|---|---|---:|---:|---|---|---|
| 08/21/2026 | Andrews, Deborah E | $1,534.04 | $1,398.54 | Direct Deposit | DD | PROCESSED |
| 08/21/2026 | Andrews, Jr, A L | $5,196.73 | $4,781.05 | Direct Deposit | DD | PROCESSED |
| 08/07/2026 | Andrews, Deborah E | $1,534.04 | $1,398.55 | Direct Deposit | DD | PROCESSED |
| 08/07/2026 | Andrews, Jr, A L | $5,196.73 | $4,781.04 | Direct Deposit | DD | PROCESSED |