**2026 DEPRECIATION AND AMORTIZATION REPORT**

- NEXT YEAR BOOK LEE & DEBBIE ANDREWS, LTD

| Asset No. | Description | Date Acquired | Method | Life | Unadjusted Cost Or Basis | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| 38 | GOODWILL-SEC 754 | 033122 | | 180M | 1006200. | | 1006200. | 251,550. | 67,080. |
| 39 | LOAN FEES | 033122 | | 120M | 65,807. | | 65,807. | 24,679. | 6,581. |
| 40 | LOAN FEES | 032723 | 461 | 120M | 106,742. | | 106,742. | 29,354. | 10,674. |
| | [redacted] | | | | | | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| | [redacted] | | | | | | | | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | | [redacted] | [redacted] | [redacted] |
| | [redacted] | | | | [redacted] | | [redacted] | [redacted] | [redacted] |
| | BUILDINGS | | | | | | | | |
| 50 | FOAM INSULATION | 071709 | SL | 15.00 | 15,451. | | 15,451. | 15,451. | 0. |
| 51 | ROOF, GUTTERS, DOWNSPOUTS | 110309 | SL | 15.00 | 48,992. | | 48,992. | 48,992. | 0. |
| 52 | FINISH OUT LEASEHOLD IMPR | 073010 | SL | 39.00 | 539,216. | | 539,216. | 213,151. | 13,826. |
| 53 | FLOORING-PAS SIDE | 013112 | SL | 7.00 | 5,400. | | 5,400. | 5,400. | 0. |
| 54 | WOOD FLOORING | 052212 | SL | 7.00 | 21,068. | | 21,068. | 21,068. | 0. |
| 55 | BUILDOUT-PAS OFFCS/SHED | 063012 | SL | 15.00 | 14,081. | | 14,081. | 12,676. | 939. |
| 56 | 2 AIR CONDITIONING UNITS | 040913 | 150DB | 15.00 | 19,018. | | 19,018. | 16,211. | 1,122. |
| 57 | TRANE AC UNIT | 080813 | SL | 39.00 | 10,577. | | 10,577. | 3,365. | 271. |
| 58 | BUILDOUT-NEW OFFICE | 050714 | SL | 15.00 | 3,140. | | 3,140. | 2,439. | 209. |
| 59 | LIFTMASTER REMOTES | 022015 | SL | 7.00 | 5,000. | | 5,000. | 5,000. | 0. |
| 60 | GATE | 032015 | SL | 7.00 | 4,255. | | 4,255. | 4,255. | 0. |
| 61 | UPGRADE 2 ROOMS TO ISO-5 | 112415 | SL | 39.00 | 59,091. | | 59,091. | 15,276. | 1,515. |
| 62 | A/C UNIT | 092916 | SL | 39.00 | 13,575. | | 13,575. | 3,219. | 348. |
| 63 | SINK | 092519 | SL | 7.00 | 5,326. | | 5,326. | 4,756. | 570. |
| 64 | BTUH DAIKIN MINISPLIT A/C UNIT | 042220 | SL | 39.00 | 7,759. | | 7,759. | 1,128. | 199. |
| 65 | LED AUTHORITY LIGHTING & INSTALL | 070920 | SL | 7.00 | 2,893. | | 2,893. | 2,272. | 413. |
| 66 | CONSTRUCTION ON SERVER ROOM | 092721 | SL | 15.00 | 10,000. | | 10,000. | 2,835. | 667. |
| 67 | PAINTING CIMARRON PATH | 092421 | SL | 15.00 | 9,500. | | 9,500. | 2,690. | 633. |
| 68 | CONSTRUCTION/PAINTING CIMARRON PATH | 100621 | SL | 15.00 | 3,000. | | 3,000. | 850. | 200. |
| 69 | FLOORING AT 5844 ROCKY POINT | 050422 | SL | 7.00 | 2,762. | | 2,762. | 1,448. | 395. |
| 70 | PIPING FOR AIR LINES&EXHAUST LINES | 051722 | SL | 7.00 | 11,618. | | 11,618. | 5,948. | 1,660. |
| 71 | REPAINT WALLS/DOOR FRAMES IN LAB | 060922 | SL | 7.00 | 3,200. | | 3,200. | 1,638. | 457. |

(D) - Asset disposed * ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction, GO Zone

**2026 DEPRECIATION AND AMORTIZATION REPORT**

- NEXT YEAR BOOK LEE & DEBBIE ANDREWS, LTD

| Asset No. | Description | Date Acquired | Method | Life | Unadjusted Cost Or Basis | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| 72 | VCT & BASEBOARDS IN LAB | 061222 | SL | 7.00 | 3,690. | | 3,690. | 1,889. | 527. |
| 73 | INSTALL CIRCUITS FOR FREEZER CIM PT | 083022 | SL | 7.00 | 3,063. | | 3,063. | 1,460. | 438. |
| 74 | PAINT EXTERIOR 5844 ROCKY POINT | 102622 | SL | 7.00 | 25,860. | | 25,860. | 11,698. | 3,694. |
| 75 | REPLACE DUCT WORK TO 10 TON AC UNIT | 112922 | SL | 7.00 | 8,926. | | 8,926. | 3,931. | 1,275. |
| 76 | STATE PROLINE WATER HEATER 5844 RP | 120622 | SL | 7.00 | 2,760. | | 2,760. | 1,215. | 394. |
| 77 | 8.5 TON TRANE AC UNIT-5844 ROCKY PT | 032523 | SL | 39.00 | 18,442. | | 18,442. | 1,301. | 473. |
| 78 | 4 TON TRANCE AC UNIT-5844 ROCKY PT | 032523 | SL | 5.00 | 13,473. | | 13,473. | 7,411. | 2,695. |
| 79 | WATER HEATER-CIM PATH | 080123 | SL | 7.00 | 2,598. | | 2,598. | 897. | 371. |
| 80 | EPOXY FLOORS AT CIM PATH | 062623 | SL | 7.00 | 30,904. | | 30,904. | 11,037. | 4,415. |
| 81 | HIGH WIRE CAGE W/SLIDING DOOR | 090923 | SL | 7.00 | 10,252. | | 10,252. | 3,418. | 1,465. |
| 310 | BUILDOUT-CLEANROOMS CIM PATH | 120123 | SL | 15.00 | 2291830. | | 2291830. | 318,310. | 152,789. |
| 311 | WATER SYSTEM FOR AUTOCLAVE CIM PATH | 120123 | SL | 15.00 | 35,187. | | 35,187. | 4,887. | 2,346. |
| 322 | ELECTRICAL-CLEANROOMS & MAINT AREA | 052024 | SL | 15.00 | 3,986. | | 3,986. | 421. | 266. |
| 323 | EPOXY FLOORS AT CIM PATH | 061324 | SL | 7.00 | 3,161. | | 3,161. | 715. | 452. |
| 324 | BUILDOUT CLEANROOM AT CIM PATH | 061824 | SL | 15.00 | 2,955. | | 2,955. | 296. | 197. |
| | * OTHER TOTAL BUILDINGS | | | | 3272009. | | 3272009. | 758,954. | 195,221. |
| | FURNITURE & FIXTURES | | | | | | | | |
| 42 | FILE CABINET | 121399 | SL | 7.00 | 124. | | 124. | 124. | 0. |
| 43 | FILE CABINET | 040400 | SL | 7.00 | 65. | | 65. | 65. | 0. |
| 44 | FILE CABINET | 122701 | SL | 7.00 | 400. | | 400. | 400. | 0. |
| 45 | 2-4 DRAWER LATERAL FILES | 082003 | SL | 7.00 | 699. | | 699. | 699. | 0. |
| 46 | CONFERENCE TABLE | 100303 | SL | 7.00 | 150. | | 150. | 150. | 0. |
| 47 | 2 DRAWER LATERAL FILE CAB | 101003 | SL | 7.00 | 150. | | 150. | 150. | 0. |
| 48 | FURN & FIXT 5844 ROCKY | 070108 | SL | 7.00 | 139,884. | | 139,884. | 139,884. | 0. |
| 49 | 12 OFFICE CHAIRS | 021413 | SL | 7.00 | 1,788. | | 1,788. | 1,788. | 0. |
| | * OTHER TOTAL FURNITURE & FIXTURES | | | | 143,260. | | 143,260. | 143,260. | 0. |
| | MACHINERY & EQUIPMENT | | | | | | | | |
| | STEAM STERILIZER PRECISION ALLOGRAFT | | | | | | | | |
| 8 | SOLUTIONS | 102209 | 200DB | 5.00 | 28,665. | | 28,665. | 28,665. | 0. |
| | FREEZER/DRYER PRECISION ALLOGRAFT | | | | | | | | |
| 9 | SOLUTIONS | 102609 | SL | 15.00 | 29,400. | | 29,400. | 29,400. | 0. |
| | ELPRO EQUIP PRECISION ALLOGRAFT | | | | | | | | |
| 10 | SOLUTIONS | 111709 | SL | 15.00 | 1,117. | | 1,117. | 1,117. | 0. |

(D) - Asset disposed * ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction, GO Zone

**2026 DEPRECIATION AND AMORTIZATION REPORT**

- NEXT YEAR BOOK LEE & DEBBIE ANDREWS, LTD

| Asset No. | Description | Date Acquired | Method | Life | Unadjusted Cost Or Basis | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| 11 | ELECTRONIC TEMP CONTROL PRECISION ALLOGRAFT SOLUTI | 120409 | SL | 39.00 | 21,400. | | 21,400. | 21,400. | 0. |
| 12 | ECOLOG NET LAB DATALOGGER PRECISION ALLOGRAFT SOLU | 120909 | 200DB | 5.00 | 6,614. | | 6,614. | 6,614. | 0. |
| 13 | G25SES5 PRECISION ALLOGRAFT SOLUTIONS | 123109 | 200DB | 5.00 | 19,595. | | 19,595. | 19,595. | 0. |
| 14 | EQUIPMENT PRECISION ALLOGRAFT SOLUTIONS | 042810 | 200DB | 5.00 | 781. | | 781. | 781. | 0. |
| 15 | EQUIPMENT PRECISION ALLOGRAFT SOLUTIONS | 050310 | 200DB | 5.00 | 40. | | 40. | 40. | 0. |
| 16 | EQUIPMENT PRECISION ALLOGRAFT SOLUTIONS | 050710 | 200DB | 5.00 | 203. | | 203. | 203. | 0. |
| 17 | EQUIPMENT PRECISION ALLOGRAFT SOLUTIONS | 051410 | 200DB | 5.00 | 471. | | 471. | 471. | 0. |
| 18 | WIRE UTILITY CARTS PRECISION ALLOGRAFT SOLUTIONS | 060710 | 200DB | 5.00 | 658. | | 658. | 658. | 0. |
| 19 | EQUIPMENT PRECISION ALLOGRAFT SOLUTIONS | 060710 | 200DB | 5.00 | 115. | | 115. | 115. | 0. |
| 20 | EQUIPMENT PRECISION ALLOGRAFT SOLUTIONS | 060810 | 200DB | 5.00 | 279. | | 279. | 279. | 0. |
| 21 | EQUIPMENT PRECISION ALLOGRAFT SOLUTIONS | 060810 | 200DB | 5.00 | 322. | | 322. | 322. | 0. |
| 22 | LIFT GATE PRECISION ALLOGRAFT SOLUTIONS | 060910 | 200DB | 5.00 | 75. | | 75. | 75. | 0. |
| 23 | EQUIPMENT PRECISION ALLOGRAFT SOLUTIONS | 060910 | 200DB | 5.00 | 632. | | 632. | 632. | 0. |
| 24 | EQUIPMENT PRECISION ALLOGRAFT SOLUTIONS | 061110 | 200DB | 5.00 | 43. | | 43. | 43. | 0. |
| 25 | EQUIPMENT PRECISION ALLOGRAFT SOLUTIONS | 061410 | 200DB | 5.00 | 176. | | 176. | 176. | 0. |
| 26 | EQUIPMENT PRECISION ALLOGRAFT SOLUTIONS | 061410 | 200DB | 5.00 | 261. | | 261. | 261. | 0. |
| 27 | EQUIPMENT PRECISION ALLOGRAFT SOLUTIONS | 062210 | 200DB | 5.00 | 206. | | 206. | 206. | 0. |

(D) - Asset disposed * ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction, GO Zone

**2026 DEPRECIATION AND AMORTIZATION REPORT**

- NEXT YEAR BOOK LEE & DEBBIE ANDREWS, LTD

| Asset No. | Description | Date Acquired | Method | Life | Unadjusted Cost Or Basis | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| | EQUIPMENT PRECISION ALLOGRAFT | | | | | | | | |
| 28 | SOLUTIONS | 062910 | 200DB | 5.00 | 780. | | 780. | 780. | 0. |
| 29 | IPAD PRECISION ALLOGRAFT SOLUTIONS | 032911 | 200DB | 5.00 | 896. | | 896. | 896. | 0. |
| | 3206-2L45-M12 EXT CABLE PRECISION | | | | | | | | |
| 30 | ALLOGRAFT SOLUTI | 090811 | 200DB | 5.00 | 590. | | 590. | 590. | 0. |
| 31 | A/C PRECISION ALLOGRAFT SOLUTIONS | 121911 | 150DB | 15.00 | 10,449. | | 10,449. | 10,449. | 0. |
| | TEFLON LID PRECISION ALLOGRAFT | | | | | | | | |
| 32 | SOLUTIONS | 020612 | 200DB | 5.00 | 599. | | 599. | 599. | 0. |
| | PRINTER PRECISION ALLOGRAFT | | | | | | | | |
| 33 | SOLUTIONS | 061512 | 200DB | 5.00 | 2,837. | | 2,837. | 2,837. | 0. |
| | FREEZER SERIAL #70407709 PRECISION | | | | | | | | |
| 34 | ALLOGRAFT SOLUT | 121112 | 200DB | 5.00 | 3,292. | | 3,292. | 3,292. | 0. |
| | INVERTED REAMER PRECISION ALLOGRAFT | | | | | | | | |
| 35 | SOLUTIONS | 042314 | 200DB | 5.00 | 1,801. | | 1,801. | 1,801. | 0. |
| | RETSCH MIXER MILL 400 PRECISION | | | | | | | | |
| 36 | ALLOGRAFT SOLUTION | 070714 | 200DB | 5.00 | 5,671. | | 5,671. | 5,671. | 0. |
| | BONE MILL PRECISION ALLOGRAFT | | | | | | | | |
| 37 | SOLUTIONS | 022616 | 200DB | 5.00 | 7,083. | | 7,083. | 7,083. | 0. |
| 82 | PHONE SYSTEM | 061899 | SL | 7.00 | 1,762. | | 1,762. | 1,762. | 0. |
| 83 | KT6 2PEN TEMP RECORDER | 090399 | 200DB | 7.00 | 669. | | 669. | 669. | 0. |
| 84 | ULTRA LOW TEMP FREEZER | 112700 | 200DB | 7.00 | 3,427. | | 3,427. | 3,427. | 0. |
| 85 | EQUIPMENT | 092801 | 200DB | 5.00 | 2,369. | | 2,369. | 2,369. | 0. |
| 86 | FREEZER | 122101 | 200DB | 5.00 | 5,259. | | 5,259. | 5,259. | 0. |
| 87 | EQUIPMENT | 020102 | 200DB | 5.00 | 1,921. | | 1,921. | 1,921. | 0. |
| 88 | EQUIPMENT | 080202 | 200DB | 5.00 | 1,739. | | 1,739. | 1,739. | 0. |
| 89 | EQUIPMENT | 011703 | 200DB | 5.00 | 5,296. | | 5,296. | 5,296. | 0. |
| 90 | VPN ROUTR, 2 FLAT MONITOR | 040403 | 200DB | 5.00 | 1,774. | | 1,774. | 1,774. | 0. |
| 91 | SEAGATE 20GB TAPE DRIVE | 052203 | 200DB | 5.00 | 636. | | 636. | 636. | 0. |
| 92 | WINDOWS 200O PROF/UPGRADE | 060403 | 150DB | 15.00 | 2,714. | | 2,714. | 2,714. | 0. |
| 93 | FREEZER-ULTRA LOW | 061303 | 200DB | 5.00 | 6,199. | | 6,199. | 6,199. | 0. |
| 94 | 3 PHONES | 080403 | 200DB | 5.00 | 906. | | 906. | 906. | 0. |
| 95 | M0DEL 708 ULTRA LOW FRZR | 082003 | 200DB | 5.00 | 3,043. | | 3,043. | 3,043. | 0. |
| 96 | MODEL 708 ULTRA LOW FRZR | 091803 | 200DB | 5.00 | 2,980. | | 2,980. | 2,980. | 0. |
| 97 | MODEL 708 CHEST FREEZER | 030804 | 200DB | 5.00 | 5,326. | | 5,326. | 5,326. | 0. |

(D) - Asset disposed

* ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction, GO Zone

528103 04-01-25

**2026 DEPRECIATION AND AMORTIZATION REPORT**

- NEXT YEAR BOOK    LEE & DEBBIE ANDREWS, LTD

| Asset No. | Description | Date Acquired | Method | Life | Unadjusted Cost Or Basis | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| 98 | COMPUTER PROGRAM | 070104 | 150DB | 15.00 | 7,625. | | 7,625. | 7,625. | 0. |
| 99 | ULTRALOW SANYO 86 FREEZER | 081105 | 200DB | 5.00 | 5,643. | | 5,643. | 5,643. | 0. |
| 100 | DELL LASER PRINTER | 081505 | 200DB | 5.00 | 134. | | 134. | 134. | 0. |
| 101 | SANYO ULTRA LOW CHEST FRZ | 101705 | 200DB | 5.00 | 5,761. | | 5,761. | 5,761. | 0. |
| 102 | DELL COMPUTER-WILLIAM | 110805 | 200DB | 5.00 | 2,176. | | 2,176. | 2,176. | 0. |
| 103 | SANYO ULTRA 86 CHEST FRZ | 121605 | 200DB | 5.00 | 5,760. | | 5,760. | 5,760. | 0. |
| 104 | SANYO ULTRA LOW UPRIGHT | 122105 | 200DB | 5.00 | 6,617. | | 6,617. | 6,617. | 0. |
| 105 | SANYO MDF-192 FRZR/MDF-85 | 033106 | 200DB | 5.00 | 5,762. | | 5,762. | 5,762. | 0. |
| 106 | DELL PRINTER | 032206 | 200DB | 5.00 | 757. | | 757. | 757. | 0. |
| 107 | SANYO MDF-192 FRZR/MTR-85 | 060706 | 200DB | 5.00 | 6,181. | | 6,181. | 6,181. | 0. |
| 108 | DELL COMPUTER (ED) | 081006 | 200DB | 5.00 | 2,989. | | 2,989. | 2,989. | 0. |
| 109 | IDE XENOGRAFT TISSUE DEV | 082506 | 200DB | 5.00 | 5,498. | | 5,498. | 5,498. | 0. |
| 110 | IDE XENOGRAFT TISSUE DEV | 090606 | 200DB | 5.00 | 5,498. | | 5,498. | 5,498. | 0. |
| 111 | COMPUTER | 021007 | 200DB | 5.00 | 1,369. | | 1,369. | 1,369. | 0. |
| 112 | FREEZER 3.0 | 042007 | 200DB | 5.00 | 5,555. | | 5,555. | 5,555. | 0. |
| 113 | DELL COMPUTER | 091407 | 200DB | 5.00 | 1,090. | | 1,090. | 1,090. | 0. |
| 114 | DELL COMPUTER (LUCY) | 121007 | 200DB | 5.00 | 1,154. | | 1,154. | 1,154. | 0. |
| 115 | DELL COMPUTER (JULIE) | 011008 | 200DB | 5.00 | 901. | | 901. | 901. | 0. |
| 116 | DELL MONITOR | 040908 | 200DB | 5.00 | 199. | | 199. | 199. | 0. |
| 117 | SANYO VIP ULTRA LOW FRZR | 041508 | 200DB | 5.00 | 7,057. | | 7,057. | 7,057. | 0. |
| 118 | SANYO VIP SER REFURB FRZR | 051608 | 200DB | 5.00 | 7,235. | | 7,235. | 7,235. | 0. |
| 119 | SMART 1050 TRIPP LIGHT | 072308 | 200DB | 5.00 | 188. | | 188. | 188. | 0. |
| 120 | SANYO VIP SYSTEM | 091008 | 200DB | 5.00 | 6,748. | | 6,748. | 6,748. | 0. |
| 121 | SECURITY CAMERA SYSTEM | 071808 | 200DB | 5.00 | 6,312. | | 6,312. | 6,312. | 0. |
| 122 | SANYO VIP UPRIGHT FRZR | 063009 | 200DB | 5.00 | 16,204. | | 16,204. | 16,204. | 0. |
| 123 | FREEZER & EQUIP | 102909 | 200DB | 5.00 | 7,874. | | 7,874. | 7,874. | 0. |
| 124 | FREEZER | 113009 | 200DB | 5.00 | 4,633. | | 4,633. | 4,633. | 0. |
| 125 | FREEZER & EQUIPMENT | 120109 | 200DB | 5.00 | 7,511. | | 7,511. | 7,511. | 0. |
| 126 | PSSS5-A-MEDD | 121109 | 200DB | 5.00 | 28,541. | | 28,541. | 28,541. | 0. |
| 127 | DELL COMPUTER TOWER | 031010 | 200DB | 5.00 | 1,722. | | 1,722. | 1,722. | 0. |
| 128 | EQUIPMENT | 041410 | 200DB | 5.00 | 344. | | 344. | 344. | 0. |
| 129 | SWING DOOR OP 2KEY PADS | 070810 | 200DB | 5.00 | 2,595. | | 2,595. | 2,595. | 0. |
| 130 | LINE PRINTER & EQUIP | 091010 | 200DB | 5.00 | 538. | | 538. | 538. | 0. |
| 131 | SANYO EQUIPMENT | 010711 | 200DB | 5.00 | 728. | | 728. | 728. | 0. |

(D) - Asset disposed    * ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction, GO Zone

**2026 DEPRECIATION AND AMORTIZATION REPORT**

- NEXT YEAR BOOK LEE & DEBBIE ANDREWS, LTD

| Asset No. | Description | Date Acquired | Method | Life | Unadjusted Cost Or Basis | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| 132 | SEAGUL BARTENDER PRO | 012811 | 200DB | 5.00 | 376. | | 376. | 376. | 0. |
| 133 | DELL LAPTOP | 041011 | 200DB | 5.00 | 1,291. | | 1,291. | 1,291. | 0. |
| 134 | 2 COMPUTERS | 101011 | 200DB | 5.00 | 1,917. | | 1,917. | 1,917. | 0. |
| 135 | IPAD | 112111 | 200DB | 5.00 | 500. | | 500. | 500. | 0. |
| 136 | WEB SOFTWARE | 112711 | SL | 3.00 | 2,649. | | 2,649. | 2,649. | 0. |
| 137 | TRANE XL 14C 4TON A/C | 052511 | 150DB | 15.00 | 7,362. | | 7,362. | 7,362. | 0. |
| 138 | PHONES | 011312 | 200DB | 7.00 | 655. | | 655. | 655. | 0. |
| 139 | INTERCOMS | 012412 | 200DB | 5.00 | 99. | | 99. | 99. | 0. |
| 140 | DELL COMPUTER EQPT | 031012 | 200DB | 5.00 | 1,170. | | 1,170. | 1,170. | 0. |
| 141 | COMPUTER STORAGE DEVICE | 032812 | 200DB | 5.00 | 270. | | 270. | 270. | 0. |
| 142 | FIREWALL WITH AC ADAPTER | 041212 | 200DB | 5.00 | 288. | | 288. | 288. | 0. |
| 143 | THERMOCOUPLE ASSEMBLY | 041912 | 200DB | 5.00 | 151. | | 151. | 151. | 0. |
| 144 | 3 TWIST DRILLS | 052112 | 200DB | 5.00 | 92. | | 92. | 92. | 0. |
| 145 | HEATING ELEMENT | 060112 | 200DB | 5.00 | 1,023. | | 1,023. | 1,023. | 0. |
| 146 | ALTS REFRB DOW CUTTER | 060112 | 200DB | 5.00 | 188. | | 188. | 188. | 0. |
| 147 | ALTS POINTED HOLDER | 061212 | 200DB | 5.00 | 350. | | 350. | 350. | 0. |
| 148 | SECURITY EQUIPMENT | 051112 | 200DB | 5.00 | 10,322. | | 10,322. | 10,322. | 0. |
| 149 | SCALE | 072012 | 200DB | 5.00 | 441. | | 441. | 441. | 0. |
| 150 | INVERTED REAMERS | 081412 | 200DB | 5.00 | 1,709. | | 1,709. | 1,709. | 0. |
| 151 | HEATED INCUBATOR | 103112 | 200DB | 5.00 | 2,296. | | 2,296. | 2,296. | 0. |
| 152 | CONMARK UNIT | 110512 | 200DB | 5.00 | 2,505. | | 2,505. | 2,505. | 0. |
| 153 | BRANSON ULTRASONIC CLEANE | 022613 | 200DB | 5.00 | 2,233. | | 2,233. | 2,233. | 0. |
| 154 | ROTARY HAND DRILL | 022713 | 200DB | 5.00 | 1,508. | | 1,508. | 1,508. | 0. |
| 155 | FREEZER CHEST MDFC8V1PA | 032613 | 200DB | 5.00 | 4,613. | | 4,613. | 4,613. | 0. |
| 156 | BASE STAND FOR SAFETY CAB | 032813 | 200DB | 5.00 | 400. | | 400. | 400. | 0. |
| 157 | SWING OUT ROTOR/CENTRIFUG | 012513 | 200DB | 5.00 | 8,054. | | 8,054. | 8,054. | 0. |
| 158 | LR2-4S2 DEMO UNIT | 050713 | 200DB | 5.00 | 4,000. | | 4,000. | 4,000. | 0. |
| 159 | OHAUS GOLD SCALE | 051713 | 200DB | 5.00 | 258. | | 258. | 258. | 0. |
| 160 | SAFETY CABINET & SHAKER | 052913 | 200DB | 5.00 | 2,518. | | 2,518. | 2,518. | 0. |
| 161 | THERMAL TRANSFER PRINTER | 072613 | 200DB | 5.00 | 2,637. | | 2,637. | 2,637. | 0. |
| 162 | AMALGATOME MD SYSTEM | 092413 | 200DB | 5.00 | 12,000. | | 12,000. | 12,000. | 0. |
| 163 | DELL EQUIPMENT | 091013 | 200DB | 5.00 | 10,652. | | 10,652. | 10,652. | 0. |
| 164 | BOOSTER PUMP | 040314 | 200DB | 5.00 | 4,500. | | 4,500. | 4,500. | 0. |
| 165 | PORTABLE PH METER | 042814 | 200DB | 5.00 | 704. | | 704. | 704. | 0. |

(D) - Asset disposed * ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction, GO Zone

**2026 DEPRECIATION AND AMORTIZATION REPORT**

- NEXT YEAR BOOK LEE & DEBBIE ANDREWS, LTD

| Asset No. | Description | Date Acquired | Method | Life | Unadjusted Cost Or Basis | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| 166 | 2 TEFLON LIDS | 042914 | 200DB | 5.00 | 1,347. | | 1,347. | 1,347. | 0. |
| 167 | MODEL #U731 REFURB | 060414 | 200DB | 5.00 | 4,404. | | 4,404. | 4,404. | 0. |
| 168 | DELL EQUIPMENT | 062614 | 200DB | 5.00 | 1,264. | | 1,264. | 1,264. | 0. |
| 169 | FREEZER & VOICE DIALER | 061514 | 200DB | 5.00 | 3,160. | | 3,160. | 3,160. | 0. |
| 170 | FREEZER & SENSAPHONE | 072314 | 200DB | 5.00 | 1,558. | | 1,558. | 1,558. | 0. |
| 171 | FREEZER EQUIPMENT | 082114 | 200DB | 5.00 | 700. | | 700. | 700. | 0. |
| 172 | FREEZER & LAB ALERT SYST | 091414 | 200DB | 5.00 | 3,724. | | 3,724. | 3,724. | 0. |
| 173 | FREEZER & LAB ALERT SYST | 091514 | 200DB | 5.00 | 1,609. | | 1,609. | 1,609. | 0. |
| 174 | EQUIPMENT | 093014 | 200DB | 5.00 | 790. | | 790. | 790. | 0. |
| 175 | LAB ALERT MONITORING SYS | 111614 | 200DB | 5.00 | 906. | | 906. | 906. | 0. |
| 176 | ULTRA LOW TEMP FREEZER | 111614 | 200DB | 5.00 | 2,615. | | 2,615. | 2,615. | 0. |
| 177 | RETSCH JAR & GRINDING BAL | 020515 | 200DB | 5.00 | 2,813. | | 2,813. | 2,813. | 0. |
| 178 | DELL OPTIPLEX MINITOWER | 030115 | 200DB | 5.00 | 3,522. | | 3,522. | 3,522. | 0. |
| 179 | VIP ULTRALOW FREEZER&ACC | 070115 | 200DB | 5.00 | 3,325. | | 3,325. | 3,325. | 0. |
| 180 | RETSCH MACHINE | 072415 | 200DB | 5.00 | 4,253. | | 4,253. | 4,253. | 0. |
| 181 | RAFFERTY MACHINE & TOOL | 081715 | 200DB | 5.00 | 4,200. | | 4,200. | 4,200. | 0. |
| 182 | THERMO FORMA | 091615 | 200DB | 5.00 | 2,500. | | 2,500. | 2,500. | 0. |
| 183 | STORAGE CONTAINER | 091815 | 200DB | 5.00 | 6,279. | | 6,279. | 6,279. | 0. |
| 184 | DEBRIDEMENT MACHINE | 111015 | 200DB | 5.00 | 4,200. | | 4,200. | 4,200. | 0. |
| 185 | PANASONIC VIP BIOMED FRZR | 112915 | 200DB | 5.00 | 33,640. | | 33,640. | 33,640. | 0. |
| 186 | MIELE LAB GLASSWARE WASHR | 123115 | 200DB | 5.00 | 7,993. | | 7,993. | 7,993. | 0. |
| 187 | MEDLINE CENTERFUIGE | 021116 | 200DB | 5.00 | 9,121. | | 9,121. | 9,121. | 0. |
| 188 | DEBRIDEMENT TOOL | 022316 | 200DB | 5.00 | 3,334. | | 3,334. | 3,334. | 0. |
| 189 | BUILDING MACHINE 1&2 PART | 022916 | 200DB | 5.00 | 18,191. | | 18,191. | 18,191. | 0. |
| 190 | PANASONIC VIP 3 CU FT | 022916 | 200DB | 5.00 | 7,721. | | 7,721. | 7,721. | 0. |
| 191 | SPEED AIR 35WC47 COMPRESR | 031016 | 200DB | 5.00 | 3,020. | | 3,020. | 3,020. | 0. |
| 192 | 2 WHEEL BAND SAW | 033116 | 200DB | 5.00 | 15,923. | | 15,923. | 15,923. | 0. |
| 193 | REACTOR EQUIPMENT | 050916 | 200DB | 5.00 | 27,222. | | 27,222. | 27,222. | 0. |
| 194 | FREEZER (BIO REPO) | 072916 | 200DB | 5.00 | 4,465. | | 4,465. | 4,465. | 0. |
| 195 | BARCODE | 082416 | 200DB | 5.00 | 2,882. | | 2,882. | 2,882. | 0. |
| 196 | BARCODE PRINTER | 093016 | 200DB | 5.00 | 2,843. | | 2,843. | 2,843. | 0. |
| 197 | VIP PLUS SERIES FREEZER | 011317 | 200DB | 5.00 | 4,299. | | 4,299. | 4,299. | 0. |
| 198 | PANASONIC BIOMED FREEZER | 030217 | 200DB | 5.00 | 6,787. | | 6,787. | 6,787. | 0. |
| 199 | MX50 MOISTURE BALANCER | 061617 | 200DB | 5.00 | 3,236. | | 3,236. | 3,236. | 0. |

(D) - Asset disposed * ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction, GO Zone

**2026 DEPRECIATION AND AMORTIZATION REPORT**

- NEXT YEAR BOOK LEE & DEBBIE ANDREWS, LTD

| Asset No. | Description | Date Acquired | Method | Life | Unadjusted Cost Or Basis | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| 200 | REFURBISH BONE MILL | 102017 | 200DB | 5.00 | 7,895. | | 7,895. | 7,895. | 0. |
| 201 | BONE SHARD CUTTER | 111317 | 200DB | 5.00 | 15,995. | | 15,995. | 15,995. | 0. |
| 202 | 8 POCKET CERVICAL FIXTURE | 121917 | 200DB | 5.00 | 2,975. | | 2,975. | 2,975. | 0. |
| 203 | BOILER W/CONTROL ASSEMBLY | 041119 | SL | 5.00 | 9,028. | | 9,028. | 9,028. | 0. |
| 204 | BTM SUPPLY MANAGEMENT | 042219 | SL | 5.00 | 125,500. | | 125,500. | 125,500. | 0. |
| 205 | VIP ECO UPRIGHT FREEZER | 042619 | SL | 5.00 | 11,911. | | 11,911. | 11,911. | 0. |
| 206 | VIP ECO UPRIGHT FREEZER | 042619 | SL | 5.00 | 11,911. | | 11,911. | 11,911. | 0. |
| 207 | POWEREDGE R340 SERVER | 071019 | SL | 5.00 | 5,432. | | 5,432. | 5,432. | 0. |
| 208 | POWEREDGE R740 SERVER | 071019 | SL | 5.00 | 8,052. | | 8,052. | 8,052. | 0. |
| 209 | ULTRA EL FREEZE DRYER | 100119 | SL | 5.00 | 75,830. | | 75,830. | 75,830. | 0. |
| 210 | ULTRA EL-85 FREEZE DRYER | 112119 | SL | 5.00 | 106,059. | | 106,059. | 106,059. | 0. |
| 211 | ULTRA LOW FREEZER | 121219 | SL | 5.00 | 19,377. | | 19,377. | 19,377. | 0. |
| 212 | ULTRA LOW FREEZER | 121619 | SL | 5.00 | 19,377. | | 19,377. | 19,375. | 0. |
| 213 | DLE15 GAS BOOSTER W/BUNA-N-SEALS | 020420 | SL | 5.00 | 8,764. | | 8,764. | 8,764. | 0. |
| 214 | ATLAS COPCO G15 COMPRESSOR | 022420 | SL | 5.00 | 9,900. | | 9,900. | 9,900. | 0. |
| 215 | PANASONIC VIP ULTRA LOW FREEZER | 031620 | SL | 5.00 | 46,000. | | 46,000. | 46,000. | 0. |
| 216 | BAND SAW | 032520 | SL | 5.00 | 8,500. | | 8,500. | 8,500. | 0. |
| 217 | BIOSTAR & ALTONIX SYSTEMS | 032620 | SL | 5.00 | 11,634. | | 11,634. | 11,634. | 0. |
| 218 | VOIP PHONE SYSTEM | 040320 | SL | 5.00 | 15,948. | | 15,948. | 15,948. | 0. |
| 219 | POWEREDGE R640 SERVER | 051220 | SL | 5.00 | 5,345. | | 5,345. | 5,345. | 0. |
| 220 | SKIN GRAFT MESHER WITH RATCHET | 062220 | SL | 5.00 | 6,000. | | 6,000. | 6,000. | 0. |
| 221 | MM400 BONE MILL | 111220 | SL | 5.00 | 9,916. | | 9,916. | 9,916. | 0. |
| 222 | MIELE PG 8504 DISHWASHER W/SIPHONE | 112120 | SL | 5.00 | 8,303. | | 8,303. | 8,303. | 0. |
| 223 | AMALGATOME SKIN KIT | 113020 | SL | 5.00 | 5,914. | | 5,914. | 5,914. | 0. |
| 224 | NOVA S/N N2200-A-000011 | 062121 | SL | 5.00 | 90,177. | | 90,177. | 81,158. | 9,019. |
| 225 | MM500 VARIO MIXER MILL 1220070807 | 071921 | SL | 5.00 | 14,546. | | 14,546. | 12,848. | 1,698. |
| 226 | MM500 VARIO MIXER MILL 1220180217 | 071921 | SL | 5.00 | 14,546. | | 14,546. | 12,848. | 1,698. |
| 227 | SM300 CUTTING MILL 12211201260 | 071921 | SL | 5.00 | 16,995. | | 16,995. | 15,012. | 1,983. |
| 228 | PS ROTOR SS FOR SM300 | 071921 | SL | 5.00 | 2,804. | | 2,804. | 2,478. | 326. |
| 229 | PS ROTOR SS FOR SM300 | 071921 | SL | 5.00 | 2,804. | | 2,804. | 2,478. | 326. |
| 230 | SUPREMA BIOENTRY FINGERPRINT READER | 092621 | SL | 5.00 | 6,516. | | 6,516. | 5,538. | 978. |
| 231 | SM300 CUTTING MILL | 101121 | SL | 5.00 | 16,601. | | 16,601. | 14,110. | 2,491. |
| 232 | ROTINA 420 BENCHTOP CENTRIFUGE | 110421 | SL | 5.00 | 7,256. | | 7,256. | 6,046. | 1,210. |
| 234 | VIP ECO UPRIGHT LOW TEMP FREEZER | 121021 | SL | 5.00 | 12,986. | | 12,986. | 10,604. | 2,382. |

(D) - Asset disposed * ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction, GO Zone

**2026 DEPRECIATION AND AMORTIZATION REPORT**

- NEXT YEAR BOOK LEE & DEBBIE ANDREWS, LTD

| Asset No. | Description | Date Acquired | Method | Life | Unadjusted Cost Or Basis | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| 235 | BONE MILL | 122821 | SL | 5.00 | 42,640. | | 42,640. | 34,112. | 8,528. |
| 236 | BONE MILL | 122821 | SL | 5.00 | 42,640. | | 42,640. | 34,112. | 8,528. |
| 237 | 25.7 CU FT ECO TOUCH PANEL FREEZER | 011422 | SL | 5.00 | 12,905. | | 12,905. | 10,324. | 2,581. |
| 238 | 25.7 CU FT ECO TOUCH PANEL FREEZER | 011422 | SL | 5.00 | 12,905. | | 12,905. | 10,324. | 2,581. |
| 239 | 25.7 CU FT ECO TOUCH PANEL FREEZER | 011422 | SL | 5.00 | 12,905. | | 12,905. | 10,324. | 2,581. |
| 240 | 25.7 CU FT ECO TOUCH PANEL FREEZER | 011422 | SL | 5.00 | 12,905. | | 12,905. | 10,324. | 2,581. |
| 241 | 25.7 CU FT ECO TOUCH PANEL FREEZER | 011422 | SL | 5.00 | 12,905. | | 12,905. | 10,324. | 2,581. |
| 242 | VIRTIS ULTRA 35 PILOT FREEZE DRYER | 011922 | SL | 5.00 | 122,040. | | 122,040. | 95,598. | 24,408. |
| 243 | FREEZE DRYER - CIM PATH | 021622 | SL | 5.00 | 10,068. | | 10,068. | 7,720. | 2,014. |
| 244 | PRIMUS SMALL STEAMER STERILIZER | 021722 | SL | 5.00 | 55,740. | | 55,740. | 42,734. | 11,148. |
| 245 | Q-PULS 21CFR PART 11 DATABASE LICEN | 022122 | SL | 5.00 | 48,326. | | 48,326. | 37,049. | 9,665. |
| 246 | BONE MILL | 022422 | SL | 5.00 | 85,353. | | 85,353. | 65,439. | 17,071. |
| 247 | SUPARIR 2-HC REFRIGERATOR | 042622 | SL | 5.00 | 3,107. | | 3,107. | 2,277. | 621. |
| 248 | FIXTURES ON RISER & DRLL/TAP&POCKET | 061722 | SL | 5.00 | 6,250. | | 6,250. | 4,375. | 1,250. |
| 249 | 675TC2-20-DB SEALER | 062422 | SL | 5.00 | 11,410. | | 11,410. | 7,987. | 2,282. |
| 250 | MDF-DU702VH-PA VIP FREEZER | 062922 | SL | 5.00 | 42,981. | | 42,981. | 30,086. | 8,596. |
| 251 | DOUBLE TRIGGER HANDPIECE | 070722 | SL | 5.00 | 6,327. | | 6,327. | 4,428. | 1,265. |
| 252 | DOUBLE TRIGGER HANDPIECE | 070722 | SL | 5.00 | 6,327. | | 6,327. | 4,428. | 1,265. |
| 253 | STAINLESS BANDSAW W/O MOTOR&SUBPLAT | 070822 | SL | 5.00 | 21,915. | | 21,915. | 15,341. | 4,383. |
| 254 | 8 CHANNEL DATALOGGER & TEMP PROBES | 082322 | SL | 5.00 | 7,973. | | 7,973. | 5,317. | 1,595. |
| 255 | UPRIGHT ULTRA LOW TEMP FREEZER | 090222 | SL | 5.00 | 42,981. | | 42,981. | 28,653. | 8,596. |
| 256 | USED EPPENDORF F740HI FREEZER | 090922 | SL | 5.00 | 5,000. | | 5,000. | 3,333. | 1,000. |
| 257 | A&D MX-50 MOISTURE DATA ANALYZER | 091622 | SL | 5.00 | 2,725. | | 2,725. | 1,771. | 545. |
| 258 | TORCHMACH CNC 440 MILL | 101422 | SL | 5.00 | 16,517. | | 16,517. | 10,735. | 3,303. |
| 259 | TORMACH CNC 440 MILL | 101422 | SL | 5.00 | 16,517. | | 16,517. | 10,735. | 3,303. |
| 260 | UPRIGHT ULTRA LOW TEMP FREEZER | 101422 | SL | 5.00 | 71,634. | | 71,634. | 46,563. | 14,327. |
| 261 | OIL INJECTED SCREW COMPRESSOR | 101822 | SL | 5.00 | 10,923. | | 10,923. | 6,919. | 2,185. |
| 262 | LV 240-200-240 GALLON RECEIVER TANK | 102722 | SL | 5.00 | 2,675. | | 2,675. | 1,694. | 535. |
| 264 | SKIN GRAFT MESHER | 122122 | SL | 5.00 | 6,130. | | 6,130. | 3,678. | 1,226. |
| 265 | USED BAND SAW | 123022 | SL | 5.00 | 8,500. | | 8,500. | 5,100. | 1,700. |
| 266 | COMPRESSOR FOR FREEZE DRIER | 050323 | SL | 5.00 | 4,229. | | 4,229. | 2,256. | 846. |
| 267 | NOVIOMAGUS BONE MILL | 010423 | SL | 5.00 | 6,719. | | 6,719. | 4,032. | 1,344. |
| 268 | NOVIOMAGUS BONE MILL | 010423 | SL | 5.00 | 6,719. | | 6,719. | 4,032. | 1,344. |
| 269 | NOVIOMAGUS BONE MILL | 010423 | SL | 5.00 | 6,719. | | 6,719. | 4,032. | 1,344. |

(D) - Asset disposed * ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction, GO Zone

**2026 DEPRECIATION AND AMORTIZATION REPORT**

- NEXT YEAR BOOK LEE & DEBBIE ANDREWS, LTD

| Asset No. | Description | Date Acquired | Method | Life | Unadjusted Cost Or Basis | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| 270 | MOTOR SUBPLATE FOR BS4 BANDSAW | 010523 | SL | 5.00 | 3,240. | | 3,240. | 1,944. | 648. |
| 271 | BANDSAW W/O MOTOR | 010523 | SL | 5.00 | 18,675. | | 18,675. | 11,205. | 3,735. |
| 272 | MODULAR CHANGE ROOMS FOR CIM PATH | 011123 | SL | 5.00 | 7,352. | | 7,352. | 4,410. | 1,470. |
| 273 | FITZPATRICK BONE MILL | 042023 | SL | 5.00 | 33,068. | | 33,068. | 17,637. | 6,614. |
| 274 | VIP ECO TOUCH PANEL FREEZER | 050423 | SL | 5.00 | 15,720. | | 15,720. | 8,384. | 3,144. |
| 275 | ROTINA 420 CENTRIFUGE-USED | 060923 | SL | 5.00 | 3,210. | | 3,210. | 1,659. | 642. |
| 276 | ROTINA 420 CENTRIFUGE-USED | 060923 | SL | 5.00 | 3,210. | | 3,210. | 1,659. | 642. |
| 278 | RETSCH MM400 BALL MILL MIXER | 061223 | SL | 5.00 | 7,437. | | 7,437. | 3,842. | 1,487. |
| 279 | ROTINA 420 CENTRIFUGE | 061623 | SL | 5.00 | 9,583. | | 9,583. | 4,792. | 1,917. |
| 280 | ROTINA 420 CENTRIFUGE | 061623 | SL | 5.00 | 9,583. | | 9,583. | 4,792. | 1,917. |
| 281 | ROTINA 420 CENTRIFUGE | 061623 | SL | 5.00 | 9,587. | | 9,587. | 4,793. | 1,917. |
| 282 | ROTINA 420 CENTRIFUGE | 061623 | SL | 5.00 | 9,587. | | 9,587. | 4,793. | 1,917. |
| 283 | UNCRATE/INSTALL VIRTIS FREEZE DRYER | 061923 | SL | 5.00 | 2,706. | | 2,706. | 1,353. | 541. |
| 284 | INSTALL AUTOCLAVE & BOILER-CIM PATH | 062323 | SL | 5.00 | 5,846. | | 5,846. | 2,923. | 1,169. |
| 285 | AIRSTREAM CLASS II BIO CABINET | 063023 | SL | 5.00 | 9,518. | | 9,518. | 4,760. | 1,904. |
| 286 | AIRSTREAM CLASS II BIO CABINET | 063023 | SL | 5.00 | 9,518. | | 9,518. | 4,760. | 1,904. |
| 287 | SOLARIS SMALL OPEN AIR SHAKERS | 072623 | SL | 5.00 | 3,885. | | 3,885. | 1,878. | 777. |
| 288 | SOLARIS SMALL OPEN AIR SHAKERS | 072623 | SL | 5.00 | 3,885. | | 3,885. | 1,878. | 777. |
| 289 | BAND SAW S/N 7-80136 | 041023 | SL | 5.00 | 34,834. | | 34,834. | 19,159. | 6,967. |
| 290 | BAND SAW S/N 88979351 | 041023 | SL | 5.00 | 34,834. | | 34,834. | 19,159. | 6,967. |
| 291 | BAND SAW S/N 88979350 | 041023 | SL | 5.00 | 34,834. | | 34,834. | 19,159. | 6,967. |
| 292 | NOVA2200-REFURB-# NS000102 & INSTAL | 051923 | SL | 5.00 | 111,907. | | 111,907. | 57,818. | 22,381. |
| 293 | NOVA2200-REFURB-# NS000103 & INSTAL | 051923 | SL | 5.00 | 111,907. | | 111,907. | 57,818. | 22,381. |
| 294 | ENVIRONMENTAL MONITORING SYSTEM CIM | 052623 | SL | 5.00 | 10,718. | | 10,718. | 5,538. | 2,144. |
| 295 | TAVATEK TORMACH 440 UNIT#1 | 090523 | SL | 5.00 | 61,600. | | 61,600. | 28,747. | 12,320. |
| 296 | FUSION 6000-X SYRINGE PUMP | 090823 | SL | 5.00 | 5,628. | | 5,628. | 2,627. | 1,126. |
| 297 | DELL XPS 15 (9530) SN450RDY3 | 091023 | SL | 5.00 | 3,505. | | 3,505. | 1,636. | 701. |
| 298 | REFURBISHED NOVA2200 | 092623 | SL | 5.00 | 98,525. | | 98,525. | 44,336. | 19,705. |
| 299 | FITZPATRICK BONE MILL | 092923 | SL | 5.00 | 33,068. | | 33,068. | 14,881. | 6,614. |
| 300 | DAC 1200-1000 TWIN VAC SPEEDMIXER | 100323 | SL | 5.00 | 66,428. | | 66,428. | 29,893. | 13,286. |
| 301 | ULTRASONICS PART WASHER(OMG-5038I) | 100523 | SL | 5.00 | 16,772. | | 16,772. | 7,547. | 3,354. |
| 302 | DELL MOBILE PRECISION WORKSTATION | 101023 | SL | 5.00 | 3,450. | | 3,450. | 1,553. | 690. |
| 303 | CRATE/LABOR/INSTALL FOR NOVA NS0106 | 103123 | SL | 5.00 | 4,216. | | 4,216. | 1,827. | 843. |
| 304 | AS200 BASIC SIEVE SHAKER | 110823 | SL | 5.00 | 4,869. | | 4,869. | 2,110. | 974. |

(D) - Asset disposed * ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction, GO Zone

**2026 DEPRECIATION AND AMORTIZATION REPORT**

- NEXT YEAR BOOK LEE & DEBBIE ANDREWS, LTD

| Asset No. | Description | Date Acquired | Method | Life | Unadjusted Cost Or Basis | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| 305 | HANDHELD PARTICLE COUNTER | 111723 | SL | 5.00 | 4,770. | | 4,770. | 1,988. | 954. |
| 306 | TORMACH 440 UNIT #2-TAVATEK | 112723 | SL | 5.00 | 61,600. | | 61,600. | 25,667. | 12,320. |
| 307 | PTFE PUMP 115 V 60HZ 6 TORR 97 LPM | 112823 | SL | 5.00 | 4,248. | | 4,248. | 1,771. | 850. |
| 308 | BIOCUT SYSTEMS BANDSAW | 122823 | SL | 5.00 | 11,785. | | 11,785. | 4,714. | 2,357. |
| 309 | HP 20 LED MONITOR" | 061312 | SL | 5.00 | 120. | | 120. | 120. | 0. |
| 312 | PERMANENT DIESEL GENERATOR CIM PATH | 120123 | SL | 5.00 | 148,129. | | 148,129. | 61,721. | 29,626. |
| 316 | COMPRESSOR AT CIM PATH INSTALLATION | 022824 | SL | 5.00 | 6,712. | | 6,712. | 2,461. | 1,342. |
| 317 | AR2-4S9-GEN 4 AIRSTREAM RELIANT | 041124 | SL | 5.00 | 17,385. | | 17,385. | 6,085. | 3,477. |
| 318 | MULTIVAC C400 SEALER | 052924 | SL | 5.00 | 31,044. | | 31,044. | 9,831. | 6,209. |
| 319 | MULTIVAC C400 SEALER | 052924 | SL | 5.00 | 31,044. | | 31,044. | 9,831. | 6,209. |
| 320 | DELL 7780 B LAPTOP | 061024 | SL | 5.00 | 3,963. | | 3,963. | 1,255. | 793. |
| 321 | DELL 7780 B LAPTOP | 061024 | SL | 5.00 | 3,963. | | 3,963. | 1,255. | 793. |
| 414 | CHUCK ASSY V3 BM | 071524 | SL | 5.00 | 8,769. | | 8,769. | 2,631. | 1,754. |
| 415 | NILFISK IV 1000CR VACUUM | 080824 | SL | 5.00 | 2,544. | | 2,544. | 721. | 509. |
| 416 | 6MM MONOBLAC REAMER HUDSO | 081724 | SL | 5.00 | 2,555. | | 2,555. | 681. | 511. |
| | * OTHER TOTAL MACHINERY & EQUIPMENT | | | | 3321290. | | 3321290. | 2480389. | 407,479. |
| | TRANSPORTATION EQUIPMENT | | | | | | | | |
| 41 | 2014 FORD F150-EXTENDED CAB | 110122 | SL | 5.00 | 15,000. | | 15,000. | 9,500. | 3,000. |
| | * OTHER TOTAL TRANSPORTATION EQUIP | | | | 15,000. | | 15,000. | 9,500. | 3,000. |
| | * GRAND TOTAL OTHER DEPR & AMORT | | | | 8533028. | | 8533028. | 3906478. | 810,579. |
| | SP IND EQPT G25SES5 PRECISION | | | | | | | | |
| 325 | ALLOGRAFT SOLUTIONS | 021610 | SL | 5.00 | 1,786. | | 1,786. | 1,786. | 0. |
| | SANYO PHARM REFRIG PRECISION | | | | | | | | |
| 326 | ALLOGRAFT SOLUTIONS | 022510 | 200DB | 5.00 | 3,275. | | 3,275. | 3,275. | 0. |
| | STAINLESS STEEL BANK SAW PRECISION | | | | | | | | |
| 327 | ALLOGRAFT SOLUT | 030910 | 200DB | 5.00 | 14,622. | | 14,622. | 14,622. | 0. |
| | BG-1 BONE MILL IN CORE PRECISION | | | | | | | | |
| 328 | ALLOGRAFT SOLUTIO | 030910 | 200DB | 5.00 | 24,341. | | 24,341. | 24,341. | 0. |
| | CANCELLOUS SIEVES PRECISION | | | | | | | | |
| 329 | ALLOGRAFT SOLUTIONS | 030910 | 200DB | 5.00 | 364. | | 364. | 364. | 0. |
| | MED GAS-VACUUM SEALER PRECISION | | | | | | | | |
| 330 | ALLOGRAFT SOLUTION | 032510 | 200DB | 5.00 | 9,338. | | 9,338. | 9,338. | 0. |
| | NONREFR BENCH CENTRIFUGE PRECISION | | | | | | | | |
| 331 | ALLOGRAFT SOLUT | 042810 | 200DB | 5.00 | 4,410. | | 4,410. | 4,410. | 0. |

(D) - Asset disposed * ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction, GO Zone

**2026 DEPRECIATION AND AMORTIZATION REPORT**

- NEXT YEAR BOOK LEE & DEBBIE ANDREWS, LTD

| Asset No. | Description | Date Acquired | Method | Life | Unadjusted Cost Or Basis | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| | SWING OUT ROTOR W/BUCKETS PRECISION | | | | | | | | |
| 332 | ALLOGRAFT SOLU | 042810 | 200DB | 5.00 | 1,081. | | 1,081. | 1,081. | 0. |
| | BUCKET FOR ROTOR PRECISION ALLOGRAFT | | | | | | | | |
| 333 | SOLUTIONS | 042810 | 200DB | 5.00 | 879. | | 879. | 879. | 0. |
| | TRANSMITTER PT 100 4WIRE PRECISION | | | | | | | | |
| 334 | ALLOGRAFT SOLUT | 050310 | 200DB | 5.00 | 344. | | 344. | 344. | 0. |
| | PT100 4 WIRE TEMP PROBE PRECISION | | | | | | | | |
| 335 | ALLOGRAFT SOLUTI | 050310 | 200DB | 5.00 | 266. | | 266. | 266. | 0. |
| | M-12 FEM CONNECTOR EQUIP PRECISION | | | | | | | | |
| 336 | ALLOGRAFT SOLUT | 050310 | 200DB | 5.00 | 72. | | 72. | 72. | 0. |
| | TRANSMITTER PT 100 4WIRE PRECISION | | | | | | | | |
| 337 | ALLOGRAFT SOLUT | 050310 | 200DB | 5.00 | 344. | | 344. | 344. | 0. |
| | PT100 4 WIRE TEMP PROBE PRECISION | | | | | | | | |
| 338 | ALLOGRAFT SOLUTI | 050310 | 200DB | 5.00 | 124. | | 124. | 124. | 0. |
| | 290 AUTO READER 3M PRECISION | | | | | | | | |
| 339 | ALLOGRAFT SOLUTIONS | 050410 | 200DB | 5.00 | 999. | | 999. | 999. | 0. |
| | ECOLOG -NET LA8 DATALOGG PRECISION | | | | | | | | |
| 340 | ALLOGRAFT SOLUT | 050710 | 200DB | 5.00 | 2,465. | | 2,465. | 2,465. | 0. |
| | ATLAS KT7.5VP80 AIR COMP PRECISION | | | | | | | | |
| 341 | ALLOGRAFT SOLUT | 051410 | 200DB | 5.00 | 1,870. | | 1,870. | 1,870. | 0. |
| | ATLAS FXHT 1 HT AIR DRYER PRECISION | | | | | | | | |
| 342 | ALLOGRAFT SOLU | 051410 | 200DB | 5.00 | 1,120. | | 1,120. | 1,120. | 0. |
| | DD17 GP COALESCING FILTER PRECISION | | | | | | | | |
| 343 | ALLOGRAFT SOLU | 051410 | 200DB | 5.00 | 130. | | 130. | 130. | 0. |
| | PD17 HE COALESCING FILTER PRECISION | | | | | | | | |
| 344 | ALLOGRAFT SOLU | 051410 | 200DB | 5.00 | 130. | | 130. | 130. | 0. |
| | OSC 35 CONDENSATE T-SYSTE PRECISION | | | | | | | | |
| 345 | ALLOGRAFT SOLU | 051410 | 200DB | 5.00 | 269. | | 269. | 269. | 0. |
| | PRESSURE GUAGE PRECISION ALLOGRAFT | | | | | | | | |
| 346 | SOLUTIONS | 052110 | 200DB | 5.00 | 52. | | 52. | 52. | 0. |
| | HANDHELD 5016 PRECISION ALLOGRAFT | | | | | | | | |
| 347 | SOLUTIONS | 052410 | 200DB | 5.00 | 3,609. | | 3,609. | 3,609. | 0. |
| | 5 ROTARY DRILL PRECISION ALLOGRAFT | | | | | | | | |
| 348 | SOLUTIONS | 052810 | 200DB | 5.00 | 7,269. | | 7,269. | 7,269. | 0. |

(D) - Asset disposed * ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction, GO Zone

**2026 DEPRECIATION AND AMORTIZATION REPORT**

- NEXT YEAR BOOK LEE & DEBBIE ANDREWS, LTD

| Asset No. | Description | Date Acquired | Method | Life | Unadjusted Cost Or Basis | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| 349 | SHAKING ORBITAL INCUBATOR PRECISION ALLOGRAFT SOLU | 060810 | 200DB | 5.00 | 3,622. | | 3,622. | 3,622. | 0. |
| 350 | SANYO FREEZER PRECISION ALLOGRAFT SOLUTIONS | 060910 | 200DB | 5.00 | 7,658. | | 7,658. | 7,658. | 0. |
| 351 | PT1004 WIRE TEMP PROBE PRECISION ALLOGRAFT SOLUTIO | 061110 | 200DB | 5.00 | 266. | | 266. | 266. | 0. |
| 352 | GREEN SENSOR EXT DB9 CONN PRECISION ALLOGRAFT SOLU | 061110 | 200DB | 5.00 | 258. | | 258. | 258. | 0. |
| 353 | 240 GAL VERT TANK PRECISION ALLOGRAFT SOLUTIONS | 061410 | 200DB | 5.00 | 985. | | 985. | 985. | 0. |
| 354 | TANK KIT PRECISION ALLOGRAFT SOLUTIONS | 061410 | 200DB | 5.00 | 55. | | 55. | 55. | 0. |
| 355 | BRANSONIC 8510 CLEANER PRECISION ALLOGRAFT SOLUTIO | 061410 | 200DB | 5.00 | 1,995. | | 1,995. | 1,995. | 0. |
| 356 | BEAKER COVER PRECISION ALLOGRAFT SOLUTIONS | 061410 | 200DB | 5.00 | 66. | | 66. | 66. | 0. |
| 357 | STAINLESS STEAL BEAKER PRECISION ALLOGRAFT SOLUTIO | 061410 | 200DB | 5.00 | 375. | | 375. | 375. | 0. |
| 358 | COMPRESSOR REP ON FREEZER PRECISION ALLOGRAFT SOLU | 062210 | 200DB | 5.00 | 2,500. | | 2,500. | 2,500. | 0. |
| 359 | RESPIRATOR & CARTRIDGE PRECISION ALLOGRAFT SOLUTIO | 062910 | 200DB | 5.00 | 271. | | 271. | 271. | 0. |
| 360 | MPQ2029 FREEZER PRECISION ALLOGRAFT SOLUTIONS | 111010 | 200DB | 5.00 | 600. | | 600. | 600. | 0. |
| 361 | PT100 4WIRE TEMP PROBE PRECISION ALLOGRAFT SOLUTI | 111910 | 200DB | 5.00 | 268. | | 268. | 268. | 0. |
| 362 | PT100 TRANSMITTER PRECISION ALLOGRAFT SOLUTIONS | 111910 | 200DB | 5.00 | 745. | | 745. | 745. | 0. |
| 363 | LA8 EXT FOR TEMP SENSORS PRECISION ALLOGRAFT SOLUT | 111910 | 200DB | 5.00 | 487. | | 487. | 487. | 0. |
| 364 | 2 NOVA 2200 MACHINES PRECISION ALLOGRAFT SOLUTIONS | 031510 | 200DB | 5.00 | 281,526. | | 281,526. | 281,526. | 0. |
| 365 | ALAMO/DELRIN BLADE GUIDES PRECISION ALLOGRAFT SOLU | 021111 | 200DB | 5.00 | 306. | | 306. | 306. | 0. |

(D) - Asset disposed

* ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction, GO Zone

**2026 DEPRECIATION AND AMORTIZATION REPORT**

- NEXT YEAR BOOK LEE & DEBBIE ANDREWS, LTD

| Asset No. | Description | Date Acquired | Method | Life | Unadjusted Cost Or Basis | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| | CRT SQURING FIXTURE PRECISION | | | | | | | | |
| 366 | ALLOGRAFT SOLUTIONS | 021511 | 200DB | 5.00 | 5,750. | | 5,750. | 5,750. | 0. |
| | CALIBRATION EQUIPMENT PRECISION | | | | | | | | |
| 367 | ALLOGRAFT SOLUTION | 081011 | 200DB | 5.00 | 307. | | 307. | 307. | 0. |
| | HEATING ELEM PRIMUS AUTOC PRECISION | | | | | | | | |
| 368 | ALLOGRAFT SOLU | 082911 | 200DB | 5.00 | 541. | | 541. | 541. | 0. |
| | TRANSMIT PT100 PROBE/WIRE PRECISION | | | | | | | | |
| 369 | ALLOGRAFT SOLU | 090811 | 200DB | 5.00 | 1,262. | | 1,262. | 1,262. | 0. |
| | PT100 PROBE PRECISION ALLOGRAFT | | | | | | | | |
| 370 | SOLUTIONS | 090811 | 200DB | 5.00 | 217. | | 217. | 217. | 0. |
| | NOVASTERILIS EQUIPMENT PRECISION | | | | | | | | |
| 371 | ALLOGRAFT SOLUTIO | 061511 | 200DB | 5.00 | 5,396. | | 5,396. | 5,396. | 0. |
| | NOVA 2200 MACHINE 3 PRECISION | | | | | | | | |
| 372 | ALLOGRAFT SOLUTIONS | 111511 | 200DB | 5.00 | 121,741. | | 121,741. | 121,741. | 0. |
| | SANYO ULTRA LOW FREEZER PRECISION | | | | | | | | |
| 373 | ALLOGRAFT SOLUTI | 030512 | 200DB | 5.00 | 8,691. | | 8,691. | 8,691. | 0. |
| | DATA LOGGER & TEMP PROBE PRECISION | | | | | | | | |
| 374 | ALLOGRAFT SOLUT | 031312 | 200DB | 5.00 | 549. | | 549. | 549. | 0. |
| | BONE GRINDER PRECISION ALLOGRAFT | | | | | | | | |
| 375 | SOLUTIONS | 031912 | 200DB | 5.00 | 7,119. | | 7,119. | 7,119. | 0. |
| | * COGS TOTAL OTHER | | | | 532,715. | | 532,715. | 532,715. | 0. |
| | FURNITURE & FIXTURES | | | | | | | | |
| 376 | TABLE FOR CNC MACH | 030111 | 200DB | 7.00 | 249. | | 249. | 249. | 0. |
| | * COGS TOTAL FURNITURE & FIXTURES | | | | 249. | | 249. | 249. | 0. |
| | MACHINERY & EQUIPMENT | | | | | | | | |
| 377 | GENERATOR | 010710 | 200DB | 5.00 | 5,000. | | 5,000. | 5,000. | 0. |
| 378 | SANYO FREEZER | 012710 | 200DB | 5.00 | 7,752. | | 7,752. | 7,752. | 0. |
| 379 | SANYO 25.7 CF VIP UL FRZR | 030510 | 200DB | 5.00 | 7,513. | | 7,513. | 7,513. | 0. |
| 380 | WEIGHG MX-50 MOIST ANALYZ | 031110 | 200DB | 5.00 | 2,559. | | 2,559. | 2,559. | 0. |
| 381 | PNEUMATIC JAW PRESS SEALR | 032510 | 200DB | 5.00 | 5,003. | | 5,003. | 5,003. | 0. |
| 382 | DIFFERENTIAL PRESSURE TM | 041410 | 200DB | 5.00 | 2,409. | | 2,409. | 2,409. | 0. |
| 383 | HOSE KIT E1607-3B | 041410 | 200DB | 5.00 | 132. | | 132. | 132. | 0. |
| 384 | 4 WIRE EXT W/DB9 AMD L10M | 041410 | 200DB | 5.00 | 412. | | 412. | 412. | 0. |
| 385 | SANYO VIP ULTRA LOW FREEZ | 043010 | 200DB | 5.00 | 9,417. | | 9,417. | 9,417. | 0. |

(D) - Asset disposed * ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction, GO Zone

**2026 DEPRECIATION AND AMORTIZATION REPORT**

- NEXT YEAR BOOK LEE & DEBBIE ANDREWS, LTD

| Asset No. | Description | Date Acquired | Method | Life | Unadjusted Cost Or Basis | * Reduction In Basis | Basis For Depreciation | Accumulated Depreciation | Amount Of Depreciation |
|---|---|---|---|---|---|---|---|---|---|
| 386 | GENERATOR MAINT | 051110 | 200DB | 5.00 | 11,766. | | 11,766. | 11,766. | 0. |
| 387 | PRESSURE GUAGE | 060810 | 200DB | 5.00 | 208. | | 208. | 208. | 0. |
| 388 | 1 SANITARY 4 BLIND FLNG"" | 070810 | 200DB | 5.00 | 730. | | 730. | 730. | 0. |
| 389 | SANYO ULTRA LOW FREEZER | 070810 | 200DB | 5.00 | 6,569. | | 6,569. | 6,569. | 0. |
| 390 | PT100 4 WIRE TEMP PROBE | 071510 | 200DB | 5.00 | 323. | | 323. | 323. | 0. |
| 391 | DATAMAX E4304E THERMAL PR | 080610 | 200DB | 5.00 | 892. | | 892. | 892. | 0. |
| 392 | SANYO VIP ULTRA LOW FREZR | 081110 | 200DB | 5.00 | 7,887. | | 7,887. | 7,887. | 0. |
| 393 | SANYO HEATED INCUBATOR | 111910 | 200DB | 5.00 | 2,150. | | 2,150. | 2,150. | 0. |
| 394 | SANYO HEATED INCUBATOR | 121310 | 200DB | 5.00 | 2,150. | | 2,150. | 2,150. | 0. |
| 395 | SANYO VIP+ LOW FREEZER | 010711 | 200DB | 5.00 | 4,772. | | 4,772. | 4,772. | 0. |
| 396 | ATLS ROLAND 540 MDX | 013111 | 200DB | 5.00 | 20,995. | | 20,995. | 20,995. | 0. |
| 397 | SONICATOR BASIN | 021011 | 200DB | 5.00 | 689. | | 689. | 689. | 0. |
| 398 | ATLS ALIF/PLIF FIXTURE | 022311 | 200DB | 5.00 | 17,885. | | 17,885. | 17,885. | 0. |
| 399 | 86C CHEST FREEZER & REC | 041911 | 200DB | 5.00 | 3,576. | | 3,576. | 3,576. | 0. |
| 400 | THERMOCOUPLE | 082411 | 200DB | 5.00 | 168. | | 168. | 168. | 0. |
| 401 | BIOMEDICAL FREEZER 22.3FT | 051311 | 200DB | 5.00 | 3,730. | | 3,730. | 3,730. | 0. |
| 402 | PT100 4 WIRE TEMP PROBE | 051311 | 200DB | 5.00 | 543. | | 543. | 543. | 0. |
| 403 | HERMETIC COMPRESSOR | 061011 | 200DB | 5.00 | 1,871. | | 1,871. | 1,871. | 0. |
| 404 | PROBE | 021412 | 200DB | 5.00 | 117. | | 117. | 117. | 0. |
| 405 | 3 SST TWIST DRILLS & BIT | 022012 | 200DB | 5.00 | 92. | | 92. | 92. | 0. |
| 406 | THERMOCOUPLE | 022212 | 200DB | 5.00 | 248. | | 248. | 248. | 0. |
| 407 | SEALER HEATING ELEMENTS | 030112 | 200DB | 5.00 | 42. | | 42. | 42. | 0. |
| 408 | ELPRO SYSTEM VALIDATION | 032212 | 200DB | 5.00 | 390. | | 390. | 390. | 0. |
| 409 | 16 SEALER W/ CUTTER | 012811 | 200DB | 5.00 | 242. | | 242. | 242. | 0. |
| 410 | CRT 4 VICE JAW AUTOCLAVE | 021511 | 200DB | 5.00 | 1,227. | | 1,227. | 1,227. | 0. |
| 411 | ALAMO VISE CRT 4 VISE | 030811 | 200DB | 5.00 | 1,185. | | 1,185. | 1,185. | 0. |
| 412 | 12 IMPULSE SEALER | 021612 | 200DB | 5.00 | 144. | | 144. | 144. | 0. |
| | * COGS TOTAL MACHINERY & EQUIPMENT | | | | 130,788. | | 130,788. | 130,788. | 0. |
| | * GRAND TOTAL COGS DEPR & AMORT | | | | 663,752. | | 663,752. | 663,752. | 0. |

(D) - Asset disposed * ITC, Section 179, Salvage, HR 3090, Commercial Revitalization Deduction, GO Zone